IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD.; SALIX PHARMACEUTICALS, INC.; BAUSCH HEALTH IRELAND LTD.; ALFASIGMA S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 20-430 (RGA) ) ) ) ) ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiffs' Third Set of Narrowed Asserted Claims* were caused to be served on December 22, 2021, upon the following in the manner indicated:

Karen E. Keller  *VIA ELECTRONIC MAIL*
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE  19801

*Attorneys for Defendant*

Matthew J. Becker  *VIA ELECTRONIC MAIL*
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landmon
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103

*Attorneys for Defendant*

<table>
<tr><td>

OF COUNSEL:

Scott K. Reed
Steven C. Kline
Shannon K. Clark
Daniel A. Apgar
Alexis M. McJoynt
Damien N. Dombrowski
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100

Becky E. Steephenson
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 307-5598

December 22, 2021

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com
*Attorneys for Plaintiffs*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 22, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 N. Market St., 12th Floor<br>Wilmington, DE  19801<br><br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Matthew J. Becker<br>Stacie L. Ropka<br>Matthew S. Murphy<br>Chad A. Landmon<br>Rebecca L. Clegg<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103<br><br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Karen Jacobs*
Karen Jacobs (#2881)