IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD., <br> SALIX PHARMACEUTICALS, INC., <br> BAUSCH HEALTH IRELAND LTD., and <br> ALFASIGMA S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-430-RGA <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF LODGING OF TRIAL DEMONSTRATIVES

PLEASE TAKE NOTICE that Defendant's Norwich Pharmaceuticals, Inc., ("Defendant") hereby lodge with the Court in the attached Exhibits 1-8, copies of the following demonstratives Defendant used during the trial in the above captioned matter:

Exhibit 1: Defendant's Opening Presentation;

Exhibit 2: Presentation from the Direct Examination of Dr. Carl L. Berg (Validity);

Exhibit 3: Presentation from the Direct Examination of Dr. Albert M. Harary (Validity);

Exhibit 4: Presentation from the Direct Examination of Dr. Thomas C. Mahl (Infringement);

Exhibit 5: Presentation from the Direct Examination of Dr. Michael Zaworotko (Validity);

Exhibit 6: Presentation from the Direct Examination of Dr. Gary Schoolnik (Validity);

Exhibit 7: Presentation from the Direct Examination of Dr. George Triadafilopoulos, M.D. (Infringement); and

Exhibit 8: Defendant's Closing Statement Presentation.

<div style="display:flex">
<div>

OF COUNSEL:
Matthew J. Becker
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landmon
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5417

Richardo S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-2000

Dated: March 31, 2022

</div>
<div>

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

</div>
</div>