# Exhibit 1

# Opening Presentation

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-001

# Norwich Pharmaceuticals, Inc.



Norwich, NY

- Based in Norwich, NY

- Over 300 employees

- Founded in late 1800's

- Manufacturer and distributor of prescription and over-the-counter drug products

- First mass manufacturer of Pepto-Bismol

- Now part of the Alvogen family of companies 

DDX-002

# History of Rifaximin to Treat HE

**Early 1980s**
**Rifaximin first discovered**
Marchi (1982) (JTX 48)
Cannata (1985) (JTX 37)

**May 2004**
Xifaxan approved
in the U.S.
(PTO Ex. 1 at ¶ 9)

**Oct. 2, 2008**
Priority date
of HE Patents
(JTX 11, JTX 19, JTX 22,
PTO Ex. 1 at ¶ 132)

| 1980s | 1990s | 2000s |
|-------|-------|-------|

**1985**
Approved for use in
Italy to treat a variety of
conditions including HE
(JTX 94)

**Oct. 2004**
**Perspectives in Hepatology:**
RFX used off-label in
the U.S. to treat HE;
"no significant side effects"
(DTX 584)

**Aug. 2007**
**Q2 2007 EC:** Plurality of Xifaxan
prescriptions are for treatment of
HE; RFX listed in drug
compendia for treatment of HE
(DTX 535)

**Jul. 2005**
**Salix Presentation:**
RFX used off-label for HE;
1200 mg/d; up to 12.5 months of continuous
therapy; no toxicity or resistance
(DTX 660)

**Nov. 2005**
**Q3 2005 EC:**
Salix attributes increased
prescription sizes to growing use
of RFX to treat HE
(DTX 540)

DDX-003

# Salix Knew of Prior Use of Rifaximin to Treat HE



Johnson Ex. 1 excerpts (DTX 349) at 130



# History of Rifaximin to Treat IBS-D

**Early 1980s**
**Rifaximin first discovered**
Marchi (1982) (JTX 48)
Cannata (1985) (JTX 37)

**May 2004**
Xifaxan approved
in the U.S.
(PTO Ex. 1 at ¶ 9)

**Feb. 26, 2008**
Priority date for
the IBS-D Patents
(JTX 9, JTX 26,
PTO Ex. 1 at ¶ 130)

| 1980s | 1990s | 2000s |
|---|---|---|

**1999**
Dr. Pimentel files a U.S. patent
application disclosing rifaximin
for the treatment of IBS
(JTX 132, JTX 133)

**2002**
Dr. Pimentel pitches use of
rifaximin for IBS to Salix
(Johnson Dep. Tr. 44:10-23)

**2006**
Dr. Pimentel publishes *A
New IBS Solution* – outlining
rifaximin/IBS treatment
(PTX 752)

**May 2007**
Dr. Pimentel co-authors a
retrospective study
describing the use of
rifaximin for IBS treatment
(DTX 892)

**Sept.  2007**
Salix announces that
rifaximin met both
co-primary end points in
a Phase IIb Study in
IBS-D patients
(DTX 657)

DDX-005

# Salix Knew of Prior Use of Rifaximin to Treat IBS



Johnson Ex. 1 excerpts (DTX 349) at 89

DDX-006

# History of Rifaximin | Polymorph Patents

**Early 1980s**

**Rifaximin first discovered**

Marchi (1982) (JTX 48)
Cannata (1985) (JTX 37)

**May 2004**

Xifaxan approved
in the U.S.
(PTO Ex. 1 at ¶ 9)

**Nov. 7. 2003**

Earliest priority dates
for the Polymorph Patents
(JTX 1, JTX 2, JTX 3, PTO Ex. 1 at ¶ 134)

| 1980s | 1990s | 2000s |
|-------|-------|-------|

**1985**

Approved for use in Italy
to treat a variety of
conditions including HE
(JTX 94)

**1996**

Salix licenses
Marchi and Cannata
(JTX 106)

DDX-007

# Dr. Carl L. Berg, M.D.



## Education

**Gastroenterology Fellowship |** Harvard Medical School, 1989 – 1992

**Chief Medicine Resident |** Washington University Medical 1988 – 1989

**Internal Medicine Resident |** Washington University 1986 – 1989

**M.D.,** Washington University School of Medicine, 1986

**B.A.,** Williams College, 1982

## Experience

**Professor of Medicine,** with Tenure, Duke University, 2012 – Present

**Professor in Medicine,** University of Virginia, 1997 – 2012
(Associate, 2002 – 2008, Assistant, 1997 – 2002)

**Instructor in Medicine,** Harvard Medical School, 1992 – 1998

# Dr. Gary Schoolnik, M.D.



## Education

**Stanford University School of Medicine,**
**Attending Physician of Internal Medicine and Infectious Diseases,**
**Professor of Medicine and Microbiology & Immunology,** 1981 – Present

**Chief,** Division of Geographic Medicine, 1984 – 1992

**Chief,** Division of Infectious Diseases and Geographic Medicine, 1992 – 1998

**Chief Medical Officer,** Visby Medical, 2016 – Present

## Experience

**M.D. & Fellowship in Infectious Diseases**
University of Washington, Seattle, 1972 – 1976

**Medical Internship & Residencies (including Senior and Chief),**
Massachusetts General Hospital, Boston, 1972 – 1978

**Instructor in Medicine,** Harvard Medical School, Boston, 1977 – 1978

# Prior Art Disclosures of HE Limitations

| Limitation | Bausch HE Study (DTX 52) | Salix Presentation (DTX 660) | Leevy 2007 (DTX 390) | Common Knowledge |
|---|---|---|---|---|
| **Method of treating HE** | Prevent recurrence of HE in people in remission | Treat patients with "a wide range of levels of [HE]" | Reduce risk of experiencing a breakthrough overt HE episode | RFX commonly administered to treat HE |
| **Dosage of rifaximin** | 550 mg, twice daily | 400 mg, three times daily | 400 mg, three times daily | 600 to 1600 mg total per day |
| **Duration of administration** | 6 months | Up to 12.5 months; no resistance or side effects observed | At least 6 months | 12 months or longer; for as long as needed; no clinical resistance |
| **Lactulose** | Concomitant lactulose | Lactulose as "gold standard" of therapy | Lactulose was a "mainstay" of therapy | Concomitant lactulose; synergistic effect w/ RFX |
| **Conn scores** | Conn score of 0 or 1 as inclusion criterion | Administer to patients with "a broad range of encephalopathy" | Administer to patients with Conn score of 1 | RFX useful in managing "mild HE" |

DDX-010

# Prior Art Disclosures of HE Limitations

| Limitation | Bausch HE Study (DTX 52) | Salix Presentation (DTX 660) | Leevy 2007 (DTX 390) | Common Knowledge |
|---|---|---|---|---|
| **Method of treating HE** | Prevent recurrence of HE in people in remission | Treat patients with "a wide range of levels of [HE]" | Reduce risk of experiencing a breakthrough overt HE episode | RFX commonly administered to treat HE |
| **Dosage of rifaximin** | 550 mg, twice daily | 400 mg, three times daily | 400 mg, three times daily | 600 to 1600 mg total per day |
| **Duration of administration** | 6 months | Up to 12.5 months; no resistance or side effects observed | At least 6 months | 12 months or longer; for as long as needed; no clinical resistance |
| **Lactulose** | Concomitant lactulose | Lactulose as "gold standard" of therapy | Lactulose was a "mainstay" of therapy | Concomitant lactulose; synergistic effect w/ RFX |
| **Conn scores** | Conn score of 0 or 1 as inclusion criterion | Administer to patients with "a broad range of encephalopathy" | Administer to patients with Conn score of 1 | RFX useful in managing "mild HE" |

DDX-011

# Prior Art Disclosures of HE Limitations

| Limitation | Bausch HE Study (DTX 52) | Salix Presentation (DTX 660) | Leevy 2007 (DTX 390) | Common Knowledge |
|---|---|---|---|---|
| **Method of treating HE** | Prevent recurrence of HE in people in remission | Treat patients with "a wide range of levels of [HE]" | Reduce risk of experiencing a breakthrough overt HE episode | RFX commonly administered to treat HE |
| **Dosage of rifaximin** | 550 mg, twice daily | 400 mg, three times daily | 400 mg, three times daily | 600 to 1600 mg total per day |
| **Duration of administration** | 6 months | Up to 12.5 months; no resistance or side effects observed | At least 6 months | 12 months or longer; for as long as needed; no clinical resistance |
| **Lactulose** | Concomitant lactulose | Lactulose as "gold standard" of therapy | Lactulose was a "mainstay" of therapy | Concomitant lactulose; synergistic effect w/ RFX |
| **Conn scores** | Conn score of 0 or 1 as inclusion criterion | Administer to patients with "a broad range of encephalopathy" | Administer to patients with Conn score of 1 | RFX useful in managing "mild HE" |

DDX-012

# Salix Publicly Disclosed Effectiveness of Prior Use



Filed by Salix Pharmaceuticals, Ltd. pursuant to Rule 425
under the Securities Act of 1933, as amended,
and deemed filed pursuant to Rule 14a-12
under the Securities Exchange Act of 1934, as amended

[THE FOLLOWING IS THE TRANSCRIPT FOR THE SLIDE SHOW PRESENTATION FOR THE BANC OF AMERICA CONFERENCE BY SALIX PHARMACEUTICALS, LTD. ON JULY 28, 2005]



Salix Presentation (DTX 660) at 1

DDX-013

# HE Patents | Lack of Written Description



**8**. The method of claim **7**, wherein remission is defined as a Conn score of **0** or **1**.

← '573 Patent

JTX 11 at Claim 8

**6**. The method of claim **5** comprising orally administering about 550 mg of rifaximin twice daily to the adult subject.

← '195 Patent

JTX 19 at Claim 6

**11**. The method of claims **10**, wherein 550 mg of rifaximin is administered twice daily.

← '397 Patent

JTX 22 at Claim 11

**No recitation of lactulose**

'397 Patent →

**12**. The method of claim **1**, further comprising administering lactulose.

JTX 22 at Claim 12

DDX-014

# Dr. Albert M. Harary, M.D.



## Education

**B.A.** *Magna Cum Laude,* **Harvard University,** 1975

**M.D.,** **Columbia University, College of Physicians and Surgeons,** 1979

**Internal Medicine – Internship & Residency**
**Gastroenterology – Fellowship,** **University of Miami Hospitals,** 1979-1984

## Experience

**Attending Physician / Assistant Clinical Professor,**
NYU School of Medicine / Langone Hospital, 1984 – Present

**Director, Gastrointestinal Motility Unit,** **Lenox Hill Hospital,** 1984 – 2016

**Attending Physician,** **Lenox Hill Hospital,** Present

# Prior Art Disclosures of IBS-D Limitations

| '569 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Cuoco 2006 (JTX 38) |
|---|---|---|---|---|
| 1 | A method of providing acute treatment for [IBS-D] comprising | 10-day course of rifaximin for treatment of IBS [JTX 53 at -4158, -4159, -4163] | 14-day course of rifaximin for treatment of IBS-D [DTX-340-5,7] | 14-day course of rifaximin to IBS patients [JTX 38 at -3973, -75-76, 78] |
| | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 10 days [JTX 53 at -4158, -4159] | 550 - 2200 mg/day for 14 days [DTX 340-7] | 1200 mg/day for 14 days [JTX 38 at -3973, -76] |
| | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of global IBS symptoms for 10 weeks post-treatment [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | "adequate relief" of IBS-D symptoms; 12-week follow-up for "durability of response" [DTX 340-5,7] | Improvement of IBS symptoms 4-5 months post-treatment [JTX 38 at -3973, -76] |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 400 mg TID [JTX 53 at -4158, -4159] | 550 mg, 1100 mg BID [DTX 340-5,7] | 1200 mg / day [JTX 38 at -3973, -76] |

DDX-016

# Prior Art Disclosures of IBS-D Limitations

| '667 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Barrett (JTX 71) |
|---|---|---|---|---|
| 1 | A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] | Rifaximin for treatment of IBS-D / IBS-A in patients 21-73 yrs [JTX 71 at -4572-73] |
|  | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, | 400 mg TID for 10 days [JTX 53 at -4158, -4159] | 550 mg to 1100 mg BID for 14 days [DTX 340-5,7] | 400 mg TID for 1-5 months [JTX 71 at -4572-73] |
|  | thereby treating one or more symptoms of IBS in the subject 65 years of age or older. | Improvement in global IBS symptoms / bloating in subjects 1 8-65 years [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | Evaluates "adequate relief" of IBS-D symptoms / bloating in subjects 18 years and older [DTX 340-5,7] | Resolution of clinical symptoms in IBS-D and IBS-A patients [JTX 71 at -4572-73] |
| 3 | The method of claim 1, wherein the IBS is diarrhea-predominant IBS. | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160-61] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] | Rifaximin for treatment of IBS-D / IBS-A patients 21-73 yrs [JTX 71 at -4572-73] |

# Claim 2 of the '569 Patent



   **1**. A method of providing acute treatment for diarrhea-associated Irritable Bowel Syndrome (dIBS) comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, ==wherein the durability of response comprises about 12 weeks of adequate relief of symptoms.==
   **2**. The method of claim **1**, wherein the 1650 mg is administered as 550 mg three times per day.

'569 Patent (JTX 9)

# Dr. DeForest McDuff, Ph.D.



## Education

**B.A. Economics & B.S. Mathematics,** University of Maryland

**Ph.D. & M.A. Economics,** Princeton University

**Assistant Teaching Professor of Economics,** UNC-Chapel Hill

## Experience

**Co-founder and Partner** at Insight Economics

**Recognized patent expert** in IAM Patent 1000

**Over 75 cases** evaluating pharmaceuticals

**Over 50 cases** evaluating commercial success

DDX-019

# Dr. Thomas C. Mahl, M.D.



## Education

### Fellowship in Gastroenterology,
Yale University School of Medicine, 1987 - 1990

### Chief Medicine Resident | Medicine Resident | Internal Medicine Resident
University of Connecticut Health Sciences Center, 1984 - 1978

### M.D. with Honors,
State University of New York at Buffalo, 1984

### B.S., Chemistry Magna Cum Laude,
State University of New York College at Oswego, 1980

## Experience

### Chief of Gastroenterology
Erie County Medical Center, 2019 – Present

### Professor of Clinical Medicine Gastroenterology Fellowship Program, Director
University of Buffalo, 2014 – Present

### Chief of Medical Service
Department of Veterans Affairs Medical Center, 2000 – 2012

DDX-020

# Norwich's Proposed Label



## 2 DOSAGE AND ADMINISTRATION

### 2.1 Dosage for Travelers' Diarrhea

The recommended dose of rifaximin tablets is one 200 mg tablet taken orally three times a day for 3 days.

### 2.2 Dosage for Hepatic Encephalopathy

The recommended dose of rifaximin tablets is one 550 mg tablet taken orally two times a day.

### 2.3 Dosage for Irritable Bowel Syndrome with Diarrhea

The recommended dose of rifaximin tablets is one 550 mg tablet taken orally three times a day for 14 days. Patients who experience a recurrence of symptoms can be retreated up to two times with the same dosage regimen.

### 2.4 Administration

Rifaximin tablets can be taken with or without food *[see Clinical Pharmacology (12.3)]*.



JTX 73 at 2

DDX-021

# Dr. George Triadafilopoulos, M.D.



## Education

### Clinical & Research Fellow in Gastroenterology,
**Boston University Medical Center,** 1983 – 1985

### Internal Medicine Resident,
**Wayne State University Affiliated Hospitals,** 1981 – 1983

### Doctor of Medicine
**Aristotelian University Medical School,** 1979

## Experience

### Consultant Gastroenterologist,
**Stanford Hospital,** 1992 – Present

### Consultant Gastroenterologist,
**El Camino Hospital,** 2004 – Present

### Clinical Professor of Medicine,
**Stanford University School of Medicine,** 2004 – Present

# Norwich Will Not Induce Infringement of Claim 2 of the '569 Patent

| Claim 2 of the '569 Patent<br>(JTX 9) |
|---|
| 1.  A method of providing acute treatment for [IBS-D] comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, **wherein the durability of response comprises about 12 weeks of adequate relief of symptoms**. |
| 2.  The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day. |

JTX 9

DDX-023

# Dr. Michael Zaworotko, M.D.



## Education

**Bachelor of Science in Chemistry,** Imperial College (London, UK), 1977

**Ph.D. in Chemistry,** University of Alabama, 1982

**Post-doctoral fellowship in Chemistry,** University of Victoria, 1982 – 1985

## Experience

**Chair of the Department of Chemistry,** Saint Mary's University (Canada), 1985 – 1998

**Professor of Chemistry and Dean of the College of Arts and Sciences,** University of Winnipeg, Manitoba (Canada), 1998 – 1999

**Professor of Chemistry,** University of South Florida (USA), 1999 – 2013

**Bernal Chair of Crystal Engineering and Science Foundation of Ireland Research Professor in the School of Chemical Sciences,** University of Limerick (Ireland), 2013 – Present

**Co-Director,** Synthesis and Solid-State Pharmaceutical Centre, SSPC, 2017 – Present

# Rifaximin Forms

## EXAMPLE 1

### 4-Deoxy-4'-methyl-pyrido[1',2':1,2]imidazo-[5,4-c]rifamycin SV

7.54 Grams (0.01 moles) of rifamycin O and 3.24 g (0.03 moles) of 2-amino-4-methyl-pyridine were dissolved in 40 ml of methylene chloride and the so obtained solution was kept at room temperature for 48 hours. After washing the reaction mixture first with 60 ml of an aqueous 1N solution of hydrochloric acid and then with water, and drying the organic phase over sodium sulfate, the methylene chloride was eliminated by evaporation under vacuum.

A residue was obtained which was crystallized by ethanol and water 7:3 (v/v). Yield 6.13 g (78% of theoretical). M.p. 200°–205° C. (decomposition).

Cannata (JTX 37) at Example 1 5:56-6:3



**Fig. 4** The relationship between the various crystal forms of rifaximin.

Viscomi 2008 (JTX 65) at Fig. 4

DDX-025

# Viscomi PTO Declaration



Cannata (1985)
(JTX 37)

Marchi (1982)
(JTX 48)

7.   **Rifaximin prepared according to the old patents US '866** and **US '785** was never tested for polymorph. Samples of batches manufactured in 2000-2001, presently re-tested, are composed either of mixture of polymorph (alpha and **beta,** and in some case alpha and epsilon) or different polymorphs.

JTX 80 at 2

DDX-026

# Court's Claim Construction

1. **"purified"** ('620 Patent, Claims 3)

    a.     *Plaintiffs' proposed construction*: "A term that conveys that the solid-state profile of rifaximin, that is, the specific solid-state form or forms thereof is controlled"

    b.     *Defendant's proposed construction*: "Free of other polymorphic forms of rifaximin"

    c.     *Court's construction*: "Free of other polymorphic forms of rifaximin"

At oral argument, I construed "purified" to mean "free of other polymorphic forms of rifaximin."

Markman opinion (D.I. 90) at 5

DDX-027

# Norwich is Entitled to Relief

 **Judgment of invalidity against all the asserted claims**

 **Judgment of noninfringement of all of the HE claims, the IBS-D claims, and claim 3 of the '620 patent**

DDX-028

Exhibit 2

# Dr. Carl L. Berg, M.D.

## Direct Examination

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-200

# Dr. Carl L. Berg, M.D.






## Education

**Gastroenterology Fellowship,** Brigham and Women's Hospital, Harvard Medical School, 1989 – 1992

**Chief Medicine Resident,** Washington University Medical Service, John Cochran Division of Veterans Affairs Medical Center, 1988 – 1989

**Internal Medicine Resident at Barnes Hospital,** Washington University School of Medicine, 1986 – 1989

**M.D.,** Washington University School of Medicine, 1986

**B.A.,** Williams College, 1982

# Dr. Carl L. Berg, M.D.







## Professional Experience

**Professor of Medicine,** with Tenure, Duke University, 2012 – Present

**Professor in Medicine,** University of Virginia, 2008 – 2012

**Associate Professor in Medicine,** University of Virginia, 2002 – 2008

**Assistant Professor in Medicine,** University of Virginia, 1997 – 2002

**Instructor in Medicine,** Harvard Medical School, 1992 – 1998

**Clinical/Research Fellow in Medicine,** Harvard Medical School, 1989 – 1992

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Invalid as obvious over Bausch HE Study in view of Salix Presentation** | ✓ | ✓ | ✓ | ✓ |
| **Invalid as obvious over Leevy 2007 in view of common knowledge** | ✓ | ✓ | ✓ | ✓ |
| **Invalid for lack of adequate written description** | ✓ | ✓ | ✓ | |

DDX-203

# Court's Claim Construction

| Claim Term | Court's Construction |
|---|---|
| **"hepatic encephalopathy (HE)"** <br> ('573 Patent, Claim 8; '195 Patent, Claim 6; '397 Patent, Claims 11 & 12) | A serious, rare, complex, episodic, neuropsychiatric syndrome associated with advanced liver disease |
| **"breakthrough overt HE episode"** <br> ('397 Patent, Claims 11 & 12) | An increase of a Conn Score to Grade ≥2 (e.g., 0 or 1 to ≥2) or a Conn and Asterixis score increase of one grade each of those subjects having a baseline Conn Score of 0 |
| **"remission of HE"** <br> ('573 Patent, Claim 8) | No overt HE episode in a subject with a history of overt HE |

D.I. 90

DDX-204

# A Person of Ordinary Skill in the Art

A person of ordinary skill in the art would possess a medical degree with training in gastroenterology or would possess a medical degree with a practice in family or internal medicine having experience in treatment of liver disease and hepatic encephalopathy. To the extent necessary, a medical doctor may collaborate with one or more researchers in the fields of pharmaceutics or statistics.

# Dr. Brown's Person of Ordinary Skill in the Art

A POSA would have (1) a Ph.D. in pharmacology, biology, biomedical sciences, microbiology, or a related discipline, and/or (2) a medical degree and board certification in gastroenterology.  The POSA would have training in or experience with conducting and/or interpreting research related to liver and gastrointestinal disorders.  To the extent needed, the POSA would have collaborated with others having ordinary skill in the areas pertinent to the subject matter of the asserted HE claims. If the POSA were considering treatment with an antibiotic, such as rifaximin, the POSA would have collaborated with a person in the field of infectious diseases, clinical microbiology, or epidemiology, and also with a person knowledgeable about rifaximin.

# POSA Must Have a Medical Degree

**Experience in treating HE to:**

- Evaluate risks of long-term treatment vs. of not treating at all

- Assess side effects associated with use of systemic antibiotics to treat HE

- Properly prescribe medication to patients

DDX-207

# Goals of HE Treatment

**Avoiding another episode of HE:**

- Maintain remission of HE

- Reduce risk of HE recurrence

- Reduce risk of patient experiencing an episode of HE

# Prior Use of Rifaximin to Treat HE



**May 2004**
Xifaxan approved
in the U.S.

**Oct 2, 2008**
Priority date of
HE Patents

| 1980s | 1990s | 2000 | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |

DDX-209

# Prior Use of Rifaximin to Treat HE



**1980s**
Normix Label (JTX 94):
RFX available in Italy

**Nov. 1993**
Festi (JTX 42):
RFX used in
treating chronic HE
in cirrhotic patients

**Jan. 2000**
Normix Label (JTX 94):
RFX 1200 mg/d used as
coadjuvant in treatment
of hyperammonemia,
which includes HE

**2000**
Williams 2000 (JTX 66):
RFX used in treating
patients with mild to
moderate HE;  no reports of
serious adverse events "in all
clinical experience to date"

**May 2004**
Xifaxan approved
in the U.S.

**Oct 2, 2008**
Priority date of
HE Patents

| 1980s | 1990s | 2000 | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|

DDX-210

# Prior Use of Rifaximin to Treat HE



**1980s**
Normix Label (JTX 94): RFX available in Italy

**Nov. 1993**
Festi (JTX 42): RFX used in treating chronic HE in cirrhotic patients

**Jan. 2000**
Normix Label (JTX 94): RFX 1200 mg/d used as coadjuvant in treatment of hyperammonemia, which includes HE

**2000**
Williams 2000 (JTX 66): RFX used in treating patients with mild to moderate HE; no reports of serious adverse events "in all clinical experience to date"

**Jul. 2005**
Salix Presentation (DTX 660): RFX used off-label for HE; 1200 mg/d; up to 12.5 months of continuous therapy; no toxicity or resistance

**Oct. 2004**
Perspectives in Hepatology (DTX 584): RFX used off-label in the U.S. to treat HE; "no significant side effects"

**May 2004**
Xifaxan approved in the U.S.

**Sep. 2005**
Leevy Abstract (JTX 47): RFX 1200 mg/d used to treat HE for 6+ months

**2005**
Gerard (JTX 90): RFX 400 mg three times daily is "commonly" used to treat HE "for as long as needed"

**Nov. 2005**
Q3 2005 EC (DTX 540): Salix attributes increased prescription sizes to growing use of RFX to treat HE

**Aug. 2007**
Q2 2007 EC (DTX 535): Plurality of Xifaxan prescriptions are for treatment of HE; RFX listed in drug compendia for treatment of HE

**Oct 2, 2008**
Priority date of HE Patents

| 1980s | 1990s | 2000 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|-------|-------|------|------|------|------|------|------|------|

DDX-211

# Prior Use of Rifaximin to Treat HE



**1980s**
Normix Label (JTX 94): RFX available in Italy

**Jul. 2005**
Salix Presentation (DTX 660): RFX used off-label for HE; 1200 mg/d; up to 12.5 months of continuous therapy; no toxicity or resistance

**Sep. 2005**
Leevy Abstract (JTX 47): RFX 1200 mg/d used to treat HE for 6+ months

**Aug. 2007**
Q2 2007 EC (DTX 535): Plurality of Xifaxan prescriptions are for treatment of HE; RFX listed in drug compendia for treatment of HE

**Nov. 1993**
Festi (JTX 42): RFX used in treating chronic HE in cirrhotic patients

**Oct. 2004**
Perspectives in Hepatology (DTX 584): RFX used off-label in the U.S. to treat HE; "no significant side effects"

**2005**
Gerard (JTX 90): RFX 400 mg three times daily is "commonly" used to treat HE "for as long as needed"

**Jan. 2000**
Normix Label (JTX 94): RFX 1200 mg/d used as coadjuvant in treatment of hyperammonemia, which includes HE

**May 2004**
Xifaxan approved in the U.S.

**Nov. 2005**
Q3 2005 EC (DTX 540): Salix attributes increased prescription sizes to growing use of RFX to treat HE

**Oct 2, 2008**
Priority date of HE Patents

**2000**
Williams 2000 (JTX 66): RFX used in treating patients with mild to moderate HE; no reports of serious adverse events "in all clinical experience to date"

**Jan. 2004-May 2008**
**Neff 2008 (JTX 109):** RFX 600-1600 mg/d used for 180-385 days to treat HE; long-term treatment "not associated with" development of C. difficile infection

**Jan. 2006-May 2008**
**Mantry (JTX 111):** RFX 400-1200 mg/d used for 3-42 months to treat HE; found to be "safe and efficacious"

| 1980s | 1990s | 2000 | | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|---|---|---|---|

DDX-212

# POSAs Began to Switch to Off-Label Rifaximin

- **POSAs would have conducted their own risk-benefit analysis**

- **Decades of widespread, safe, effective, long-term use outside the U.S.**

- **Other drugs were, and continue to be, regularly used off-label to treat HE**

DDX-213

# Limitations of the Asserted Claims

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Method of treating HE** | "method of maintaining remission of [HE]" | "method of reducing the risk of [HE] recurrence" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" |
| **Dosage of rifaximin** | -- | "orally" | "orally" | -- |
| | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" |
| | "about 1100 mg . . . per day" | "about 1100 mg . . . per day" | "1100 mg . . . per day" | -- |
| | "550 mg . . . two times per day" | "about 550 mg . . . twice daily" | "550 mg . . . twice daily" | -- |
| **Duration of administration** | "12 months or longer" | "12 months or longer" | "about 12 months or longer" | "about 12 months or longer" |
| **Lactulose** | -- | -- | -- | "administering lactulose" |
| **Conn scores** | "remission is defined as a Conn score of 0 or 1" | -- | "the subject has a Conn score of 0 or 1" | "the subject has a Conn score of 0 or 1" |

DDX-214

# Method of Treating HE – Limitations

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Method of treating HE** | "method of maintaining remission of [HE]" | "method of reducing the risk of [HE] recurrence" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" |
| **Dosage of rifaximin** | -- | "orally" | "orally" | -- |
| | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" |
| | "about 1100 mg . . . per day" | "about 1100 mg . . . per day" | "1100 mg . . . per day" | -- |
| | "550 mg . . . two times per day" | "about 550 mg . . . twice daily" | "550 mg . . . twice daily" | -- |
| **Duration of administration** | "12 months or longer" | "12 months or longer" | "about 12 months or longer" | "about 12 months or longer" |
| **Lactulose** | -- | -- | -- | "administering lactulose" |
| **Conn scores** | "remission is defined as a Conn score of 0 or 1" | -- | "the subject has a Conn score of 0 or 1" | "the subject has a Conn score of 0 or 1" |

DDX-215

# Method of Treating HE Disclosed in Prior Art

Brief Summary:  The purpose of this study is to determine if rifaximin is safe and effective in preventing the recurrence of Hepatic Encephalopathy (HE) in people with liver disease. People who have experienced HE in the past but are currently not having symptoms may be eligible to participate in this study.

Bausch HE Study (DTX 52) at 4

**Table 2**   Summary of clinical data and compliance

|  | During Lactulose | During Rifaximin |
|---|---|---|
| Compliance,* *n* (%) | | |
| 0–24% | 5 (3) | 0 (0) |
| 25–49% | 21 (14) | 1 (<1) |
| 50–74% | 74 (51) | 6 (4) |
| 75–99% | 37 (26) | 76 (52) |
| 100% | 7 (5) | 58 (40) |
| Not available | 1 (<1) | 4 (3) |
| Hepatic encephalopathy grade,* *n* (%) | | |
| Stage 1 | 9 (6) | 53 (37) |
| Stage 2 | 100 (69) | 83 (57) |
| Stage 3 | 36 (25) | 9 (6) |
| Stage 4 | 0 (0) | 0 (0) |

Leevy 2007 (DTX 390) at Table 2

Well, the Mas study, probably the largest study undertaken to date, had 103 patients comparing Xifaxan, 400 milligrams 3 times a day or 1200 milligrams to Lactitol, the European equivalent of Lactulose, 20 grams 3 times a day, a wide range of levels of hepatic encephalopathy. The treatment was five to ten days. And they looked at the level of hepatic encephalopathy with those treatments. As you can see from this table, comparing in the first set of P-values Xifaxan to the second set, Lactitol, looking at blood ammonia levels, encephalopathy index and percentage improvement in encephalopathy, you can see that comparing entry to the end of treatment, the Xifaxan did significantly better than the Lactitol and the P-values, as you can see in the final column, were all highly significant.

Salix Presentation (DTX 660) at 10

DDX-216

# Common Knowledge that Rifaximin was Effective to Treat HE

dose than that for enteric bacterial infection. The dose ==commonly used in hepatic encephalopathy is 400 mg three-times daily for as long as needed== (generally weeks to months). The major advantage of rifaximin over other drugs is equal or improved efficacy with a lower side-effect profile.

Gerard (JTX 90) at 203

effect in reducing ammonia-producing flora. Its ==efficacy and good tolerability make rifaximin== a valid alternative to the use of aminoglycoside antibiotics associated with disaccharides in the treatment of patients with liver disease, particularly in the case of prolonged therapy.

Puxeddu (JTX 95) at 274

This study ==confirms the usefulness of rifaximin in the management of cirrhotic patients with mild HE.== The absence of significant side effects suggests that it may also be useful in more severe cases of HE, either alone or in combination with other drugs. Further studies are necessary to con-

Festi (JTX 42) at 607

cephalopathy management. Recent studies indicate that either may be ==an effective substitute for lactulose.==[17,18] Further studies to more firmly establish the

Shah (JTX 136) at 17

DDX-217

# Dosage of Rifaximin – Claim Limitations

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Method of treating HE** | "method of maintaining remission of [HE]" | "method of reducing the risk of [HE] recurrence" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" |
| **Dosage of rifaximin** | -- | "orally" | "orally" | -- |
| | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" |
| | "about 1100 mg . . . per day" | "about 1100 mg . . . per day" | "1100 mg . . . per day" | -- |
| | "550 mg . . . two times per day" | "about 550 mg . . . twice daily" | "550 mg . . . twice daily" | -- |
| **Duration of administration** | "12 months or longer" | "12 months or longer" | "about 12 months or longer" | "about 12 months or longer" |
| **Lactulose** | -- | -- | -- | "administering lactulose" |
| **Conn scores** | "remission is defined as a Conn score of 0 or 1" | -- | "the subject has a Conn score of 0 or 1" | "the subject has a Conn score of 0 or 1" |

DDX-218

# Dosage Claim Limitations Disclosed in Prior Art

remission from demonstrated HE. **Subjects will receive rifaximin (550 mg BID) or placebo (1:1) for 6 months following a 7 day screening/observational period.** All

Bausch HE Study (DTX 52) at 5

**Abstract** We sought to compare frequency and duration of hepatic encephalopathy-related hospitalizations during rifaximin versus lactulose treatment. Hospitalizations, clinical efficacy data, and adverse events obtained from charts of 145 patients with hepatic encephalopathy who received lactulose (30 cc twice daily) for ≥ 6 months and then rifaximin (400 mg 3 times a day) for ≥ 6 months compared last 6 months on lactulose (lactulose period) to first 6 months on rifaximin (rifaximin period). Fewer hospitalizations (0.5

Leevy 2007 (DTX 390) at Abstract

Well, the Mas study, probably the largest study undertaken to date, had 103 patients comparing Xifaxan, 400 milligrams 3 times a day or 1200 milligrams to Lactitol, the European equivalent of Lactulose, 20 grams 3 times a day, a wide range of levels of hepatic encephalopathy. The treatment

Salix Presentation (DTX 660) at 10

DDX-219

# Duration of Administration – Claim Limitations

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Method of treating HE** | "method of maintaining remission of [HE]" | "method of reducing the risk of [HE] recurrence" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" |
| **Dosage of rifaximin** | -- | "orally" | "orally" | -- |
| | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" |
| | "about 1100 mg . . . per day" | "about 1100 mg . . . per day" | "1100 mg . . . per day" | -- |
| | "550 mg . . . two times per day" | "about 550 mg . . . twice daily" | "550 mg . . . twice daily" | -- |
| **Duration of administration** | "12 months or longer" | "12 months or longer" | "about 12 months or longer" | "about 12 months or longer" |
| **Lactulose** | -- | -- | -- | "administering lactulose" |
| **Conn scores** | "remission is defined as a Conn score of 0 or 1" | -- | "the subject has a Conn score of 0 or 1" | "the subject has a Conn score of 0 or 1" |

DDX-220

# Duration of Administration Disclosed in Prior Art

I personally have treated over 450 patients with Xifaxan in my practice. We use 1200 milligrams a day, keep the patient on a continuous 1200 milligrams a day. We've had patients on ==up to 12.5 months== of continuous therapy. We see no resistance and we have seen no side effects. The patients

Salix Presentation (DTX 660) at 11 / Opening ¶ 80

## Common Knowledge

**Results:** Analyses included 212 patients with cirrhosis who received rifaximin for the treatment of HE. The mean dose of rifaximin was 1055 mg/d (range, 600–1600 mg/d) for a mean duration of ==250 days (range, 180–385 d).== Of the 212 patients who received rifaximin, 155 were treated in a univer-

Neff 2008 (JTX 109) at S176

dose than that for enteric bacterial infection. The dose commonly used in hepatic encephalopathy is 400 mg three-times daily ==for as long as needed (generally weeks to months).== The

Gerard (JTX 90) at 203

DDX-221

# Lactulose – Claim Limitation

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Method of treating HE** | "method of maintaining remission of [HE]" | "method of reducing the risk of [HE] recurrence" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" |
| **Dosage of rifaximin** | -- | "orally" | "orally" | -- |
| | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" |
| | "about 1100 mg . . . per day" | "about 1100 mg . . . per day" | "1100 mg . . . per day" | -- |
| | "550 mg . . . two times per day" | "about 550 mg . . . twice daily" | "550 mg . . . twice daily" | -- |
| **Duration of administration** | "12 months or longer" | "12 months or longer" | "about 12 months or longer" | "about 12 months or longer" |
| **Lactulose** | -- | -- | -- | "administering lactulose" |
| **Conn scores** | "remission is defined as a Conn score of 0 or 1" | -- | "the subject has a Conn score of 0 or 1" | "the subject has a Conn score of 0 or 1" |

# Administering Lactulose Disclosed in Prior Art

following a 7 day screening/observational period. All subjects will have the option to use **lactulose as concomitant medication** during the study. Subjects will be

Bausch HE Study (DTX 52) at 5

## Common Knowledge

| Study design | n | Treatment |
|---|---|---|
| *Hepatic encephalopathy* | | |
| Rifaximin plus lactulose | 55 | Rifaximin 1200 mg/day |

Gerard (JTX 90) at 204

One hundred thirty-six cirrhotic patients (100 men, 36 women; mean age, 59.5 years) with clinical and biochemical signs of mild HE were studied under three different treatment protocols: one open study in which rifaximin (1200 mg/day) was administered for 21 days to 80 patients; and two randomized controlled studies, one in which rifaximin (1200 mg/day, 20 patients) and neomycin (3000 mg/day, 15 patients) were administered for 21 days and one in which rifaximin (1200 mg/day, 9 patients) and lactulose (40 gm/day, 12 patients) were administered for 21 days. In the open study, after 5 days of treatment, am-

Festi (JTX 42) at 598

DDX-223

# Conn Scores – Claim Limitations

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Method of treating HE** | "method of maintaining remission of [HE]" | "method of reducing the risk of [HE] recurrence" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" | "method of reducing a subject's risk of experiencing a breakthrough overt [HE] episode" |
| **Dosage of rifaximin** | -- | "orally" | "orally" | -- |
| | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" | "about 1000 mg to about 1200 mg . . . daily" |
| | "about 1100 mg . . . per day" | "about 1100 mg . . . per day" | "1100 mg . . . per day" | -- |
| | "550 mg . . . two times per day" | "about 550 mg . . . twice daily" | "550 mg . . . twice daily" | -- |
| **Duration of administration** | "12 months or longer" | "12 months or longer" | "about 12 months or longer" | "about 12 months or longer" |
| **Lactulose** | -- | -- | -- | "administering lactulose" |
| **Conn scores** | "remission is defined as a Conn score of 0 or 1" | -- | "the subject has a Conn score of 0 or 1" | "the subject has a Conn score of 0 or 1" |

# Conn Scores Disclosed in Prior Art

- Subject has a Conn score of 0 or 1.

Bausch HE Study (DTX 52) at 7

**Table 2** Summary of clinical data and compliance

|  | During Lactulose | During Rifaximin |
|---|---|---|
| Compliance,* n (%) | | |
| 0–24% | 5 (3) | 0 (0) |
| 25–49% | 21 (14) | 1 (<1) |
| 50–74% | 74 (51) | 6 (4) |
| 75–99% | 37 (26) | 76 (52) |
| 100% | 7 (5) | 58 (40) |
| Not available | 1 (<1) | 4 (3) |
| Hepatic encephalopathy grade,* n (%) | | |
| Stage 1 | 9 (6) | 53 (37) |
| Stage 2 | 100 (69) | 83 (57) |
| Stage 3 | 36 (25) | 9 (6) |
| Stage 4 | 0 (0) | 0 (0) |

Leevy 2007 (DTX 390) at Table 2

DDX-225

# Prior Art Disclosures of HE Claim Limitations

| Limitation | Bausch HE Study (DTX 52) | Salix Presentation (DTX 660) | Leevy 2007 (DTX 390) | Common Knowledge |
|---|---|---|---|---|
| Method of treating HE | Prevent recurrence of HE in people in remission | Treat patients with "a wide range of levels of [HE]" | Reduce risk of experiencing a breakthrough overt HE episode | RFX commonly administered to treat HE |
| Dosage of rifaximin | 550 mg, twice daily | 400 mg, three times daily | 400 mg, three times daily | 600 to 1600 mg total per day |
| Duration of administration | 6 months | Up to 12.5 months; no resistance or side effects observed | At least 6 months | 12 months or longer; for as long as needed; no clinical resistance |
| Lactulose | Concomitant lactulose | Lactulose as "gold standard" of therapy | Lactulose was a "mainstay" of therapy | Concomitant lactulose; synergistic effect w/ RFX |
| Conn scores | Conn score of 0 or 1 as inclusion criterion | Administer to patients with "a broad range of encephalopathy" | Administer to patients with Conn score of 1 | RFX useful in managing "mild HE" |

DDX-226

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Invalid as obvious over Bausch HE Study in view of Salix Presentation** | ✓ | ✓ | ✓ | ✓ |
| **Invalid as obvious over Leevy 2007 in view of common knowledge** | ✓ | ✓ | ✓ | ✓ |
| **Invalid for lack of adequate written description** | ✓ | ✓ | ✓ | |

DDX-227

# Bausch HE Study + Salix Presentation | Motivation to Combine

- **Teaching, Suggestion, or Motivation in the Prior Art**

- **Combination of Prior Art Elements According to Known Methods**

- **Simple Substitution of One Element for Another**

DDX-228

# Bausch HE Study + Salix Presentation | Teaching, Suggestion, or Motivation

- **HE is a chronic condition requiring long-term (12 months or longer) treatment (e.g., Festi, Williams 2000)**

- **Quality of life (e.g., Gerard, Salix Presentation)**

- **Synergistic effect with lactulose (e.g., Puxeddu, Shah)**

# Motivations to Adjust Dosages

- **Pill burden**

- **Patient compliance**

- **Routine optimization**

# References Describing the Synergistic Effect of Rifaximin Plus Lactulose

rational treatment of HE. In addition, the trial shows the efficacy of the combined use of rifaximin together with a non-absorbable disaccharide such as lactulose, the 2 compounds exerting a synergetic effect in the reduction of ammonia-producing flora.[14]

Puxeddu (JTX 95) at 280

tors, bowel cleansing, and lactulose therapy. In difficult cases, a combination of lactulose and neomycin, metronidazole, or rifaximin is recommended. Because the prognosis for patients with

Shah (JTX 136) at 18

DDX-231

# Bausch HE Study + Salix Pres. | Combining Known Elements According to Known Methods

| **Bausch HE Study** (DTX 52) | **Salix Presentation** (DTX 660) |
|---|---|
| Known method of treating HE by administering 550 mg rifaximin twice daily | Known method of treating HE by administering rifaximin for 12 months or more |





Known chronic nature of HE



Known efficacy of lactulose and rifaximin, both separately and together



**Bausch HE Study's method extended to administration for 12 months or longer**

DDX-232

# Bausch HE Study + Salix Presentation | Simple Substitution

**Bausch HE Study** (DTX 52)

Administering rifaximin 550 mg twice daily for **6 months or longer**

**Salix Presentation** (DTX 660)

Administering rifaximin for **12 months or longer**

**Neff 2008** (JTX 109) at S176

Rifaximin administered for a range spanning **6 months to 12 months or longer**

**Claims**

Administering rifaximin 550 mg twice daily for **12 months or longer**

DDX-233

# Bausch HE Study + Salix Presentation | Reasonable Expectation of Success

- Known effective treatment of HE by administering **claimed dosage of rifaximin**

- Known effective treatment of HE by administering **rifaximin for 12 months or longer**

- Rifaximin known as "ideal antibiotic" due to good side effect profile, **no resistance**

- Known synergistic effect of **lactulose and rifaximin**

DDX-234

# Lactulose and Rifaximin | Mechanisms of Action

**Lactulose:** Colonic acidifier, purgative laxative

**Rifaximin:** Reduces ammonia-producing intestinal bacteria



Reduction in blood ammonia levels

rational treatment of HE. In addition, the trial shows the ==efficacy of the combined use== of rifaximin together with a non-absorbable disaccharide such as lactulose, the 2 compounds exerting a ==synergetic effect== in the reduction of ammonia-producing flora.[14]

Puxeddu (JTX 95) at 280

tors, bowel cleansing, and lactulose therapy. In difficult cases, a ==combination of lactulose and== neomycin, metronidazole, or ==rifaximin== is recommended. Because the prognosis for patients with

Shah (JTX 136) at 18

DDX-235

# Bausch HE Study + Salix Presentation | Reasonable Expectation of Success

- **Bausch HE Study discloses administration to patients in remission**

efficacy and safety of rifaximin given 550 mg BID as compared to placebo in subjects who are <mark>currently in remission from demonstrated HE.</mark> Subjects will receive

Bausch HE Study (DTX 52) at 5

- **Salix Presentation discloses continuous use of rifaximin up to 12.5 months**

I personally have treated over 450 patients with Xifaxan in my practice. We use 1200 milligrams a day, keep the patient on <mark>a continuous 1200 milligrams a day.</mark> We've had patients on <mark>up to 12.5 months</mark> of continuous therapy. We see no resistance and we have seen no side effects. The patients

Salix Presentation (DTX 660) at 11

- **Leevy 2007 discloses maintenance of remission**



Leevy 2007 (DTX 390) at 739, Table 2

DDX-236

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| Invalid as obvious over Bausch HE Study in view of Salix Presentation | ✓ | ✓ | ✓ | ✓ |
| **Invalid as obvious over Leevy 2007 in view of common knowledge** | ✓ | ✓ | ✓ | ✓ |
| Invalid for lack of adequate written description | ✓ | ✓ | ✓ | |

DDX-237

# Leevy 2007 + Common Knowledge | Teaching, Suggestion, or Motivation

- **Leevy 2007:** Administering rifaximin for 6 months or longer is effective in treating HE

- **Common Knowledge  (e.g., Neff 2008, Mantry):** Administration of rifaximin for 12 months or longer is safe and effective

DDX-238

# Leevy 2007 + Common Knowledge | Administration for 12+ Months

- **Known lower HE grades and maintenance of remission in patients on rifaximin**

- **Known chronic nature of HE, requiring long-term treatment**

# Leevy 2007 + Common Knowledge | Reasonable Expectation of Success

- Known effective treatment of HE by administering **claimed dosage of rifaximin**

- Known effective treatment of HE by administering **rifaximin for 12 months or longer**

- Rifaximin known as ideal antibiotic due to good side effect profile, **no resistance**

- Known synergistic effect of **lactulose and rifaximin**

# Secondary Considerations | No Unexpected Results

The purpose of this study is to determine if rifaximin is safe and effective in preventing the recurrence of Hepatic Encephalopathy (HE) in people with liver disease. People

\*   \*   \*

remission from demonstrated HE. Subjects will receive rifaximin (550 mg BID) or placebo (1:1) for 6 months following a 7 day screening/observational period. All

Bausch HE Study (DTX 52) at 4-5

- **Administering for 12 months or longer instead of 6 months is a change in degree, not kind**

DDX-241

# Secondary Considerations | No Skepticism

Importantly, rifaximin does not appear to lead to bacterial resistance. Rifaximin has an excellent safety profile and adverse drug reactions have been comparable to those associated with the placebo control agent.

Gerard (JTX 90) at 201

systemic adverse effects. During the nearly 20 years rifaximin has been available in Europe, no clinically significant antibiotic resistance has been observed. [14,15] For

Shen (JTX 137) at 2

I personally have treated over 450 patients with Xifaxan in my practice. We use 1200 milligrams a day, keep the patient on a continuous 1200 milligrams a day. We've had patients on up to 12.5 months of continuous therapy. We see no resistance and we have seen no side effects. The patients are faithful to taking this in contrast to the Lactulose that they used previously. And, in fact, we've just submitted a paper where we've looked at

Salix Presentation (DTX 660) at 11

DDX-242

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Invalid as obvious over Bausch HE Study in view of Salix Presentation** | ✓ | ✓ | ✓ | ✓ |
| **Invalid as obvious over Leevy 2007 in view of common knowledge** | ✓ | ✓ | ✓ | ✓ |
| **Invalid for lack of adequate written description** | ✓ | ✓ | ✓ | |

DDX-243

# HE Patents | Lack of Written Description



**8**. The method of claim **7**, wherein remission is defined as a Conn score of **0** or **1**.

→ **'573 Patent**

JTX 11 at Claim 8

**6**. The method of claim **5** comprising orally administering about 550 mg of rifaximin twice daily to the adult subject.

→ **'195 Patent**

JTX 19 at Claim 6

**11**. The method of claims **10**, wherein 550 mg of rifaximin is administered twice daily.

→ **'397 Patent**

JTX 22 at Claim 11

**No recitation of lactulose**

**'397 Patent** →

**12**. The method of claim **1**, further comprising administering lactulose.

JTX 22 at Claim 12

DDX-244

# HE Patents | Administration of Rifaximin and Lactulose

## FIG. 29

Lactulose Use - Did Not Influence
Study Outcome
Study 3001

| Parameter | Placebo N = 159 | Rifaximin N = 140 |
|---|---|---|
| Lactulose at baseline | | |
| Yes, n (%) | 145 (91) | 128 (91) |
| No, n (%) | 14 (9) | 12 (9) |
| Average daily lactulose use (cups/d [15mL/cup]) | | |
| Mean ± SD | 3.51 ± 2.59 | 3.14 ± 2.10 |
| Median (min - max) | 2.8 (0 - 11.8) | 2.8 (0 - 9.0) |

Lactulose use was optional for subjects.

'397 Patent (JTX 22) at 17:41

'573 Patent (JTX 11) at Fig. 29; '195 Patent (DTX 821) at Fig. 29

DDX-245

# HE Patents | No Assessment of Treatment Effect Without Lactulose

duration of current remission and diabetes. The ==differences in treatment effect could not be assessed== in the following sub-populations due to small sample size: non-White (n=42), baseline MELD >19 (n=26), Child-Pugh C (n=31), and those ==without concomitant lactulose use (n=26).==

'573 Patent (JTX 11) at 46:55-59;
'195 Patent (JTX 19) at 47:20-24

were using lactulose concomitantly. ==Differences in the treatment effect== of those patients not using lactulose concomitantly ==could not be assessed.==

'195 Patent (JTX 19) at 35:65-67;
'573 Patent (JTX 11) at 35:60-62

DDX-246

# Invalidity for Lack of Written Description

**Claim 8 of the '573 Patent, claim 6 of the '195 Patent, and claim 11 of the '397 Patent are invalid because:**

- A POSA would not understand inventors to have possession of the full scope of the asserted claims

- The specifications do not support that rifaximin alone — without lactulose — achieved the claimed effects

DDX-247

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | ʼ573 Patent | ʼ195 Patent | ʼ397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **Invalid as obvious over Bausch HE Study in view of Salix Presentation** | ✓ | ✓ | ✓ | ✓ |
| **Invalid as obvious over Leevy 2007 in view of common knowledge** | ✓ | ✓ | ✓ | ✓ |
| **Invalid for lack of adequate written description** | ✓ | ✓ | ✓ | |

DDX-248

Exhibit 3

# Dr. Albert M. Harary, M.D.

## Direct Examination

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-500

# Educational and Professional Background



DTX 144

## Education

**B.A.** *Magna Cum Laude,* **Harvard University,** 1975

**M.D.,** **Columbia University, College of Physicians and Surgeons,** 1979

**Internal Medicine – Internship & Residency**
**Gastroenterology – Fellowship,** **University of Miami Hospitals,** 1979-1984

## Experience

**Attending Physician / Assistant Clinical Professor,**
**NYU School of Medicine / Langone Hospital,** 1984 – Present

**Director, Gastrointestinal Motility Unit,** **Lenox Hill Hospital,** 1984 – 2016

**Attending Physician,** **Lenox Hill Hospital,** Present

DDX-501

# The Asserted IBS-D Claims

| Claim 2 of the '569 Patent (JTX 9) | Claim 3 of the '667 Patent (JTX 26) |
|---|---|
| **1.** A method of providing acute treatment for [IBS-D] comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | **1.** A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, thereby treating one or more symptoms of IBS in the subject 65 years of age or older. |
| **2.** The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day. | **3.** The method of claim 1, wherein the IBS is diarrhea-predominant IBS. |

DDX-502

# Summary of Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| **Pimentel 2006 + RFIB 2001 the Protocol** | | |
| **Cuoco 2006 + the RFIB 2001 Protocol** | | |
| **Barrett + the RFIB 2001 Protocol** | | |
| **Lacks adequate written description** | | |
| **Indefinite** | | |

DDX-503

# Examples of Prior Clinical Use of Rifaximin for IBS-D

**Pimentel et al.: Jul. 2004 - 2011** (DTX 496-1-3; DTX 582-5; DTX 700; DTX 892-1-5; PTX 752 at -486-488)

400 mg TID for 10 days; "retreatment with rifaximin is universally efficacious" (DTX 892-5)

**Barrett: Nov. 2004 to Sep. 2005**

400 mg TID for 1-5 months (initial);
400 mg TID 2 weeks per month (additional)

(JTX 71)

**Weinstock: 2005 – 2011** (DTX 038; DTX 225; DTX 858-2)

800 mg to 1800 mg per day for 10-14 days

**Jolley: Oct. 2006 to Jul. 2007**

1200 to 2400 mg for 10 days
(DTX 368-2-3)

**Feb. 26, 2008 (claimed priority date for the '569 patent)**

| 2004 | 2005 | 2006 | 2007 | 2008 | 2011 |
|------|------|------|------|------|------|

DDX-504

# Claim 2 of the '569 Patent, Prior Art Disclosures

| '569 Patent | Limitation | Pimentel 2006 | RFIB 2001 Protocol | Cuoco 2006 |
|---|---|---|---|---|
| 1 | A method of providing acute treatment for [IBS-D] comprising | | | |
| | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | | | |
| | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | | | |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | | | |

DDX-505

# Claim 2 of the '569 Patent, Prior Art Disclosures

| '569 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol | Cuoco 2006 |
|---|---|---|---|---|
| 1 | A method of providing acute treatment for [IBS-D] comprising | 10-day course of rifaximin for treatment of IBS [JTX 53 at -4158, -4159, -4163] | | |
| | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 10 days [JTX 53 at -4158, -4159] | | |
| | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of global IBS symptoms for 10 weeks post-treatment [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | | |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 400 mg TID [JTX 53 at -4158, -4159] | | |

DDX-506

# Claim 2 of the '569 Patent, Prior Art Disclosures

| '569 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Cuoco 2006 |
|---|---|---|---|---|
| 1 | A method of providing acute treatment for [IBS-D] comprising | 10-day course of rifaximin for treatment of IBS [JTX 53 at -4158, -4159, -4163] | 14-day course of rifaximin for treatment of IBS-D [DTX 340-5,7] | |
| | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 10 days [JTX 53 at -4158, -4159] | 550 - 2200 mg/day for 14 days [DTX 340-5,7] | |
| | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of global IBS symptoms for 10 weeks post-treatment [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | "adequate relief" of IBS-D symptoms; 12-week follow-up for "durability of response" [DTX 340-5,7] | |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 400 mg TID [JTX 53 at -4158, -4159] | 550 mg, 1100 mg BID [DTX 340-5,7] | |

DDX-507

# Claim 2 of the '569 Patent, Prior Art Disclosures

| '569 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Cuoco 2006 (JTX 38) |
|---|---|---|---|---|
| 1 | A method of providing acute treatment for [IBS-D] comprising | 10-day course of rifaximin for treatment of IBS [JTX 53 at -4158, -4159, -4163] | 14-day course of rifaximin for treatment of IBS-D [DTX 340-5,7] | 14-day course of rifaximin to IBS patients [JTX 38 at -3973, -75-76, 78] |
|  | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 10 days [JTX 53 at -4158, -4159] | 550 - 2200 mg/day for 14 days [DTX 340-5,7] | 1200 mg/day for 14 days [JTX 38 at -3973, -76] |
|  | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of global IBS symptoms for 10 weeks post-treatment [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | "adequate relief" of IBS-D symptoms; 12-week follow-up for "durability of response" [DTX 340-5,7] | Improvement of IBS symptoms 4-5 months post-treatment [JTX 38 at -3973, -76] |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 400 mg TID [JTX 53 at -4158, -4159] | 550 mg, 1100 mg BID [DTX 340-5,7] | 1200 mg / day [JTX 38 at -3973, -76] |

# Claim 2 of the '569 Patent, Obviousness Analysis

| '569 Patent | Limitation | Combination No. 1 | |
|---|---|---|---|
| | | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) |
| 1 | A method of providing acute treatment for [IBS-D] comprising | 10-day course of rifaximin for treatment of IBS [JTX 53 at -4158, -4159, -4163] | 14-day course of rifaximin for treatment of IBS-D [DTX 340-5,7] |
| | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 10 days [JTX 53 at -4158, -4159] | 550 - 2200 mg/day for 14 days [DTX 340-5,7] |
| | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of global IBS symptoms for 10 weeks post-treatment [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | "adequate relief" of IBS-D symptoms; 12-week follow-up for "durability of response" [DTX 340-5,7] |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 400 mg TID [JTX 53 at -4158, -4159] | 550 mg, 1100 mg BID [DTX 340-5,7] |

DDX-509

# Summary of Opinions

| | Patents / Claim Numbers | |
| --- | --- | --- |
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| **Pimentel 2006 + RFIB 2001 the Protocol** | ✅ | |
| **Cuoco 2006 + the RFIB 2001 Protocol** | | |
| **Barrett + the RFIB 2001 Protocol** | | |
| **Lacks adequate written description** | | |
| **Indefinite** | | |

DDX-510

# Claim 2 of the '569 Patent, Obviousness Analysis

| '569 Patent | Limitation | Combination No. 2 | |
| --- | --- | --- | --- |
| | | Cuoco 2006 (JTX 38) | RFIB 2001 Protocol (DTX 340) |
| 1 | A method of providing acute treatment for [IBS-D] comprising | 14-day course of rifaximin to IBS patients [JTX 38 at -3973, -75-76, 78] | 14-day course of rifaximin for treatment of IBS-D [DTX 340-5,7] |
| | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 14 days [JTX 38 at -3973, -76] | 550 - 2200 mg/day for 14 days [DTX 340-5,7] |
| | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of IBS symptoms 4-5 months post-treatment [JTX 38 at -3973, -76] | "adequate relief" of IBS-D symptoms; 12-week follow-up for "durability of response" [DTX 340-5,7] |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 1200 mg / day [JTX 38 at -3973, -76] | 550 mg, 1100 mg BID [DTX 340-5,7] |

DDX-511

# Summary of Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| Pimentel 2006 + RFIB 2001 the Protocol | ✅ | |
| Cuoco 2006 + the RFIB 2001 Protocol | ✅ | |
| Barrett + the RFIB 2001 Protocol | | |
| Lacks adequate written description | | |
| Indefinite | | |

DDX-512

# Claim 3 of the '667 Patent, Obviousness Analysis

| '667 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Barrett (JTX 71) |
|---|---|---|---|---|
| 1 | A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, | | | |
| | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, | | | |
| | thereby treating one or more symptoms of IBS in the subject 65 years of age or older. | | | |
| 3 | The method of claim 1, wherein the IBS is diarrhea-predominant IBS. | | | |

DDX-513

# Claim 3 of the '667 Patent, Obviousness Analysis

| '667 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Barrett (JTX 71) |
|---|---|---|---|---|
| 1 | A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] | Rifaximin for treatment of IBS-D / IBS-A in patients 21-73 yrs [JTX 71 at -4572-73] |
| | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, | 400 mg TID for 10 days [JTX 53 at -4158, -4159] | 550 mg to 1100 mg BID for 14 days [DTX 340-5,7] | 400 mg TID for 1-5 months [JTX 71 at -4572-73] |
| | thereby treating one or more symptoms of IBS in the subject 65 years of age or older. | Improvement in global IBS symptoms / bloating in subjects 18-65 years [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | Evaluates "adequate relief" of IBS-D symptoms / bloating in subjects 18 years and older [DTX 340-5,7] | Resolution of clinical symptoms in IBS-D and IBS-A patients [JTX 71 at -4572-73] |
| 3 | The method of claim 1, wherein the IBS is diarrhea-predominant IBS. | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160-61] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] | Rifaximin for treatment of IBS-D / IBS-A patients 21-73 yrs [JTX 71 at -4572-73] |

DDX-514

# Claim 3 of the '667 Patent, Obviousness Analysis

| '667 Patent | Limitation | Combination No. 1 | |
|---|---|---|---|
| | | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) |
| 1 | A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] |
| | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, | 400 mg TID for 10 days [JTX 53 at -4158, -4159] | 550 mg to 1100 mg BID for 14 days [DTX 340-5,7] |
| | thereby treating one or more symptoms of IBS in the subject 65 years of age or older. | Improvement in global IBS symptoms / bloating in subjects 18-65 years [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | Evaluates "adequate relief" of IBS-D symptoms / bloating in subjects 18 years and older [DTX 340-5,7] |
| 3 | The method of claim 1, wherein the IBS is diarrhea-predominant IBS. | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160-61] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] |

DDX-515

# Summary of Opinions

| | Patents / Claim Numbers | |
| --- | --- | --- |
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| **Pimentel 2006 + RFIB 2001 the Protocol** | ✓ | ✓ |
| Cuoco 2006 + the RFIB 2001 Protocol | ✓ | |
| **Barrett + the RFIB 2001 Protocol** | | |
| Lacks adequate written description | | |
| Indefinite | | |

DDX-516

# Claim 3 of the '667 Patent, Obviousness Analysis

| '667 Patent | Limitation | Combination No. 2 | |
| --- | --- | --- | --- |
| | | Barrett (JTX 71) | RFIB 2001 Protocol (DTX 340) |
| 1 | A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, | Rifaximin for treatment of IBS-D / IBS-A in patients 21-73 yrs [JTX 71 at -4572-73] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] |
| | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, | 400 mg TID for 1-5 months [JTX 71 at -4572-73] | 550 mg to 1100 mg BID for 14 days [DTX 340-5,7] |
| | thereby treating one or more symptoms of IBS in the subject 65 years of age or older. | Resolution of clinical symptoms in IBS-D and IBS-A patients [JTX 71 at -4572-73] | Evaluates "adequate relief" of IBS-D symptoms / bloating in subjects 18 years and older [DTX 340-5,7] |
| 3 | The method of claim 1, wherein the IBS is diarrhea-predominant IBS. | Rifaximin for treatment of IBS-D / IBS-A patients 21-73 yrs [JTX 71 at -4572-73] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] |

DDX-517

# Summary of Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| **Pimentel 2006 + RFIB 2001 the Protocol** | ✓ | ✓ |
| **Cuoco 2006 + the RFIB 2001 Protocol** | ✓ | |
| **Barrett + the RFIB 2001 Protocol** | | ✓ |
| **Lacks adequate written description** | | |
| **Indefinite** | | |

DDX-518

# Summary of Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| Pimentel 2006 + RFIB 2001 the Protocol | ✓ | ✓ |
| Cuoco 2006 + the RFIB 2001 Protocol | ✓ | |
| Barrett + the RFIB 2001 Protocol | | ✓ |
| **Lacks adequate written description** | | |
| **Indefinite** | | |

DDX-519

# Alleged Secondary Considerations

No skepticism of others

No unexpected or surprising results

No failure of others

No long-felt, unmet need

# Claim 2 of the '569 Patent, Written Description Analysis



**Would a POSA understand the inventors to have possessed the claimed "durability of response" based on the four corners of the '569 patent?**

1. A method of providing acute treatment for diarrhea-associated Irritable Bowel Syndrome (dIBS) comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, wherein the durability of response comprises about 12 weeks of adequate relief of symptoms.

2. The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day.

'569 Patent (JTX 9)

DDX-521

# Claim 2 of the '569 Patent, Indefiniteness Analysis



**Can a POSA identify the objective bounds of claim 2 of the '569 patent with reasonable certainty?**

> **1.** A method of providing acute treatment for diarrhea-associated Irritable Bowel Syndrome (dIBS) comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, <mark>wherein the durability of response comprises about 12 weeks of adequate relief of symptoms.</mark>
>
> **2.** The method of claim **1**, wherein the 1650 mg is administered as 550 mg three times per day.

'569 Patent (JTX 9)

DDX-522

# Summary of Opinions

| | Patents / Claim Numbers | |
| --- | --- | --- |
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| Pimentel 2006 + RFIB 2001 the Protocol | ✓ | ✓ |
| Cuoco 2006 + the RFIB 2001 Protocol | ✓ | |
| Barrett + the RFIB 2001 Protocol | | ✓ |
| Lacks adequate written description | ✓ | |
| Indefinite | ✓ | |

DDX-523

Exhibit 4

# Dr. Thomas C. Mahl, M.D.

## Direct Examination

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-100

# Dr. Thomas C. Mahl, M.D.

## Education



**B.S., Chemistry Magna Cum Laude,**
State University of New York College at Oswego, 1980



**M.D. with Honors,**
State University of New York at Buffalo, 1984

**Internal Medicine Resident,**
University of Connecticut Health Sciences Center, 1984



**Medicine Resident,**
University of Connecticut Health Sciences Center, 1987

**Chief Medicine Resident,**
University of Connecticut Health Sciences Center, 1987



**Fellowship in Gastroenterology,**
Yale University School of Medicine, 1987 – 1990

# Dr. Thomas C. Mahl, M.D.

## Professional Experience







**Chief of Gastroenterology**
**Erie County Medical Center, 2019 – Present**

**Professor of Clinical Medicine**
**Gastroenterology Fellowship Program, Director**
**University of Buffalo, 2014 – Present**

**Chief of Gastroenterology Section**
**VA Western New York, 2012 – 2019**

**Interim Chief, Division of Gastroenterology, Hepatology and Nutrition**
**University of Buffalo, 2013 – 2016**

**Chief of Medical Service**
**Department of Veterans Affairs Medical Center, 2000 – 2012**

# Dr. Thomas C. Mahl, M.D.



## Board Certifications

Gastroenterology, 1989

Internal Medicine, 1987

## Hospital Affiliations

Erie County Medical Center

Veterans Administration of Western New York

Buffalo General Medical Center



## Professional Organizations

Fellow - American Gastroenterological Association

Medical Union of Buffalo New York

## Publications

15 peer-reviewed scientific articles

20 published abstracts

Several book chapters and manuscripts



# Limitations of the Asserted HE Claims

| Patents / Claim Numbers | | | |
|---|---|---|---|
| **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| [1] A method of **maintaining remission** of hepatic encephalopathy (HE) in a subject in need thereof comprising **administering** between about 1000 mg to about 1200 mg rifaximin daily to the subject for a period of **12 months or longer**, thereby maintaining remission of HE | [1] A method of reducing the risk of hepatic encephalopathy (HE) recurrence in an adult subject in need thereof comprising: orally **administering** between about 1000 mg to about 1200 mg of rifaximin daily to the adult subject for a period of **12 months or longer**, thereby reducing the risk of hepatic encephalopathy (HE) recurrence | [1] A method of reducing a subject's risk of experiencing a breakthrough overt hepatic encephalopathy (HE) episode, comprising **administering** to the subject between about 1000 mg to about 1200 mg of rifaximin daily for a period of **about 12 months or longer, wherein the subject has a Conn score of 0 or 1** | [1] A method of reducing a subject's risk of experiencing a breakthrough overt hepatic encephalopathy (HE) episode, comprising **administering** to the subject between about 1000 mg to about 1200 mg of rifaximin daily for a period of **about 12 months or longer, wherein the subject has a Conn score of 0 or 1** |
| [6] wherein the subject is administered about 1100 mg of rifaximin per day | [5] comprising orally administering about 1100 mg of rifaximin per day to the adult subject | [9] wherein the rifaximin is administered orally | **12. further comprising administering lactulose** |
| [7] wherein 550 mg of rifaximin is administered to the subject two times per day (BID) | **6. comprising orally administering about 550 mg of rifaximin twice daily to the adult subject** | [10] wherein 1100 mg of rifaximin is administered per day | |
| **8. wherein remission is defined as a Conn score of 0 or 1** | | **11. wherein 550 mg of rifaximin is administered twice daily** | **8, 6, 11, 12: Asserted HE Claims** |

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **No direct infringement by doctor** | ❌ | ❌ | ❌ | ❌ |
| **No joint infringement by doctor and patient** | ❌ | ❌ | ❌ | ❌ |
| **No induced infringement** | ❌ | ❌ | ❌ | ❌ |

DDX-105

# Court's Claim Construction

| Claim Term | Court's Construction |
|---|---|
| **"hepatic encephalopathy (HE)"**<br>('573 Patent, Claim 8; '195 Patent, Claim 6; '397 Patent, Claims 11 & 12) | A serious, rare, complex, episodic, neuropsychiatric syndrome associated with advanced liver disease |
| **"breakthrough overt HE episode"**<br>('397 Patent, Claims 11 & 12) | An increase of a Conn Score to Grade ≥2 (e.g., 0 or 1 to ≥2) or a Conn and Asterixis score increase of one grade each of those subjects having a baseline Conn Score of 0 |
| **"remission of HE"**<br>('573 Patent, Claim 8) | No overt HE episode in a subject with a history of overt HE |

D.I. 90

DDX-106

# Physician Is Not a Direct Infringer

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **A physician is not a direct infringer** | ❌ | ❌ | ❌ | ❌ |
| A physician and patient (or caregiver) are not joint infringers | ❌ | ❌ | ❌ | ❌ |
| Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer" | ❌ | ❌ | ❌ | ❌ |
| Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission" | ❌ | N/A | N/A | N/A |
| Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose" | N/A | N/A | N/A | ❌ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ❌ | ❌ |

DDX-107

# Physician and Patient (or Caregiver) Are Not Joint Infringers

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| A physician is not a direct infringer | ✖ | ✖ | ✖ | ✖ |
| **A physician and patient (or caregiver) are not joint infringers** | ✖ | ✖ | ✖ | ✖ |
| Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer" | ✖ | ✖ | ✖ | ✖ |
| Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission" | ✖ | N/A | N/A | N/A |
| Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose" | N/A | N/A | N/A | ✖ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ✖ | ✖ |

DDX-108

# Physician and Patient (or Caregiver) Are Not Joint Infringers

- **Physician will not withhold or condition a prescription for rifaximin based on patient's full compliance**

- **A physician will not control the manner or timing of patient administration**

  - **Physician** provides prescription

  - **Patient** independently chooses to fill the prescription, and determines whether and how to administer

DDX-109

# Label Does Not Encourage, Recommend, or Promote

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| A physician is not a direct infringer | ✗ | ✗ | ✗ | ✗ |
| A physician and patient (or caregiver) are not joint infringers | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer" | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission" | ✗ | N/A | N/A | N/A |
| Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose" | N/A | N/A | N/A | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ✗ | ✗ |

DDX-110

# Norwich's Proposed ANDA Label

------------------------------**INDICATIONS AND USAGE**--------------------------------

Rifaximin tablets are a rifamycin antibacterial indicated for:

- Treatment of travelers' diarrhea (TD) caused by noninvasive strains of *Escherichia coli* in adult and pediatric patients 12 years of age and older (1.1)
- Reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults (1.2)
- Treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults (1.3)

Limitations of Use

- TD: Do not use in patients with diarrhea complicated by fever or blood in the stool or diarrhea due to pathogens other than *Escherichia coli* (1.1, 5.1)

------------------------**DOSAGE AND ADMINISTRATION**-------------------------

| Condition | Recommended Dosage Regimen |
|-----------|----------------------------|
| TD (2.1) | One 200 mg tablet 3 times a day for 3 days |
| HE (2.2) | One 550 mg tablet 2 times a day |
| IBS-D (2.3) | One 550 mg tablet 3 times a day for 14 days. Patients who experience recurrence can be retreated up to 2 times with the same regimen. |

- Rifaximin tablets can be taken with or without food (2.4)

JTX 73 at 1

DDX-111

# Norwich's Proposed ANDA Label

**FULL PRESCRIBING INFORMATION**

**1 INDICATIONS AND USAGE**

To reduce the development of drug-resistant bacteria and maintain the effectiveness of rifaximin tablets and other antibacterial drugs, rifaximin tablets when used to treat infection should be used only to treat or prevent infections that are proven or strongly suspected to be caused by susceptible bacteria. When culture and susceptibility information are available, they should be considered in selecting or modifying antibacterial therapy. In the absence of such data, local epidemiology and susceptibility patterns may contribute to the empiric selection of therapy.

**1.1 Travelers' Diarrhea**

Rifaximin tablets are indicated for the treatment of travelers' diarrhea (TD) caused by noninvasive strains of *Escherichia coli* in adults and pediatric patients 12 years of age and older.

*Limitations of Use*

Rifaximin tablets should not be used in patients with diarrhea complicated by fever or blood in the stool or diarrhea due to pathogens other than *Escherichia coli* [see Warnings and Precautions (5.1), Clinical Pharmacology (12.4), Clinical Studies (14.1)].

**1.2 Hepatic Encephalopathy**

Rifaximin tablets are indicated for reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults.

In the trials of rifaximin tablets for HE, 91% of the patients were using lactulose concomitantly. Differences in the treatment effect of those patients not using lactulose concomitantly could not be assessed.

Rifaximin tablets have not been studied in patients with MELD (Model for End-Stage Liver Disease) scores >25, and only 8.6% of patients in the controlled trial had MELD scores over 19. There is increased systemic exposure in patients with more severe hepatic dysfunction *[see Warnings and Precautions (5.4), Use in Specific Populations (8.7), Clinical Pharmacology (12.3)]*.

**1.3 Irritable Bowel Syndrome with Diarrhea**

Rifaximin tablets are indicated for the treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults.

JTX 73 at 2

**2 DOSAGE AND ADMINISTRATION**

**2.1 Dosage for Travelers' Diarrhea**

The recommended dose of rifaximin tablets is one 200 mg tablet taken orally three times a day for 3 days.

**2.2 Dosage for Hepatic Encephalopathy**

The recommended dose of rifaximin tablets is one 550 mg tablet taken orally two times a day.

**2.3 Dosage for Irritable Bowel Syndrome with Diarrhea**

The recommended dose of rifaximin tablets is one 550 mg tablet taken orally three times a day for 14 days. Patients who experience a recurrence of symptoms can be retreated up to two times with the same dosage regimen.

**2.4 Administration**

Rifaximin tablets can be taken with or without food *[see Clinical Pharmacology (12.3)]*.

JTX 73 at 2

DDX-112

# 12 Months or Longer

|  | Patents / Claim Numbers | | | |
|---|---|---|---|---|
|  | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
|  | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| A physician is not a direct infringer | ✗ | ✗ | ✗ | ✗ |
| A physician and patient (or caregiver) are not joint infringers | ✗ | ✗ | ✗ | ✗ |
| **Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer"** | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission" | ✗ | N/A | N/A | N/A |
| Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose" | N/A | N/A | N/A | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ✗ | ✗ |

DDX-113

# Norwich's Proposed ANDA Label

--------------------------------INDICATIONS AND USAGE--------------------------------

Rifaximin tablets are a rifamycin antibacterial indicated for:

- Treatment of travelers' diarrhea (TD) caused by noninvasive strains of *Escherichia coli* in adult and pediatric patients 12 years of age and older (1.1)
- Reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults (1.2)
- Treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults (1.3)

Limitations of Use

- TD: Do not use in patients with diarrhea complicated by fever or blood in the stool or diarrhea due to pathogens other than *Escherichia coli* (1.1, 5.1)

--------------------------DOSAGE AND ADMINISTRATION--------------------------

| Condition | Recommended Dosage Regimen |
|---|---|
| TD (2.1) | One 200 mg tablet 3 times a day for 3 days |
| HE (2.2) | One 550 mg tablet 2 times a day |
| IBS-D (2.3) | One 550 mg tablet 3 times a day for 14 days. Patients who experience recurrence can be retreated up to 2 times with the same regimen. |

- Rifaximin tablets can be taken with or without food (2.4)

**2.2 Dosage for Hepatic Encephalopathy**

The recommended dose of rifaximin tablets is one 550 mg tablet taken orally two times a day.

--------------------------USE IN SPECIFIC POPULATIONS--------------------------

Pregnancy: May cause fetal harm (8.1)

Sativ. Norwich
C.A. 20-430
JTX 73

JTX 73 at 1-2

DDX-114

# Maintaining Remission

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| A physician is not a direct infringer | ✗ | ✗ | ✗ | ✗ |
| A physician and patient (or caregiver) are not joint infringers | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer" | ✗ | ✗ | ✗ | ✗ |
| **Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission"** | ✗ | N/A | N/A | N/A |
| Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose" | N/A | N/A | N/A | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ✗ | ✗ |

DDX-115

# Norwich's Proposed ANDA Label

------------------------------**INDICATIONS AND USAGE**------------------------------

Rifaximin tablets are a rifamycin antibacterial indicated for:

- Treatment of travelers' diarrhea (TD) caused by noninvasive strains of *Escherichia coli* in adult and pediatric patients 12 years of age and older (1.1)
- Reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults (1.2)
- Treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults (1.3)

<u>Limitations of Use</u>

- TD: Do not use in patients with diarrhea complicated by fever or blood in the stool or diarrhea due to pathogens other than *Escherichia coli* (1.1, 5.1)

-------------------------**DOSAGE AND ADMINISTRATION**-------------------------

| Condition | Recommended Dosage Regimen |
|-----------|----------------------------|
| TD (2.1) | One 200 mg tablet 3 times a day for 3 days |
| HE (2.2) | One 550 mg tablet 2 times a day |
| IBS-D (2.3) | One 550 mg tablet 3 times a day for 14 days. Patients who experience recurrence can be retreated up to 2 times with the same regimen. |

- Rifaximin tablets can be taken with or without food (2.4)

\*     \*     \*

-------------------------**USE IN SPECIFIC POPULATIONS**-------------------------

Pregnancy: May cause fetal harm (8.1)

# Administering Lactulose

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| A physician is not a direct infringer | ✗ | ✗ | ✗ | ✗ |
| A physician and patient (or caregiver) are not joint infringers | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer" | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission" | ✗ | N/A | N/A | N/A |
| **Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose"** | N/A | N/A | N/A | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ✗ | ✗ |

# Norwich's Proposed ANDA Label

--------------------------------**INDICATIONS AND USAGE**--------------------------------

Rifaximin tablets are a rifamycin antibacterial indicated for:

- Treatment of travelers' diarrhea (TD) caused by noninvasive strains of *Eschericha coli* in adult and pediatric patients 12 years of age and older (1.1)
- Reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults (1.2)
- Treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults (1.3)

## 1.2 Hepatic Encephalopathy

Rifaximin tablets are indicated for reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults.

In the trials of rifaximin tablets for HE, 91% of the patients were using lactulose concomitantly. Differences in the treatment effect of those patients not using lactulose concomitantly could not be assessed.

| IBS-D (2.3) | One 550 mg tablet 3 times a day for 14 days. Patients who experience recurrence can be retreated up to 2 times with the same regimen. |

- Rifaximin tablets can be taken with or without food (2.4)

\* \* \*

--------------------------**USE IN SPECIFIC POPULATIONS**--------------------------

Pregnancy: May cause fetal harm (8.1)

# Conn Score of 0 or 1

| | Patents / Claim Numbers | | | |
| --- | --- | --- | --- | --- |
| | '573 Patent | '195 Patent | '397 Patent | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| A physician is not a direct infringer | ✗ | ✗ | ✗ | ✗ |
| A physician and patient (or caregiver) are not joint infringers | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer" | ✗ | ✗ | ✗ | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission" | ✗ | N/A | N/A | N/A |
| Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose" | N/A | N/A | N/A | ✗ |
| Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1" | N/A | N/A | ✗ | ✗ |

DDX-119

# Norwich's Proposed ANDA Label

-------------------------------**INDICATIONS AND USAGE**--------------------------------

Rifaximin tablets are a rifamycin antibacterial indicated for:

- Treatment of travelers' diarrhea (TD) caused by noninvasive strains of *Escherichia coli* in adult and pediatric patients 12 years of age and older (1.1)
- Reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults (1.2)
- Treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults (1.3)

<u>Limitations of Use</u>

- TD: Do not use in patients with diarrhea complicated by fever or blood in the stool or diarrhea due to pathogens other than *Escherichia coli* (1.1, 5.1)

-------------------------**DOSAGE AND ADMINISTRATION**-------------------------

| Condition | Recommended Dosage Regimen |
|-----------|----------------------------|
| TD (2.1) | One 200 mg tablet 3 times a day for 3 days |
| HE (2.2) | One 550 mg tablet 2 times a day |
| IBS-D (2.3) | One 550 mg tablet 3 times a day for 14 days. Patients who experience recurrence can be retreated up to 2 times with the same regimen |

- Rifaximin tablets can be taken with or without food (2.4)

\*   \*   \*

-------------------------**USE IN SPECIFIC POPULATIONS**-------------------------

Pregnancy: May cause fetal harm (8.1)

# Summary of Opinions

| | Patents / Claim Numbers | | | |
|---|---|---|---|---|
| | **'573 Patent** | **'195 Patent** | **'397 Patent** | |
| | Claim 8 | Claim 6 | Claim 11 | Claim 12 |
| **A physician is not a direct infringer** | ❌ | ❌ | ❌ | ❌ |
| **A physician and patient (or caregiver) are not joint infringers** | ❌ | ❌ | ❌ | ❌ |
| **Norwich does not intend and the label does not encourage, promote, or recommend "12 months or longer"** | ❌ | ❌ | ❌ | ❌ |
| **Norwich does not intend and the label does not encourage, promote, or recommend "maintaining remission"** | ❌ | N/A | N/A | N/A |
| **Norwich does not intend and the label does not encourage, promote, or recommend "administering lactulose"** | N/A | N/A | N/A | ❌ |
| **Norwich does not intend and the label does not encourage, promote, or recommend "wherein the subject has a Conn score of 0 or 1"** | N/A | N/A | ❌ | ❌ |

DDX-121

Exhibit 5

# Dr. Michael Zaworotko

## Direct Examination

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

**DDX-700**

# Dr. Zaworotko

## Education





**Bachelor of Science in Chemistry,**
**Imperial College (London, UK),** 1977

**Ph.D. in Chemistry,** **University of Alabama,** 1982

**Post-doctoral fellowship in Chemistry,**
**University of Victoria,** 1982 – 1985

# Dr. Zaworotko











## Professional Experience

**Chair of the Department of Chemistry,** Saint Mary's University (Canada), 1985 – 1998

**Professor of Chemistry and Dean of the College of Arts and Sciences,** University of Winnipeg, Manitoba (Canada), 1998 – 1999

**Professor of Chemistry,** University of South Florida (USA), 1999 – 2013

**Bernal Chair of Crystal Engineering and Science Foundation of Ireland Research Professor in the School of Chemical Sciences,** University of Limerick (Ireland), 2013 – Present

**Co-Director,** Synthesis and Solid-State Pharmaceutical Centre, SSPC, 2017 – Present

# Polymorph Patents

| Patent | Asserted Claim |
|---|---|
| **U.S. Patent No. 7,612,199** | Claim 4 |
| **U.S. Patent No. 7,902,206** | Claim 36 |

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
| --- | --- | --- |
| | **Drug Substance** | **Formulation** |
| | **'199 Patent** | **'206 Patent** |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✅ | |
| **Obvious over Cannata in view of common knowledge** | ✅ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✅ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✅ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✅ | ✅ |

DDX-704

# Person of Ordinary Skill in the Art (Zaworotko Definition)

A person of ordinary skill in the art to whom claim 3 of the '620 patent, claim 4 of the '199 patent, and claim 36 of the '206 patent are directed is a person who would possess a **Ph.D. degree or its equivalent**, in the fields of chemistry, physical science, or chemical engineering or a closely related discipline, including, but not limited to, solid-state chemistry, medicinal chemistry, or synthetic chemistry, with an understanding of the preparation, identification, and characterization of solid-state forms.

The person of ordinary skill in the art would **also possess experience** in conducting organic synthesis, including the isolation, purification, and characterization of crystalline solids for use as drug substances in drug products.

**Alternatively, significant practical experience in the aforementioned areas may substitute for the Ph.D. degree.**

# Person of Ordinary Skill in the Art (Myerson Definition)

The hypothetical person of ordinary skill in the art for the subject matter of the claims asserted from the '620 and '206 patents would have had **a bachelor's degree** in chemistry, chemical engineering, or a related discipline, **with a minimum of three years' experience** in the pharmaceutical industry related to solid active pharmaceutical ingredient (API) manufacturing, crystallization, characterization, and/or evaluation of solid state forms, **or an advanced degree in one of those fields with less or no industrial experience**.

The person of ordinary skill in the art of the '199 patent would have the same education and experience.

DDX-706

# Channel Hydrates



Zaworotko Opening Report at ¶ 128

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | '199 Patent | '206 Patent |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✅ | |
| **Obvious over Cannata in view of common knowledge** | ✅ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✅ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✅ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✅ | ✅ |

# Cannata

| Disclosure | Citation |
|---|---|
| Conventional crystallization techniques to crystallize rifaximin and purification by suitable solvents | Col. 5, ll. 21-36<br>Examples 1, 6-7, and 9 |
| "outstanding antibacterial properties both in vitro and in vivo" | Col. 3, ll. 10-16 |
| Poor absorption | Col. 3, ll. 10-16 |



### United States Patent [19]

Cannata et al.

| [11] | Patent Number: | 4,557,866 |
|---|---|---|
| [45] | Date of Patent: | Dec. 10, 1985 |

JTX 37

DDX-709

# Cannata: Rifaximin Crystallization Examples

| | Example 1 | Example 6 | Example 7 | Example 9 |
|---|---|---|---|---|
| **Starting Materials:** rifamycin O and 2-amino-4-methyl-pyridine | ✅ | ✅ <br> plus iodine | ✅ | ✅ |
| **Crystallization Solvent:** Solution of ethanol and water | 7:3 | 7:3 | 7:3 | 1:1 |
| **Crystallization Method** | Slow evaporation | Cooling | Slow evaporation | Slurry |
| **Physicochemical Characteristics** | Melting point; spectroscopic characteristics | Same as Example 1 | Same as Example 1 | Same as Example 1 |

JTX 37

DDX-710

# Marchi

| Disclosure | Citation |
|---|---|
| Pharmaceutical composition containing rifaximin and pharmaceutically acceptable carriers | Claims 10 and 11<br>Col. 6, ll. 6-31 |
| Method of synthesizing crystalline rifaximin | Example 6 |
| Conventional crystallization techniques and suitable solvents | Col. 4, ll. 10-26 |
| Antibacterial properties of rifaximin | Col. 4, ll. 27-33<br>Col. 5, ll. 14-40, 60-62<br>Col. 4, l. 67 – col. 5, l. 4 |
| Poor absorption | Col. 5, ll. 14-40, 60-62<br>Col. 4, l. 67 – col. 5, l. 4 |



**United States Patent** [19]          [11]      **4,341,785**

Marchi et al.                          [45]   **Jul. 27, 1982**

JTX 48

DDX-711

# Normix Label

| Disclosure | Citation |
|---|---|
| 200 mg coated tablet of rifaximin | Section 2 |
| Excipients | Section 6.1 |
| Antibacterial properties of rifaximin and poor absorption | Sections 5.1, 5.2, 4.5 |
| Lack of adverse effects | Section 4.9 |
| Indications for GI disorders and recommended dosages | Sections 4.1 and 4.2 |



9.   DATE OF FIRST/RENEWAL OF THE AUTHORIZATION: 23/04/1985 – 01/06/2000

JTX 94 at 9

DDX-712

# Prior Art Timeline

## 1982
**Marchi (JTX 48):**

- Crystalline rifaximin

- Antibacterial properties and poor absorption

- Use in pharmaceutical compositions with pharmaceutically acceptable excipients

## 1985
**Cannata (JTX 37):**

- Conventional crystallization techniques to crystallize rifaximin and purification by suitable solvents (Examples 1, 6-7, and 9)

- "Outstanding" antibacterial properties and poor absorption

## 2000
**Normix Label (JTX 94):**

- Commercial pharmaceutical formulation with 200 mg rifaximin API and excipients

- Antibacterial properties and poor absorption

## November 2003
Earliest priority date of the asserted polymorph patents

(JTX 1, JTX 2, JTX 3,
PTO Ex. 1 at ¶¶ 84, 91-92, 99-100)

DDX-713

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | '199 Patent | '206 Patent |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✓ | |
| **Obvious over Cannata in view of common knowledge** | ✓ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✓ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✓ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✓ | ✓ |

DDX-714

# '199 Patent, Claim 4

| Claim Limitation |
| --- |
| Rifaximin in polymorphic form β, |
| wherein the rifaximin has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2θ |
| and wherein the rifaximin has a water content of greater than 5%. |

JTX 2

DDX-715

# Viscomi 2008

**Crystal forms of rifaximin and their effect on pharmaceutical properties**

G. C. Viscomi,*[a] M. Campana,[a] M. Barbanti,[a] F. Grepioni,[b] M. Polito,[b] D. Confortini,[a] G. Rosini,[c] P. Righi,[c] V. Cannata[a] and D. Braga[b]

*Received 19th November 2007, Accepted 29th April 2008*
*First published as an Advance Article on the web 28th May 2008*
DOI: 10.1039/b717887e

**28th May 2008**

JTX 65 at 1074

A novel method of production of rifaximin was also reported;[29] in the past the X-ray crystal structure of the bromine analogue was elucidated,[30] but this gave no hint of the possibility that different crystal forms existed.

JTX 65 at 1074

29 V. Cannata, G. Tamagnone and S. Piani, New process for the synthesis of pyrido-imidazo-rifamycin, *European Patent*, 1989 No. 161534 B1.

JTX 65 at 1081

DDX-716

# Braga 2012

www.rsc.org/crystengcomm

**PAPER**

## The structure–property relationship of four crystal forms of rifaximin†

Dario Braga,*[a] Fabrizia Grepioni,*[a] Laura Chelazzi,[a] Manuela Campana,[b] Donatella Confortini[b] and Giuseppe C. Viscomi[b]

Received 8th June 2012, Accepted 3rd August 2012
DOI: 10.1039/c2ce25920f

*Accepted 3rd August 2012*

JTX 105 at 6404

## 1. Introduction

In 2008, we reported the identification of five different crystal forms of the synthetic antibiotic rifaximin (4-deoxy-40-methyl-pyrido[10,20-1,2]imidazo-[5,4-c]rifamycin SV),[1] manufactured by Alfa Wassermann S.p.A. Rifaximin is a broad spectrum locally acting antibiotic against Gram-positive and Gram-negative, aerobic and anaerobic organisms.[2] Due to the lack of systemic absorption, rifaximin has only local action (*e.g.* in the gastrointestinal tract) and has an excellent safety profile. The method of production of rifaximin was reported in 1989.[3]

JTX 105 at 6404

3 V. Cannata, G. Tamagnone and S. Piani, *European Patent*, 1989, 161534, B1.

JTX 105 at 6411

DDX-717

# Viscomi 2008 & Braga 2012: Rifaximin Beta Water Content



### Preparation of the crystalline forms of rifaximin

**β-form.** Wet rifaximin was collected in a sintered glass Gooch filter and washed with about 2 l demineralised water. The β-form was obtained by drying the powder in a vacuum at room temperature to a residual water content ranging from 6% to about 40% (w/w).

**α- and δ-forms.** The wet rifaximin was collected in a sintered glass Gooch filter and washed with about 2 l demineralised water. The δ-form was obtained by drying at 65 °C in a vacuum dryer until a residual water content in the range of 4 to 6% (w/w) was obtained (generally from one to three days); the α form was obtained by drying until a water content of less than 3% was reached. Alternatively, the α- and δ-forms can be obtained by drying the β-form under the conditions reported above.

JTX 65 at 1074



The existence of different crystal forms of rifaximin was ascertained and their impact on parameters such as solubility, intrinsic dissolution and bioavailability were investigated at the time of patenting and were reported for the different crystal forms.[1,4] All the crystal forms were investigated by X-ray powder diffraction.[1] In the same year, a structure of the β-form, with a water content of 8.40% w/w, was reported by Bacchi et al.,[5] while a bromine analogue had been reported much earlier.[6] All crystal forms of rifaximin are obtained from either crystallization (β- and γ-forms) or different drying conditions (α-, δ- and ε-forms).[4] In particular, the β-form is obtained from wet rifaximin after partial drying, while the α- and δ-forms are obtained by more extensive drying i.e. to a water content of between 4 and 6% (w/w) for the δ-form and less than 3% for the α-form. The ε-form can only be obtained by drying the δ-form while this last process never results in the formation of the α-form. The relationship between the rifaximin crystal forms and the preparation conditions is depicted in Scheme 1.

JTX 105 at 6404

DDX-718

# Rifaximin Forms



**Fig. 4** The relationship between the various crystal forms of rifaximin.

Viscomi 2008 (JTX 65) at Fig. 4

DDX-719

# Rifaximin Forms



**Fig. 4** The relationship between the various crystal forms of rifaximin.

Viscomi 2008 (JTX 65) at Fig. 4

DDX-720

# Viscomi 2008: Tables 2 and 3



**Table 3** Transformation of crystalline rifaximin forms at 79.5% RH for 24 h

| Initial | | Final | |
|---|---|---|---|
| Crystalline form | Moisture KF % | Crystalline form | Moisture KF % |
| α | 1.8 | β | 9.2 |
| δ | 4.0 | δ + β | 6.3 |
| γ | 0.8 | γ | 6.5 |

JTX 65 at Table 3

Salix v. Norwich
C.A. 20-430
JTX 65

**Table 2** α-Form transformation at different RH

| RH (%) | Sampling time | Gain in weight (%, w/w)[a] | Detected form |
|---|---|---|---|
| 11.3 | 7 d[b] | 3.4 | α |
| | 15 d | — | α |
| | 21 d | 3.0 | α |
| | 28 d | 3.7 | α |
| 32.5 | 7 d | 4.6 | α |
| | 15 d | 4.5 | α |
| | 21 d | 4.6 | α |
| 56 | 1 h[c] | 2.5 | α |
| | 2.5 h | 4.7 | α + β (minor component) |
| | 5 h | 6.0 | α (minor component) + β |
| | 7.5 h | 6.6 | α (traces) + β |
| | 17 h | 7.1 | β |
| 79.5 | 1 h | 3.9 | α |
| | 2 h | 5.3 | α(traces) + β |
| | 40 h | — | β |

[a] The original water content of the sample was 0.9%, measured by the Karl Fisher method. [b] d: days. [c] h: hours.

JTX 65 at Table 2

DDX-721



7.    Rifaximin prepared according the old patents US '866 and US '785 was never tested for polymorph. Samples of batches manufactured in 2000-2001, presently re-tested, are composed either of mixture of polymorph (alpha and beta, and in some case alpha and epsilon) or different polymorphs.

Therefore it was possible at that time to obtain rifaximin polymorphs $\alpha$ and frequently also different polymorphs or mixture of them. Some example are reported below:

(i)    A batch manufactured in 2001 and measured by X-ray diffractogram in 2002, turned out to be entirely composed of a polymorph subsequently defined " delta polymorph" (see Figure 1).

(ii)   A batch manufactured in 2001, later analysed in 2002, consisted exclusively of the epsilon form ( see Figure 2).

(iii)  Another batch manufactured in 2001, instead, turned out to be a mixture of the alpha and epsilon form( see Figure 3).

(iv)   A batch manufactured in 2004 ( batch no. 2000 0827) and retested in 2005 was a mixture of the alpha and delta forms ( see Figure 4).



8.          Alfa Wassermann has moreover demonstrated by means of the following example, referring to batch no. 2000 0827 manufactured in 2000, that the crystalline forms are susceptible ( before proceeding according to he present application) to transition from one form to another. A sample of this batch was stored in a small conventional  screw-cap glass container; this sample was used to record  the X-ray diffractograms after some time.

(v)     The diffractogram of June 2000 revealed that rifaximin belonged to the alpha form with a certain amount of the beta form (see Figure 5).

(vi)    The diffractogram of May 2001, on the other hand, turned out to be a mixture of the alpha and epsilon forms (see Figure 6).

(vii)   Finally, the diffractogram of February 2002  corresponded  to a mixture of the epsilon and beta forms (see Figure 7).

In the meantime, the  humidity content of the sample,  due to repeated opening of the container and collection time of the samples under non-controlled humidity conditions  had increased from the initial value of 1,3% to  the final value of 4,5%, which was enough to change one form to another.

JTX 80 at 3

DDX-723

# Braga 2012



The presence/absence of water molecules in specific crystalline positions can have a low-to-moderate effect on the cell axes dimensions and therefore on the position of the diffraction peaks. In addition to this, the intensity of specific peaks can vary. This may allow for a better interpretation of the X-ray powder diffractograms as shifts in the patterns can be correctly attributed to the presence of the same form but with a different water content. The structure reported by Bacchi *et al.*[5] will be denoted as $\beta_4$. A list of the structures described in the present work together with their respective water content is presented in Table 1.



**Table 1** Rifaximin structures presented in this work, with their respective water content

| Name | $n\mathrm{H_2O}^a$ | Structure solution from | Radiation source | $T$/K | water% w/w |
|---|---|---|---|---|---|
| $\alpha_0$ | 0 | SC | synchrotron | 295 | — |
| $\alpha_{0.5}$ | 0.5 | SC | synchrotron | 100 | 1.1 |
| $\alpha_{0.5}$ | 0.5 | SC | conventional | 295 | 1.1 |
| $\alpha_{1.5}$ | 1.5 | SC | conventional | 295 | 3.3 |
| $\beta_{3.0}$ | 3.0 | SC | conventional | 295 | 6.4 |
| $\beta_4{}^b$ | 4.0 | SC | conventional | 295 | 8.4 |
| $\beta_{4.5}$ | 4.5 | SC | synchrotron | 295 | 9.4 |
| $\delta_2$ | $2.0^c$ | powder | synchrotron | 295 | 4.4 |
| $\epsilon_{0.5}$ | $0.5^c$ | powder | synchrotron | 295 | 1.1 |

[a] Number of water molecules in the formula unit. [b] From Ref. 5. [c] This value represents the number of water molecules averaged for the crystallites constituting the powder sample used for data collection. SC = single crystal.

JTX 105 at 6406

DDX-724

# Bacchi 2008

Rifaximin (Chart 1) is a semisynthetic, rifamycin-based non-systemic antibiotic; it is licensed in particular for use to treat travellers' diarrhoea caused by *Escherichia coli*, but new uses are emerging.[20] In a recent patent application[5] two different polymorphs (rifaximin α and β, depending on the water content) are synthesised and characterised and it was claimed that, on the basis of the two polymorphic forms of rifaximin, it is possible to modulate its level of systemic adsorption. As a contribution to the study of the polymorphism of this important drug, we tried to obtain its X-ray structure: here we report on the crystal structure of a tetrahydrate form of rifaximin (RX4), obtained by slow evaporation of a water–ethanol solution at room temperature.



DTX-043 at 1727

**Crystal structure of rifaximin·4H$_2$O (RX4)**

Rifaximin crystallizes with two independent molecules and eight waters, for an overall tetrahydrate stoichiometry. Its characterisation allows to conclude that this is the so-called β rifaximin of the literature.[5] The two independent molecules are related by a pseudo two-fold rotation around *a*, and both present the open conformation typical of active compounds crystallized from polar protic solvents (Fig. 7), as evidenced by the distribution of the torsion angles along the *ansa* chain, and by the pattern of interatomic distances within the pharmacophore (Table 1). The two independent molecules differ only for the local conformation at the amidic junction, expressed by T2: it is an example of conformational isomorphism.[22] It is interesting to note that these two conformations of the amide plane with respect to the chromophore ring were proposed to explain some NMR data.[12] It is clear that the junctions

DTX-043 at 1731

DDX-725



## Experimental

Single crystals of RS I grew overnight from a concentrated chloroform solution of rifamycin S, seeded with a small amount of rifamycin S 'as received', by stratification of *n*-hexane; RS I was obtained also from chlorobenzene–hexane (0.5 : 1 v/v). RS II was obtained by slow evaporation from chloroform solution at room temperature. Crystals of RX4 were obtained by slow evaporation of a water–ethanol solution of commercial rifaximin at room temperature.

DTX-043 at 1734

DDX-726

# '199 Patent, Claim 4

## Claim Limitation

Rifaximin in polymorphic form β,

wherein the rifaximin has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2θ

and wherein the rifaximin has a water content of greater than 5%.

JTX 2

DDX-727

## Results and discussion

Five distinct crystal forms of rifaximin (α, β, γ,[33] δ and ε[34]) have been prepared from the same crystallisation procedure; the distinct forms are obtained by altering the drying conditions or omitting washing. The β-form is yielded from wet rifaximin after partial drying. The α- and δ-forms are obtained by drying wet rifaximin, or the β-form, more extensively in a vacuum dryer at 65 °C. In particular, the δ-form is obtained when the residual water content ranges from about 4 to 6% (w/w), while the α-form is formed at a water content below 3%.

*JTX 65 at 1076*

The crystalline forms have been identified on the basis of their X-ray powder diffraction patterns (Fig. 1). The γ-form is characterised by a poorly crystalline, mostly amorphous structure. The characteristic diffraction peaks of each form are reported in Table 1.

*JTX 65 at 1076*

**Table 1**   The diffraction peaks of crystalline forms of rifaximin

| Crystalline form | Diffraction angles $(2\theta)^a$ |
|---|---|
| α | 6.6°; 7.4°; 7.9°; 8.8°; 10.5°; 11.1°; **11.8°**; **12.9°**[b]; 17.6°; 18.5°; **19.7°**; 21.0°; 21.4°; 22.1°. |
| β | **5.4°**; 6.4°; 7.0°; 7.8°; 9.0°; **10.4°**; 13.1°, 14.4°; 17.1°; 17.9°; **18.3°**; **20.9°** |
| γ | **5.0°**; **7.1°**; **8.4°** |
| δ | **5.7°**, 6.7°, 7.1°, 8.0°, 8.7°, 10.4°, 10.8°, 11.3°, **12.1°**, **17.0°**, 17.3°, 17.5°, 18.5°, 18.8°, 19.1°, 21.0°, 21.5° |
| ε | 7.0°, 7.3°, 8.2°, 8.7°, 10.3°, 11.1°, 11.7°, **12.4°**, **14.5°**, 16.3°, 17.2°, 18.0°, **19.4°** |

[a] The values in bold indicate reflections that are unique to each form. [b] The reflection at 12.9° was found to be extremely sensitive to the degree of hydration, in very dry conditions the reflection shifts to higher $2\theta$ values (up to 13.2°).

*JTX  65 at 1078*

# Bacchi 2008's RX4 Calculated Diffractogram



DTX-042; Zaworotko Opening Report at ¶ 247

# Cannata Inherently Anticipates Claim 4 of the '199 Patent

| '199 Patent Claim 4 | Cannata |
|---|:---:|
| rifaximin in polymorphic form β, | ✅ |
| wherein the rifaximin has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2θ | ✅ |
| and wherein the rifaximin has a water content of greater than 5% | ✅ |

DDX-730

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | **'199 Patent** | **'206 Patent** |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✓ | |
| **Obvious over Cannata in view of common knowledge** | ✓ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✓ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✓ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✓ | ✓ |

DDX-731

# Common Knowledge: Polymorphism

**Conclusions**—With the foregoing discussion, ==it is clear that probably every organic medicinal can exist in different polymorphs and the choice of the proper polymorph will determine if a pharmaceutical preparation will be chemically or physically stable,== or if a powder will tablet or not tablet well, or if the blood level obtained will be the therapeutic level to give the pharmacologic response desired. Thus, it is time that pharmaceutical companies, as a part of their pre-formulation studies, identify and study the stability of different polymorphs of each potential new drug, as they do the melting points or other physical characteristics.

Haleblian 1969 (DTX-317) at 929

Particularly, in many cases in which dissolution in the gastrointestinal tract is the rate-limiting factor in absorption, differing solubilities may have a great effect, either good or bad. Different polymorphic forms are produced, depending on such factors as storage temperature, recrystallization solvent, and the rate of cooling (and, hence, the rate of crystallization) of the solvent. ==It appears that all organic materials exist in several polymorphic forms with the number of forms found depending on the effort spent searching.==

In drugs, polymorphs of such diverse molecules from cortisone and prednisolone to aspirin have been found. As an example of the latter case, two different aspirin polymorphs form, depending on whether the material is crystallized from 95% alcohol or *n*-hexane. The two forms have different melting points, but, most importantly, the form produced from the hexane dissolves in water much more quickly. Toscani, *et al*[26] have reported the stability hierarchy of three polymorphic forms of sulfanilamide.

Remington (JTX 54) at 182

DDX-732

# Common Knowledge: Polymorphism

### Introduction

The study of the polymorphism of drugs has been constantly increasing (1-3) mostly due to the importance of the physical properties of the solid state in the bioavailability. In the last few years efforts have been directed not only to detecting and characterizing the various forms of a drug but also to obtaining information on the structural parameters responsible for polymorphism.

With these aims, a study was undertaken of the solid state of rifampicin (4), an antibiotic substance successfully used in human therapy, whose physico-chemical (5) and clinical (6) properties have been widely investigated. Such a molecule is very likely to be polymorphic since its complex structure displays a number of different possibilities for hydrogen bonding, conformation and ionization and consequently allows different crystalline packings to occur. Up to now the characterization of the standard product, which melts with decomposition at 193° (5), and the solvate with five molecules of water of crystallization (7) have been published. In particular, X-ray diffraction on the single crystal resolved the three dimensional structure of this solvate of rifampicin: the crystalline cohesion results from a net of hydrogen bonds between the water molecules and the molecular chains of rifampicin, in which the molecules are connected only by Van der Waals forces.

Pelizza (JTX 52) at 471-472

### INTRODUCTION

Rifampicin (BP), also called rifampin (USP), is a major drug of choice in the treatment of tuberculosis and leprosy. Bioequivalency has been reported for marketed products of rifampicin (1). Dissolution, and therefore bioavailability, depends on the crystal properties of a drug. Rifampicin shows polymorphism, which is believed to be due to the various possibilities for hydrogen bonding, conformational exchanges, and ionization states, which allow different crystalline packing of the complex structure to occur (2). Therefore, it is necessary to select a suitable crystal form of rifampicin at an early stage of development to ensure optimum solubility and dissolution rates (3).

Solubility and dissolution also depend on the particle size of a drug. Jindal et al. studied the effect of particle size on the bioavailability and dissolution of rifampicin (4). They found that particle size had no significant effect on the absorption of this drug. However, when the drug is very fine (mean particle size $\leq 10$ $\mu$m), the presence of electrostatic forces may result in lump formation and subsequent delayed dissolution and poor bioavailability.

This study was prompted by several failures in dissolution equivalency of rifampicin products manufactured in South Africa. On visual inspection of the raw material samples used to manufacture these products, it was evident that the powders had definite differences in their particle sizes and shapes. This led to an investigation into the crystal properties of several rifampicin raw materials available to manufacturers of generic products in South Africa.

Henwood (JTX 44) at 403-404

DDX-733

# Common Knowledge: Antibacterial Properties

## 5.1. Pharmacodynamic properties

*Pharmacotherapeutic group*:   intestinal   antimicrobials,   antibiotics (Rifaximin) - Class ATC A07AA11

*Mechanism of action/pharmacodynamic effects*:
Investigations carried out on the antibacterial activity of Rifaximin have shown that this new antibiotic, rifamycin derivative, possesses same broad activity spectrum and exhibits bactericidal action against various bacterial species of Gram-positive and Gram-negative either aerobic or anaerobic. Rifaximin is practically not absorbed in the gastrointestinal tract, therefore produces an effective antibacterial action locally by eliminating intestinal pathogenic species here located.

Normix Label (JTX 94) at Section 5.1

Rifaximin (INN) is a rifamycin derivative and its antimicrobial spectrum includes aerobic and anaerobic Gram-positive and -negative bacteria [3, 4]. After oral administration it undergoes virtually no systemic absorption [5, 6] and in a recent pilot study, it was shown to be useful in patients with steroid-refractory severe ulcerative colitis [7]. Rifaximin pharmacokinetics have only been studied in healthy volunteers [5], and we have therefore investigated the plasma concentrations and urinary excretion in patients with active ulcerative colitis receiving a single oral dose of the drug.

Rizzello (DTX-246) at 91

## Introduction

Rifaximin (I.N.N.) is a rifamycin-derivative antibiotic, characterized by a wide antibacterial spectrum, including Gram-positive and Gram-negative, both aerobic and anaerobic bacteria (1–4). Animal and human studies have demonstrated its very poor intestinal absorption after oral administration (5, 6), so that blood, urine and tissue concentrations of the antibiotic are practically undetectable. Rifaximin excretion is exclusively by faecal route (7).

Therefore rifaximin, when administered by oral route, acts locally at the intra-intestinal level, eliminating the infecting bacterial species. The usual rifaximin daily dosage, in adults, is 800 mg, given either as 400 mg × 2 or as 200 mg × 4 depending on the type and severity of disease. The product is already available on the Italian market as 200-mg tablets (NORMIX, Alfa Wassermann S.p.A., Bologna, Italy).

## Discussion and conclusions

In this pharmacokinetic study of oral rifaximin, performed on 18 healthy volunteers after a single oral administration of 400 mg (2 tablets of 200 mg), validation tests made with both plasma and urine confirm that the analytical methods employed, provided by the company (Alfa Wassermann) which manufactures the drug, are sensitive, accurate and reproducible. The results, namely a nearly constant absence of detectable amounts of rifaximin in plasma, and the presence in urine of the unchanged active principle only in very small amounts (always <0.01% of the administered dose) in the total 48-h post-treatment period, are consistent with the already signalled and almost complete absence of absorption of the drug from the gastrointestinal tract, which implies a negligible passage into general circulation.

Descombe (DTX-167) at 51, 55

# 1987 FDA Guidance

**GUIDELINE FOR SUBMITTING SUPPORTING DOCUMENTATION IN DRUG APPLICATIONS FOR THE MANUFACTURE OF DRUG SUBSTANCES**

Center for Drug Evaluation and Research
Food and Drug Administration
Department of Health and Human Services

February 1987

For further information regarding the guideline please contact:

Food and Drug Administration
Center for Drug Evaluation and Research
Office of Drug Evaluation I (HFD-100)
5600 Fishers Lane
Rockville, Maryland 20857
(301-443-4330)

NPI, RIFAX, 00100247

DTX-315-1

DTX-315

II.G.   Solid-State Drug Substance Forms: Relationship to Bioavailability

The regulations require, where appropriate, specifications characterizing the drug substance so as to assure the bioavailability of the drug product (see 21 CFR 314.50(3) (ii), and 320.52(e)[4-1-85 edition]).   Certain solid-state properties of the drug substance (e.g., polymorphic form or amorphism, solvation or hydration, various types of inclusion complexes, and particle size or surface area) may profoundly affect dissolution and bioavailability from solid dosage forms or suspension drug products.   These properties are less important for solution dosage forms and for drug substances which are highly water soluble.

By the time of an NDA submission, the applicant should have established whether (or not) the drug substance exists in multiple solid-state forms, whether these affect the dissolution and bioavailability of the drug product, and whether particle size is important for dissolution and bioavailability of the drug product.   It is not necessary to `create' additional solid-state forms by techniques or conditions irrelevant to the synthetic process.

DTX-315-35

# 1987 FDA Guidance

GUIDELINE FOR SUBMITTING SUPPORTING
DOCUMENTATION IN DRUG APPLICATIONS FOR THE
MANUFACTURE OF DRUG SUBSTANCES

Center for Drug Evaluation and Research
Food and Drug Administration
Department of Health and Human Services

February 1987

For further information regarding the guideline please contact:

Food and Drug Administration
Center for Drug Evaluation and Research
Office of Drug Evaluation I (HFD-100)
5600 Fishers Lane
Rockville, Maryland 20857
(301-443-4330)

NPI_RIFAX_00100247

DTX-315-1

DTX-315

Appropriate analytical procedures should be used to determine whether (or not) polymorphism occurs.   Some examples of physico-chemical measurements and techniques are

(1)  melting point (including hot-stage microscopy);

(2)  infrared spectra (not in solution);

(3)  X-ray powder diffraction;

(4)  thermal analysis methods (e.g., differential scanning calorimetry (DSC), differential thermal analysis (DTA), thermogravimetric analysis (TGA));

(5)  Raman spectroscopy;

(6)  comparative intrinsic dissolution rate;

(7)  scanning electron microscopy (SEM).

DTX-315-38

DDX-736

# 1987 FDA Guidance

GUIDELINE FOR SUBMITTING SUPPORTING
DOCUMENTATION IN DRUG APPLICATIONS FOR THE
MANUFACTURE OF DRUG SUBSTANCES

Center for Drug Evaluation and Research
Food and Drug Administration
Department of Health and Human Services

February 1987

For further information regarding the guideline please contact:

Food and Drug Administration
Center for Drug Evaluation and Research
Office of Drug Evaluation I (HFD-100)
5600 Fishers Lane
Rockville, Maryland 20857
(301-443-4330)

NPI_RIFAX_00100247

DTX-315

DTX-315-1

---

II.G.2.   Solvation (including hydration)

Conditions used in manufacture and/or storage of the drug substance may result in the isolation or formation of a solvated or hydrated drug substance.   This is most directly assessed by testing for loss on drying (LOD) or by Karl Fischer titration (for hydrates).   Information from other methods (e.g., TGA) may be necessary, because some solvates are known to be stable at temperatures above the boiling point of the solvent.   When solvation or hydration affects bioavailability, appropriate manufacturing and control procedures should be established.

DTX-315-39

DDX-737

**Brittain**



Polymorphism in Pharmaceutical Solids

edited by Harry G. Brittain

Salix v. Norwich C.A. 20-430 JTX 34

hydrates. Members of both polymorphic and hydrate systems have different crystal structures and exhibit different x-ray powder diffraction patterns (XRPD), thermograms (DSC or TGA), infrared spectra, dissolution rates, hygroscopicity, etc. Interconversion between polymorphs

above, the hydration state (and therefore the structure) of a crystalline hydrate is a function of the water vapor pressure (water activity) above

a solution mediated transformation). This distinction is particularly important in defining the relative free energy of hydrates. A simple (only

Brittain (JTX 34) at 132

DDX-738



As the hydration or dehydration proceeds, the crystal lattice may expand or contract by as much as 0.8 Å [21]. This lattice expansion must effect changes in the dimensions of the unit cell. This is manifested in the XRPD pattern as slight shifts in some or all of the scattering peaks.

Brittain (JTX 34) at 150

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | **'199 Patent** | **'206 Patent** |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✓ | |
| **Obvious over Cannata in view of common knowledge** | ✓ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✓ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✓ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✓ | ✓ |

DDX-740

# '206 Patent, Claim 34 and 36

## Claim Limitation 34

A solid pharmaceutical composition comprising

rifaximin in polymorphic Form β

and a pharmaceutically acceptable excipient or carrier,

wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ.

## Claim Limitation 36

The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%.

JTX 3

DDX-741

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | | ✅ |
| rifaximin in polymorphic Form β | | | |
| and a pharmaceutically acceptable excipient or carrier, | | | |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | | | |
| **Claim Limitation 36** | | | |
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | | | |

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | | ✓ |
| rifaximin in polymorphic Form β | ✓ | | |
| and a pharmaceutically acceptable excipient or carrier, | | | |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | | | |
| **Claim Limitation 36** | | | |
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | | | |

DDX-743

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | | ✓ |
| rifaximin in polymorphic Form β | ✓ | | |
| and a pharmaceutically acceptable excipient or carrier, | | | ✓ |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | | | |
| **Claim Limitation 36** | | | |
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | | | |

DDX-744

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | | ✓ |
| rifaximin in polymorphic Form β | ✓ | | |
| and a pharmaceutically acceptable excipient or carrier, | | | ✓ |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | ✓ | | |
| **Claim Limitation 36** | | | |
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | | | |

DDX-745

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | | ✓ |
| rifaximin in polymorphic Form β | ✓ | | |
| and a pharmaceutically acceptable excipient or carrier, | | | ✓ |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | ✓ | | |

| Claim Limitation 36 | | | |
|---|---|---|---|
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | ✓ | | |

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | **'199 Patent** | **'206 Patent** |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✓ | |
| **Obvious over Cannata in view of common knowledge** | ✓ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✓ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✓ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✓ | ✓ |

DDX-747

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|:---:|:---:|:---:|
| A solid pharmaceutical composition comprising | | | |
| rifaximin in polymorphic Form β | ✅ | | |
| and a pharmaceutically acceptable excipient or carrier, | | | |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | ✅ | | |

| Claim Limitation 36 | | | |
|---|:---:|:---:|:---:|
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | ✅ | | |

DDX-748

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | ✅ | |
| rifaximin in polymorphic Form β | ✅ | | |
| and a pharmaceutically acceptable excipient or carrier, | | | |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | ✅ | | |

| Claim Limitation 36 | | | |
|---|---|---|---|
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | ✅ | | |

DDX-749

# '206 Patent, Claim 34 and 36

| Claim Limitation 34 | Cannata | Marchi | Normix Label |
|---|---|---|---|
| A solid pharmaceutical composition comprising | | ✓ | |
| rifaximin in polymorphic Form β | ✓ | | |
| and a pharmaceutically acceptable excipient or carrier, | | ✓ | |
| wherein the rifaximin Form β has x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2-θ. | ✓ | | |

| Claim Limitation 36 | | | |
|---|---|---|---|
| The pharmaceutical composition of claim 34, wherein the rifaximin Form β has a water content of between about 4.5% to about 40%. | ✓ | | |

DDX-750

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | '199 Patent | '206 Patent |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✓ | |
| **Obvious over Cannata in view of common knowledge** | ✓ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✓ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✓ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✓ | ✓ |

# '206 Patent Specification: XRPD



17.6°; 18.5°; 19.7°; 21.0°; 21.4°; 22.1°. The polymorph called rifaximin β is characterized by a water content higher than 4.5%, preferably between 5.0% and 6.0%, and by a powder X-ray diffractogram (reported in FIG. **2**) which shows peaks at the values of the diffraction angles 2θ of 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°; 14.4°; 17.1°; 17.90; 18.3°; 20.9°.

'206 patent (JTX 3) at col. 5, l. 64 - col.5, l. 3

## Example 6

### Preparation of Rifaximin β

Crystallization of dried raw rifaximin is carried out according to the method described in example 3. The drying under vacuum at room temperature is checked by means of the Karl Fischer method and is stopped when the water content reaches 5.0%: 52.6 g of rifaximin β are obtained characterized by a powder X-ray diffractogram showing peaks at values of angles 2θ of 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°, 14.4°; 17.1°; 17.9°; 18.3°; 20.9°.

'206 patent (JTX 3) at 8:40-51

DDX-752

# Polymorph Patent Family Disclosures

| Application | Exhibit | Filing Date | XRPD Profile(s) Disclosed in Specification |
|---|---|---|---|
| Italian Application MI2003A2144 | JTX 96 | November 7, 2003 | 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°; 14.4°; 17.1°; 17.9°; 18.3°; 20.9° 2θ. |
| EP '490 Application | DTX-487 | November 4, 2004 | 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°; 14.4°; 17.1°; 17.9°; 18.3°; 20.9° 2θ. |
| '651 Application | DTX-004 | May 24, 2005 | About 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°, 14.4°; 17.1°; 17.9°; 18.3°; 20.9° 2θ. <br> About 5.4°; 10.4°; 18.3°, and 20.9° 2θ. |
| '841 Application / '275 Patent | DTX-005 / JTX 5 | October 17, 2007 | About 5.4°, 6.4°, 7.0°, 7.8°, 9.0°, 10.4°, 13.1°, 14.4°, 17.1°, 17.9°, 18.3°, 20.9° 2θ. <br> About 5.4°, 9.0°, and 13.1° 2θ | About 6.4°, 10.4° and 18.3° 2θ. <br> About 7.8°, 17.1° and 20.9° 2θ | About 7.8°, 17.1° and 20.9° 2θ. <br> About 5.4°, 7.8°, 14.4° and 18.3° 2θ | About 5.4°, 18.3°, and 20.9° 2θ. |
| '600 Application / '206 Patent | JTX 3 | May 13, 2008 | 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°; 14.4°; 17.1°; 17.9°; 18.3°; 20.9° 2θ. |
| '638 Application / '199 Patent | JTX 2 | June 4, 2009 | 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°; 14.4°; 17.1°; 17.9°; 18.3°; 20.9° 2θ. |

# Summary of Invalidity Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | **Drug Substance** | **Formulation** |
| | **'199 Patent** | **'206 Patent** |
| | Claim 4 | Claim 36 |
| **Inherently anticipated by Cannata** | ✅ | |
| **Obvious over Cannata in view of common knowledge** | ✅ | |
| **Obvious over Cannata in view of the Normix Label and common knowledge** | | ✅ |
| **Obvious over Marchi in view of Cannata and common knowledge** | | ✅ |
| **Invalid for lack of written description** (three-peak XRPD profile of "about 5.4°, 9.0°, and 20.9° 2θ") | ✅ | ✅ |

Exhibit 6

# Dr. Gary Schoolnik, MD

## Direct Examination

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-300

# Dr. Gary Schoolnik, MD

### Education









**M.D. & Fellowship in Infectious Diseases,**
**Board Certified in Internal Medicine and Infectious Diseases**
**University of Washington, Seattle,** 1972-1976

**Medical Internship & Residencies (including Senior and Chief)**
**Massachusetts General Hospital, Boston,** 1972-1978

**Instructor in Medicine**
**Harvard Medical School, Boston,** 1977-1978

**Research Associate & Associate Physician**
**The Rockefeller University, New York,** 1978-1981

DDX-301

# Dr. Gary Schoolnik, MD









## Professional Experience

**Attending Physician of Internal Medicine and Infectious Diseases, Professor of Medicine and Microbiology & Immunology**
**Stanford University School of Medicine,** 1981-Present

**Chief,** Division of Geographic Medicine, 1984-1992

**Chief,** Division of Infectious Diseases and Geographic Medicine, 1992-1998

**Chief, Infectious Diseases Service and Hospital Epidemiologist**
**Veterans Administration Medical Center, Palo Alto, CA,** 1981-1986

**Investigator,** Howard Hughes Medical Institute at Stanford University, 1987-1996

**Chief Medical Officer,** Visby Medical, 2016-Present

DDX-302

# Dr. Gary Schoolnik, MD









## Consultative Appointments

**World Health Organization Consultative Group,** 1982

**National Institute of Health**

    **Institute of Allergy and Infectious Diseases,** 1986

    **Committee on "Emerging Microbes and Microbial Diseases,"** 1991

    **NIAID Blue Ribbon Panel on Emerging Infectious Diseases,** 1996

    **Chair, NIAID Strategic Plan Task Force on Emerging Infectious Diseases,** 1999

    **Chair, Trans NIH Working Group on the Human Microbiome,** 2006-2007

    **National Human Genome Research Institute, Human Microbiome Program,** 2009-Present

**PRC, Center for Disease Control, City and Province of Shanghai,** 2006-Present

**FDA Advisory Panel on Vaccines and Biologicals,** 2010-2014

DDX-303

# Dr. Gary Schoolnik, MD







## Publications

### Over 200 peer-reviewed articles

- The Competitive Cost of Antibiotic Resistance in *Mycobacterium tuberculosis*,  312 SCIENCE 1944-46 (2006)

- Exploring drug-induced alterations in gene expression in *Mycobacterium tuberculosis* by microarray hybridization, 96 PROC. NAT'L ACAD. SCI. 12833-38 (1999)

### Over 60 monographs, book chapters and editorials either published or in press

# Asserted HE and IBS Patents

| Asserted HE Patents: | Asserted IBS Patents: |
|---|---|
| U.S. Pat. Nos. 8,642,573 ("the '573 patent"); 9,421,195 ("the '195 patent"); and 10,335,397 ("the '397 patent") | U.S. Pat. Nos. 8,309,569 ("the '569 patent") and 10,765,667 ("the '667 patent") |
| **Asserted claims cover:**<br>• methods of reducing the risk of HE recurrence in adults<br>• administering rifaximin for 6-12 months or longer | **Asserted claims cover:**<br>• methods of administering rifaximin for 14 days to treat symptoms of IBS-D<br>• methods of administering rifaximin which provide adequate relief |
| To qualify as prior art to the Asserted HE Patents, the art must be dated prior to October 2, 2008. | To qualify as prior art to the Asserted IBS-D Patents, the art must be dated prior to February 26, 2008. |

DDX-305

## Summary of Opinions

- A POSA would not have been discouraged from prescribing rifaximin 1000-1200 mg daily for 6 to 12 months or longer to HE patients due to concerns about clinical antibiotic resistance and/or superinfections.

- A POSA would have understood and expected that any antibiotic resistance could be adequately managed by prescribing other antibiotics.

- A POSA would not have been discouraged from repeatedly prescribing 550 mg of rifaximin TID to IBS-D patients for 14 days due to concerns about antibiotic resistance.

# Dr. Berg's Person of Ordinary Skill in the Art (HE)

A person of ordinary skill in the art would possess a medical degree with training in gastroenterology or would possess a medical degree with a practice in family or internal medicine having experience in treatment of liver disease and hepatic encephalopathy. To the extent necessary, a medical doctor may collaborate with one or more researchers in the fields of pharmaceutics or statistics.

DDX-307

## Plaintiffs' Person of Ordinary Skill in the Art (HE)

A POSA would have (1) a Ph.D. in pharmacology, biology, biomedical sciences, microbiology, or a related discipline, and/or (2) a medical degree and board certification in gastroenterology. The POSA would have training in or experience with conducting and/or interpreting research related to liver and gastrointestinal disorders.  To the extent needed, the POSA would have collaborated with others having ordinary skill in the areas pertinent to the subject matter of the asserted HE claims. If the POSA were considering treatment with an antibiotic, the POSA would have collaborated with a person in the field of infectious diseases, clinical microbiology, or epidemiology, and also with a person knowledgeable about rifaximin.

DDX-308

# Prior Long Term Rifaximin Use

**DTX 660:** Salix Presentation (2005)

- 450 patients on 1200 mg rifaximin per day for up to 12.5 months

- "We have not seen the emergence of resistant bacteria."

- "available for about 20 years" and "half a billion tablets have been distributed"

**DTX 390:** Leevy 2007

- 145 HE patients on 1200 mg rifaximin per day for at least 6 months

- "On the basis of data from 20 clinical studies and experience in medical practice, rifaximin appears to have a favorable benefit : risk ratio in the treatment of hepatic encephalopathy."

**JTX 137:** Shen (June 2008)

- 51 patients on 200 to 1800 mg rifaximin per day for up to 24 months

- "During the nearly 20 years rifaximin has been available in Europe, no clinically significant antibiotic resistance has been observed."

DDX-309

## Eftimiadi, De Leo, and Johnson Would Not Have Caused a POSA Concern

Eftimiadi (1984) (PTX 993), De Leo (1986) (DTX 162), and Johnson (2007) (DTX 366) were done in vivo

Some strains of rifaximin-resistant bacteria emerged in feces of subjects

A POSA would have known that resistance observed was not clinically significant because:

- No loss of efficacy to treat a disease was demonstrated

- No superinfections were identified in study subjects

- No spread of resistant organisms to others was observed

DDX-310

# In vitro vs. In vivo

1.  **In vitro rifaximin testing concentrations are different than in vivo rifaximin concentrations**

2.  **In vitro bacteria growth rates are different than in vivo growth rates of those same bacteria**

3.  **In vitro studies are carried out on a single bacterial strain whereas in vivo there are 1,000 different bacterial strains in the colon**

DDX-311

## Summary of Opinions

- A POSA would not have been discouraged from prescribing rifaximin 1000-1200 mg daily for 6 to 12 months or longer to HE patients due to concerns about clinical antibiotic resistance and/or superinfections.

- A POSA would have understood and expected that any antibiotic resistance could be adequately managed by prescribing other antibiotics.

- A POSA would not have been discouraged from repeatedly prescribing 550 mg of rifaximin TID to IBS-D patients for 14 days due to concerns about antibiotic resistance.

DDX-312

# Dr. Harary's Person of Ordinary Skill in the Art (IBS)

A POSA with respect to the asserted IBS patents would have possessed a medical degree with training in gastroenterology, or would possess a medical degree with a practice in family or internal medicine having experience in treatment of irritable bowel syndrome or small intestinal bacterial overgrowth. To the extent necessary, a medical doctor may collaborate with one or more researchers in the fields of pharmaceutics or statistics.

DDX-313

# Plaintiffs' Person of Ordinary Skill in the Art (IBS)

A POSA would have (1) a Ph.D. in pharmacology, biology, biomedical sciences, microbiology, or a related discipline, and/or (2) a medical degree and board certification in internal medicine and/or gastroenterology. The POSA would have training in or experience conducting and/or interpreting research related to gastrointestinal disorders.  To the extent needed, the POSA would have collaborated with others having ordinary skill in the areas pertinent to the subject matter of the asserted IBS claims. If the POSA were considering treatment with an antibiotic, the POSA would have collaborated with a person in the field of infectious diseases, clinical microbiology, and epidemiology, and also with a person knowledgeable about rifaximin.

Exhibit 7

# Dr. George Triadafilopoulos, M.D.

## Direct Examination

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-400

# Dr. George Triadafilopoulos, M.D.







## Education

### Clinical & Research Fellow in Gastroenterology,
**Boston University Medical Center,** 1983 – 1985

### Internal Medicine Resident,
**Wayne State University Affiliated Hospitals,** 1981 – 1983

### Doctor of Medicine
**Aristotelian University Medical School,** 1979

## Board Certifications

### Internal Medicine

### Gastroenterology

DDX-401

# Dr. George Triadafilopoulos, M.D.







## Professional Experience

**Consultant Gastroenterologist,**
**Stanford Hospital,** 1992 – Present

**Consultant Gastroenterologist,**
**El Camino Hospital,** 2004 – Present

**Clinical Professor of Medicine,**
**Stanford University School of Medicine,** 2004 – Present

**Co-Director, Gastroenterology Fellowship Program,**
**Stanford University School of Medicine,** 2007 – Present

**Executive Director, Stanford Esophageal Multidimensional Program in Innovation and Research Excellence,**
**Stanford University School of Medicine,** 2017 – Present

# The Asserted IBS-D Claims

| Claim 2 of the '569 Patent (JTX 9) | Claim 3 of the '667 Patent (JTX 26) |
|---|---|
| 1. A method of providing acute treatment for [IBS-D] comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | 1. A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, thereby treating one or more symptoms of IBS in the subject 65 years of age or older. |
| 2. The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day. | 3. The method of claim 1, wherein the IBS is diarrhea-predominant IBS. |

JTX 9, JTX 26

DDX-403

# The Asserted IBS-D Claims

| Claim 2 of the '569 Patent (JTX 9) | Claim 3 of the '667 Patent (JTX 26) |
|---|---|
| **"administering"** | |
| 1. A method of providing acute treatment for [IBS-D] comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | 1. A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, thereby treating one or more symptoms of IBS in the subject 65 years of age or older. |
| 2. The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day. | 3. The method of claim 1, wherein the IBS is diarrhea-predominant IBS. |

JTX 9, JTX 26

DDX-404

# Summary of Opinions

| | Patents / Claim Numbers | |
|---|---|---|
| | '569 Patent | '667 Patent |
| | Claim 2 | Claim 3 |
| **No direct infringement by a physician**<br>• A physician will not "administer" Norwich's rifaximin tablets | ✖ | ✖ |
| **No joint infringement by a physician and a patient**<br>• A physician will not direct or control a patient's performance of any step of the asserted IBS-D claims | ✖ | ✖ |

JTX 9, JTX 26, JTX 73

DDX-405

# Induced Infringement Analysis: Claim 2 of the '569 Patent

| Claim 2 of the '569 Patent |
|---|
| (JTX 9) |

1. A method of providing acute treatment for [IBS-D] comprising: administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response, **wherein the durability of response comprises about 12 weeks of adequate relief of symptoms.**

**"durability of response comprises about 12 weeks of adequate relief of symptoms"**

2. The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day.

JTX 9

DDX-406

# Norwich's Proposed ANDA Label

## 1.3 Irritable Bowel Syndrome with Diarrhea

Rifaximin tablets are indicated for the treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults.

JTX 73 at -4769

## 2.3 Dosage for Irritable Bowel Syndrome with Diarrhea

The recommended dose of rifaximin tablets is one 550 mg tablet taken orally three times a day for 14 days. Patients who experience a recurrence of symptoms can be retreated up to two times with the same dosage regimen.

JTX 73 at -4769

## 14.3 Irritable Bowel Syndrome with Diarrhea

The efficacy of rifaximin tablets for the treatment of IBS-D was established in 3 randomized, multi-center, double-blind, placebo-controlled trials in adult patients.

JTX 73 at -4782

DDX-407

# Summary of Opinions, Claim 2 of the '569 Patent



| | Patents / Claim Number |
| --- | --- |
| | '569 Patent |
| | Claim 2 |
| No direct infringement by a physician | ⊗ |
| No joint infringement by a physician and a patient | ⊗ |
| No induced infringement<br>• Norwich's Label does not encourage the use of rifaximin to obtain the claimed "durability of response" | ⊗ |

JTX 9, JTX 73

DDX-408

# Induced Infringement Analysis: Claim 3 of the '667 Patent

| Claim 3 of the '667 Patent |
|---|
| (JTX 26) |
| 1. A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, thereby **treating one or more symptoms of IBS in the subject 65 years of age or older**. |
| **"treating one or more symptoms of IBS in the subject 65 years of age or older"** |
| 3. The method of claim 1, wherein the IBS is diarrhea-predominant IBS. |

JTX 26

# Norwich's Proposed ANDA Label

### 8.5 Geriatric Use

Of the total number of patients in the clinical study of rifaximin tablets for HE, 19% of patients were 65 and over, while 2% were 75 and over. In the clinical studies of IBS-D, 11% of patients were 65 and over, while 2% were 75 and over. No overall differences in safety or effectiveness were observed between these subjects and younger subjects for either indication. Clinical studies with rifaximin tablets for TD did not include sufficient numbers of patients aged 65 and over to determine whether they respond differently than younger subjects. Other reported clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

JTX 73 at -4774

DDX-410

# Summary of Opinions, Claim 3 of the '667 Patent



|  | Patents / Claim Number |
|---|---|
|  | '667 Patent |
|  | Claim 3 |
| No direct infringement by a physician | ✖ |
| No joint infringement by a physician and a patient | ✖ |
| No induced infringement | ✖ |

JTX 26, JTX 73

DDX-411

Exhibit 8

# Closing Presentation

*Salix Pharmaceuticals, Ltd; Salix Pharmaceuticals, Inc;*
*Bausch Health Ireland Ltd; Alfasigma S.P.A.,*

*v.*

*Norwich Pharmaceuticals, Inc.*

Civil Action No. 20-430-RGA

DDX-801

# HE Patents Invalid

| Limitation | Bausch HE Study (DTX 52) | Salix Presentation (DTX 660) | Leevy 2007 (DTX 390) | Common Knowledge |
|---|---|---|---|---|
| **Method of treating HE** (maintain remission/ reduce risk) | Prevent recurrence of HE in people in remission | Treat patients with "a wide range of levels of [HE]" | Reduce risk of experiencing a breakthrough overt HE episode | RFX commonly administered to treat HE |
| **Dosage of rifaximin** (1000 -1200 mg daily; 550 twice a day) | 550 mg, twice daily | 400 mg, three times daily | 400 mg, three times daily | 600 to 1600 mg total per day |
| **Duration of administration** (12 months or longer) | 6 months | Up to 12.5 months; no resistance or side effects observed | At least 6 months | 12 months or longer; for as long as needed; no clinical resistance |
| **Lactulose*** | Concomitant lactulose | Lactulose as "gold standard" of therapy | Lactulose was a "mainstay" of therapy | Concomitant lactulose; synergistic effect w/ RFX |
| **Conn scores*** (0-1) | Conn score of 0 or 1 as inclusion criterion | Administer to patients with "a broad range of encephalopathy" | Administer to patients with Conn score of 1 | RFX useful in managing "mild HE" |

DDX-802

# IBS-D Patents Invalid

| '569 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Cuoco 2006 (JTX 38) |
|---|---|---|---|---|
| 1 | A method of providing acute treatment for [IBS-D] comprising | 10-day course of rifaximin for treatment of IBS [JTX 53 at -4158, -4159, -4163] | 14-day course of rifaximin for treatment of IBS-D [DTX 340-5,7] | 14-day course of rifaximin to IBS patients [JTX 38 at -3973, -75-76, 78] |
|  | administering 1650 mg/day of rifaximin for 14 days to a subject in need thereof | 1200 mg/day for 10 days [JTX 53 at -4158, -4159] | 550 - 2200 mg/day for 14 days [DTX 340-5,7] | 1200 mg/day for 14 days [JTX 38 at -3973, -76] |
|  | wherein removing the subject from treatment after the 14 days results in a durability of response wherein the durability of response comprises about 12 weeks of adequate relief of symptoms. | Improvement of global IBS symptoms for 10 weeks post-treatment [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | "adequate relief" of IBS-D symptoms; 12-week follow-up for "durability of response" [DTX 340-5,7] | Improvement of IBS symptoms 4-5 months post-treatment [JTX 38 at -3973, -76] |
| 2 | The method of claim 1, wherein the 1650 mg is administered as 550 mg three times per day | 400 mg TID [JTX 53 at -4158, -4159] | 550 mg, 1100 mg BID [DTX 340-5,7] | 1200 mg / day [JTX 38 at -3973, -76] |

DDX-803

# IBS-D Patents Invalid

| '667 Patent | Limitation | Pimentel 2006 (JTX 53) | RFIB 2001 Protocol (DTX 340) | Barrett (JTX 71) |
|---|---|---|---|---|
| 1 | A method of treating one or more symptoms of [IBS] in a subject 65 years of age or older, | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] | Rifaximin for treatment of IBS-D / IBS-A in patients 21-73 yrs [JTX 71 at -4572-73] |
|  | said method comprising administering, 550 mg of rifaximin TID for 14 days to the subject, | 400 mg TID for 10 days [JTX 53 at -4158, -4159] | 550 mg to 1100 mg BID for 14 days [DTX 340-5,7] | 400 mg TID for 1-5 months [JTX 71 at -4572-73] |
|  | thereby treating one or more symptoms of IBS in the subject 65 years of age or older. | Improvement in global IBS symptoms / bloating in subjects 18-65 years [JTX 53 at -4158, -4159, -4162, 4163, Fig. 2] | Evaluates "adequate relief" of IBS-D symptoms / bloating in subjects 18 years and older [DTX 340-5,7] | Resolution of clinical symptoms in IBS-D and IBS-A patients [JTX 71 at -4572-73] |
| 3 | The method of claim 1, wherein the IBS is diarrhea-predominant IBS. | Rifaximin for treatment of IBS in subjects 18-65 yrs [JTX 53 at -4160-61] | Rifaximin for treatment of IBS-D in subjects 18 yrs and older [DTX 340-5,7-8] | Rifaximin for treatment of IBS-D / IBS-A patients 21-73 yrs [JTX 71 at -4572-73] |

# Polymorph Patents Invalid



**Fig. 4** The relationship between the various crystal forms of rifaximin.

Viscomi 2008 (JTX 65) at Fig. 4

DDX-805