IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, LTD., | ) | |
| SALIX PHARMACEUTICALS, INC., | ) | |
| BAUSCH HEALTH IRELAND LTD., and | ) | |
| ALFASIGMA S.P.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-430-RGA |
| | ) | |
| NORWICH PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT NORWICH PHARMACEUTICALS, INC.'S**
**OPENING FINDINGS OF FACT**

OF COUNSEL:
Matthew J. Becker
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landmon
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5417

Richard S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-2000

Dated: April 28, 2022

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

# TABLE OF CONTENTS

I.    THE ASSERTED HE CLAIMS ARE INVALID ...............................................................1

    A.    The Level of Ordinary Skill in the Art...................................................................1

    B.    The Scope and Content of the Prior Art.................................................................1

        1.    Common Knowledge of a POSA ..................................................................2

        2.    The Salix Presentation (DTX660) ...............................................................6

        3.    Bausch HE Study (DTX52) .........................................................................6

        4.    Leevy 2007 (DTX390)..................................................................................7

    C.    Prior Art Combinations...........................................................................................8

    D.    A POSA Would Have Had Motivation to Combine the Prior Art...........................9

        1.    Concern about antibiotic resistance would not have overcome a
             POSA's motivation to combine the prior art references ............................11

    E.    A POSA Would Have Had a Reasonable Expectation of Success ........................13

    F.    Written Description................................................................................................15

II.   THE ASSERTED IBS-D CLAIMS ARE INVALID .......................................................16

    A.    The Asserted IBS-D Claims Are Invalid as Obvious ...........................................16

        1.    As of February 2008, Use of Rifaximin to Treat IBS-D Was
             Known.........................................................................................................17

        2.    Pimentel 2006 (JTX53) and the RFIB 2001 Protocol (DTX340)
             Disclose The Limitations of the Asserted IBS-D Claims ..........................21

        3.    Cuoco (JTX38) and the RFIB 2001 Protocol (DTX340)  Disclose
             The Limitations of Claim 2 of the '569 Patent. .........................................22

        4.    Barrett (JTX71) and the RFIB 2001 Protocol (DTX340)  Disclose
             The Limitations of Claim 3 of the '667 Patent. .........................................23

        5.    Motivation to combine the prior art ...........................................................23

            a.    Motivation to adjust rifaximin dose..............................................23

            b.    Motivation to treat patients 65 years of age and older..................26

        6.    A POSA would have had a reasonable expectation of success ................26

    B.    Claim 2 of the '569 Is Invalid as Indefinite  and for Lack of Adequate
         Written Description................................................................................................27

III.  THE ASSERTED POLYMORPH CLAIMS ARE INVALID .........................................29

    A.    The Level of Ordinary Skill in the Art.................................................................29

    B.    Cannata, Marchi, and the Normix Label...............................................................29

    C.    Claim 4 of the '199 Patent is Inherently Anticipated by Cannata .......................30

1. "Rifaximin in Polymorphic Form β" ..........................................................30

2. "Water Content of Greater than 5%" ........................................................30

3. XRPD "Pattern Peaks at About 5.4°; 9.0°; and 20.9° 2θ" .......................32

D. The Asserted Polymorph Claims Are Obvious.................................................32

1. Claim 4 of the '199 Patent is Obvious. ....................................................32

2. Claim 36 of the '206 Patent is Obvious. ..................................................34

E. The Asserted Polymorph Claims Lack of Written Description ...........................35

# TABLE OF ABBREVIATIONS

| Abbreviation | Exhibit No. | Description |
|---|---|---|
| Norwich | | Norwich Pharmaceuticals, Inc. |
| Plaintiffs | | Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., Alfasigma S.p.A. |
| NDA | | New Drug Application |
| ANDA | | Abbreviated New Drug Application |
| PTO | | U.S. Patent and Trademark Office |
| FDA | | U.S. Food and Drug Administration |
| SEC | | U.S. Securities and Exchange Commission |
| TD | | Travelers' diarrhea |
| HE | | Hepatic encephalopathy |
| IBS | | Irritable bowel syndrome |
| IBS-D | | Irritable bowel syndrome with diarrhea |
| '199 patent | JTX2 | United States Patent No. 7,612,199 |
| '206 patent | JTX3 | United States Patent No. 7,902,206 |
| Polymorph Patents | | The '199 patent and '206 patent |
| Asserted Polymorph Claims | | Claim 4 of the '199 patent and claim 36 of the '206 patent |
| β | | Beta |
| α | | Alpha |
| γ | | Gamma |
| δ | | Delta |
| ε | | Epsilon |
| '573 patent | JTX11 | United States Patent No. 8,642,573 |
| '195 patent | JTX19 | United States Patent No. 9,421,195 |
| '397 patent | JTX22 | United States Patent No. 10,335,397 |
| HE Patents | | The '573 patent, '195 patent, and '397 patent |
| Asserted HE Claims | | Claim 8 of the '573 patent, claim 6 of the '195 patent, and claims 11 and 12 of the '397 patent |
| '569 patent | JTX9 | United States Patent No. 8,309,569 |
| '667 patent | JTX26 | United States Patent No. 10,765,667 |
| IBS-D Patents | | The '569 patent and '667 patent |
| Asserted IBS-D Claims | | Claim 2 of the '569 patent and claim 3 of the '667 patent |
| Patents-in-Suit | | The '199 patent, '206 patent, '573 patent, '195 patent, '397 patent, '569 patent and '667 patent |
| POSA | | Person of ordinary skill in the art |
| UF | | Uncontested Facts, Joint Pretrial Order, Ex. 1 (D.I. 149) |
| NFOF | | Defendant Norwich Pharmaceuticals, Inc.'s Finding of Fact |
| XRPD | | X-ray powder diffraction |

| Leevy 2007 | DTX390 | Leevy, Carroll B. & Phillips, James A., *Hospitalizations During the Use of Rifaximin Versus Lactulose for the Treatment of Hepatic Encephalopathy*, Dig. Dis. Sci., vol. 52, 737-41 (2007) |
|---|---|---|
| Leevy Abstract | JTX47 | Leevy, Carroll B. & Phillips, James A., *A Crossover Retrospective Chart Review Evaluating Hospitalizations Associated with the Use of Rifaximin vs Lactulose in the Management of Patients with Hepatic Encephalopathy*, Abstract, Am. J. Gastroenterology, vol. 100, suppl. (2005) |
| Festi | JTX42 | Festi, D. et al., *Rifaximin in the Treatment of Chronic Hepatic Encephalopathy; Results of a Multicenter Study of Efficacy and Safety*, Current Therapeutic Res., vol. 54, num. 5, 598-609 (1993) |
| Puxeddu | JTX95 | Puxeddu, A. et al., *Rifaximin in the Treatment of Chronic Hepatic Encephalopathy*, Curr. Med. Res. & Op., vol. 13, num. 5, 274-81 (1995) |
| Williams 2000 | JTX66 | Williams, Roger et al., *Evaluation of the Efficacy and Safety of Rifaximin in the Treatment of Hepatic Encephalopathy: a Double-Blind, Randomized, Dose-Finding Multi-Centre Study*, Eur. J. Gastroenterology & Hepatology, vol. 12, num. 2, 203-08 (2000) |
| Mas 2003 | DTX425 | Mas, A. et al., *Challenges of Designing Hepatic Encephalopathy Treatment Trials*, Hepatology Elsewhere, vol. 38, num. 2, 527-529 (2003) |
| Sama | JTX59 | Sama, Claudia et al., *Clinical Effects of Rifaximin in Patients with Hepatic Encephalopathy Intolerant or Nonresponsive to Previous Lactulose Treatment: An Open-Label, Pilot Study*, Current Therapeutic Res., vol. 65, num. 5, 413-22 (2004) |
| Gerard | JTX90 | Gerard, Laura, Garey, Kevin W., & DuPont, Herbert L., *Rifaximin: a nonabsorbed rifamycin antibiotic for use in nonsystemic gastrointestinal infections*, 3 Expert Rev. Anti Infect. Ther. (2005) |
| Shah | JTX136 | Shah, Vijay H. & Kamath, Patrick, *Management of Portal Hypertension*, Postgraduate Med., vol. 119, num. 3, 14-18 (2006) |
| Di Stefano | JTX40 | Di Stefano, M. et al., *Rifaximin versus chlortetracycline in the short-term treatment of small intestinal bacterial overgrowth*, Alimentary Pharm. & Therapeutics, vol. 14, num. 5 551-56 (2000) |
| Lin '053 | JTX133 | U.S. Patent No. 6,861,053 |
| Lin '608 | JTX132 | U.S. Patent No. 7,718,608 |

| Lin 2006 | JTX69 | International Publication No. WO 2006/102536 |
|---|---|---|
| Pimentel 2006 | JTX53 | Pimentel, Mark et al., The Effect of a Nonabsorbed Oral Antibiotic (Rifaximin) on the Symptoms of the Irritable Bowel Syndrome, Annals Internal Med., vol. 145, num. 8, 557-63 (2006) |
| Pimentel Book | PTX752 | Pimentel, Mark A., A New IBS Solution: Bacteria – The Missing Link in Treating Irritable Bowel Syndrome, Health Point Press (2006) |
| RFIB2001 Study Protocol | DTX340 | Study to Assess the Efficacy and Safety of Rifaximin Administered BID in the Treatment of Patients With Diarrhea-Associated Irritable Bowel Syndrome, NCT00269412 (Dec. 2005) |
| Cuoco | JTX38 | Cuoco, L. & Salvagnini, M., Small Intestine Bacterial Overgrowth in Irritable Bowel Syndrome: a Retrospective Study With Rifaximin, Minerva Gastroenterologica e Dietologica, vol. 52, num. 1, 89-95 (2006) |
| Barrett | JTX71 | Barrett, G., Benefits of the Antibiotic Rifaximin as Empiric Therapy in Patients with Irritable Bowel Syndrome, Am. J. Gastroenterology, vol. 1, num. 9, suppl. (2006) |
| Yang | DTX892 | Yang, Janet, Rifaximin versus Other Antibiotics in the Primary Treatment and Retreatment of Bacterial Overgrowth in IBS, Dig. Dis. Sci. (2007) |
| Lauritano | DTX384 | Lauritano, E.C. et al., Rifaximin dose-finding study for the treatment of small intestinal bacterial overgrowth, 22 Aliment Pharmacol. Ther. 31-35 (2005) |
| Scarpellini | JTX60 | Scarpellini, E. et al., High dosage rifaximin for the treatment of small intestinal bacterial overgrowth, Alimentary Pharm. & Therapeutics, vol. 25, num. 7, 781–86 (Jan. 2007) |
| Jolley | DTX386 | Jolley J., High-dose rifaximin treatment alleviates global symptoms of irritable bowel syndrome, Clin. Exp. Gastroenterol. Vol. 4, 43-48 (2011) |
| Weinstock | DTX858 | Weinstock, L., Long-Term Outcome of Rifaximin Therapy in Non-constipation Irritable Bowel Syndrome, Dig. Dis. Sci., 56(11) 3389-3390 (2011) |
| Pimentel 2011 | DTX496 | Pimentel, M., et al., Effects of Rifaximin Treatment |
| Viscomi | JTX64 | U.S. Patent Application Publication No. US2005/0272754 |
| Cannata | JTX37 | U.S. Patent No. 4,557,866 |
| Marchi | JTX48 | U.S. Patent No. 4,341,785 |

| 1987 FDA Guidance | DTX315 | Food and Drug Administration's 1987 Guideline For Submitting Supporting Documentation In Drug Applications For the Manufacture of Drug Substances |
|---|---|---|
| Normix Label | JTX94 | NDA 21-361, Rifaximin § 8.9 Commercial Marketing Experience – Normix Label (2000) |
| Handbook of Pharmaceutical Excipients | JTX45 | The *Handbook of Pharmaceutical Excipients* (Arthur H. Kibbe ed., 3d ed. 2000) |
| Brittain | JTX34 | *Polymorphism in Pharmaceutical Solids* (Harry G. Brittain ed., 1999) |
| Viscomi 2008 | JTX65 | G. S. Viscomi et al., *Crystal Forms of Rifaximin and Their Effect on Pharmaceutical Properties*, 10 CrystEngComm 1074 (2008). |
| Braga 2012 | JTX105 | Dario Braga et al., *The Structure-Property Relationship of Four Crystal Forms of Rifaximin*, 14 CrystEngComm 6404 (2012) |
| Bacchi 2008 | DTX43 | Alessia Bacchi et al., *Sampling Rifamycin Conformational Variety By Cruising Through Crystal Forms: Implications for Polymorph Screening and For Biological Models*, 32 New J. Chem. 1725 (2008). |
| Viscomi Declaration | JTX80 | Declaration of Giuseppe C. Viscomi under 37 C.F.R. § 1.132 |

Norwich incorporates by reference, and requests that the Court adopt, all Uncontested Facts (Ex. 1 to the Joint Pretrial Order).

## I.    THE ASSERTED HE CLAIMS ARE INVALID

### A.    The Level of Ordinary Skill in the Art

1.    A medical license is required to prescribe rifaximin. *See* Tr. 151:8-20, 85:1-9. This normally requires a medical doctorate (M.D.) degree. *Id.* A POSA would possess a medical degree with training in gastroenterology or a family or internal medicine practice having experience in treatment of liver disease and HE, and collaborating to the extent necessary with one or more researchers in pharmaceutics or statistics. Tr. 149:20-150:2.

### B.    The Scope and Content of the Prior Art

2.    Rifaximin was available by the 1980s. Tr. 162:7-10; JTX94 at 3-4; *see also* Tr. 163:22-164:10. As an antibiotic, it kills or inhibits the growth of bacteria. Tr. 156:19-20.

3.    HE is not caused by a bacterial infection, but by a diseased liver's inability to fully metabolize toxic byproducts (e.g., ammonia) from colonic bacteria. Tr. 287:24-288:4.

4.    Rifaximin does not directly lower blood ammonia levels, but decreases the amount of ammonia and other toxic metabolites produced by colonic bacteria, thus reducing levels in the bloodstream and the amount that can enter the central nervous system, thereby improving cognitive functions. Tr. 153:14-17, 288:5-16.

5.    Rifaximin was indicated abroad for HE by 2000. Tr. 163:7-15; JTX94 at 5, 9. Rifaximin was approved by FDA in the U.S. in a 200 mg dosage strength for TD in 2004. Tr. 101:23-102:11, 169:2-170:9; DTX532-3. It was approved in the U.S. for the "[r]eduction in risk of overt [HE] recurrence in adults" in 2010. JTX74 at 1; Tr. 54:9-19.

6.    By October 2008, rifaximin was being used extensively for HE in the U.S. and abroad. Tr. 195:6-12, 196:7-14. Salix's own surveys showed that 77% of physicians had

prescribed Xifaxan for HE by January 2007.  Tr. 130:25-133:2, 417:8-419:9; DTX349-16, 119-122, 130.  Salix also hosted events where it invited prominent gastroenterologists to share their experiences using rifaximin for HE.  Tr. 133:20-134:8, 171:9-18; *infra* at I.B.1.

7.      By 2008, the typical HE dose was 1200 mg daily, as 400 mg TID or 600 mg BID.  Tr. 184:1-8, 187:14-19.  Patients had taken rifaximin for several years with no observed resistance.  Tr. 187:4-13.  The typical dose for HE today is 550 mg BID.  Tr. 187:20-21.

8.      Multiple HE experts treated HE patients with rifaximin before 2008.  Tr. 101:17-102:11, 169:2-170:9, 187:4-10, 414:9-23.  In 2005, Salix linked increased average prescription size and sales to the use of Xifaxan for chronic conditions such as HE.  Tr. 185:2-10; DTX540-3.  In 2007, Salix revealed that most rifaximin prescriptions were for HE.  Tr. 186:5-10; DTX535-6.

### 1.      Common Knowledge of a POSA

9.      The following references were published or publicly available before October 2, 2008: Festi (JTX42), Williams 2000 (JTX66), Leevy Abstract (JTX47), Gerard (JTX90), Leevy 2007 (DTX390), Normix Label (JTX94), Puxeddu (JTX95), Perspectives in Hepatology (DTX584), Salix Q3 2005 Earnings Call (DTX540), Salix Q2 2007 Earnings Call (DTX535), Salix Presentation (DTX660), Leevy 2007 (DTX390) Shah (JTX136), and Neff 2008 (JTX109).  UF ¶ 137; Tr. 175:20-24, 184:12-15, 185:15-17, 191:20-25.

10.      At least the following references reflect common knowledge as of 2008:  Normix Label, Festi, Williams 2000, Puxeddu, Shah, Perspectives in Hepatology, Salix Presentation, Leevy Abstract, Leevy 2007, Gerard, Salix Q3 2005 Earnings Call, Salix Q2 2007 Earnings Call, Mantry (JTX111), and Neff 2008.  Tr. 168:2-6, 172:3-9, 176:6-14, 184:6-8, 186:23-187:3, 194:23-195:1.

11.      Salix submitted to FDA translations of the Normix Label (JTX94) from Italy, Spain, Mexico, Argentina, and Hungary.  Tr. 160:1-22; JTX94 at 3-4.  In Italy, rifaximin was

available in 1985, the label was publicly available by 2000, and it was indicated as "Coadjuvant in the treatment of hyperammonemia." Tr. 161:19-162:10, 163:4-21; JTX94 at 5, 9. A "coadjuvant" is "used in addition to another medication to treat a medical problem." Tr. 163:10-12. "Hyperammonemia" refers to elevated ammonia levels, a condition that includes HE. Tr. 163:13-15. Rifaximin was indicated in Mexico as a "Coadjuvant in the treatment of hyperammonemia secondary to hepatic insufficiency (hepatic encephalopathy)" and in Hungary as "adjuvant therapy of hepatic encephalopathy." JTX94 at 13, 21; Tr. 430:12-431:17.

12.     Festi (JTX42) described one open study and two randomized, controlled, comparative studies. JTX42 at 600. The three studies "confirm[ed] the usefulness of rifaximin in the management of cirrhotic patients with mild HE" (*i.e.*, Conn score of 1). JTX42 at 607; Tr. 165:11-166:5. All three studies used 1200 mg of rifaximin per day, JTX42 at 598, and none reported significant side effects from rifaximin, Tr. 165:23-166:5; JTX42 at 607. Results from the first study "confirm[ed], in a large population, the tolerability and efficacy of rifaximin in reducing the neurologic and biochemical signs of HE." JTX42 at 607; Tr. 165:11-166:5. Results from the second and third studies – which compared rifaximin to neomycin and lactulose, respectively – further confirmed the results "and indicate[d] that rifaximin's ability to reduce the clinical and biochemical symptoms of HE is similar to, and in many cases more rapid than, that of the other two compounds." JTX42 at 607; Tr. 165:11-166:5.

13.     Williams 2000 (JTX66) described a "Prospective, double-blind, randomized, parallel-group study" examining "the efficacy, tolerability and safety of oral rifaximin given at three dose levels" – 600 mg (200 mg TID), 1200 mg (400 mg TID), or 2400 mg (800 mg TID) – "in patients with cirrhosis and mild to moderate [HE]." JTX66 at 203-04; Tr. 166:16-24. Subjects had initial Conn scores of 0 to 3. JTX66 at 205. The 1200 and 2400 mg doses showed

significant improvement "in reducing objective parameters of HE in cirrhotic patients," confirming that "treatment with rifaximin 1200 mg/day may be considered as an adjuvant or an alternative" to lactulose, with no adverse events. JTX66 at 207; Tr. 167:9-168:1. Similarly, the Mas 2003 study found that rifaximin "is, from a clinical point of view, as effective as lactulose in the treatment of grade I-III HE." DTX425-7.

14.     Perspectives in Hepatology (DTX584) was hosted by Salix, and hepatologists Drs. Fred Poordad, Kevin Mullen, and Carroll Leevy (each a POSA) spoke. Tr. 172:10-18; DTX584-1. Since rifaximin's 2004 approval, Dr. Poordad's practice had "been using it and changing patients over from Lactulose to rifaximin and [were] very happy with the results." DTX584-2; Tr. 169:2-170:9, 173:21-174:7. Dr. Leevy's practice had, "since the launch of rifaximin, put 250 new patients on [rifaximin], and so far the tolerability has been excellent" with "no significant side effects." DTX584-3; Tr. 174:8-22. Dr. Leevy was being referred liver transplant patients who were "arriving already on rifaximin." DTX584-3; Tr. 174:23-175:5.

15.     Leevy Abstract (JTX47) was an important publication, as shown by its receipt of the Governor's Award for Excellence in Clinical Research from the American College of Gastroenterology. Tr. 182:13-183:5; DTX588-2. Leevy Abstract summarized a chart review comparing "the number and duration of hospitalizations associated with a discharge diagnosis of HE among patients treated first with lactulose and then rifaximin." Tr. 180:6-11; JTX47 at 2. Patients that were evaluated had at least a year of continuous HE treatment: at least 6 months of lactulose therapy followed by at least 6 months of rifaximin (400 mg TID) therapy, though patients could have received each therapy for longer. Tr. 180:13-25; JTX47 at 2. The number and duration of hospitalizations were significantly lower during the rifaximin period. Tr. 181:9-18; JTX47 at 2.

16.     Gerard (JTX90) showed it was common knowledge that rifaximin "ha[d] been compared with lactulose, lactitol or neomycin and was found to have equal efficacy to these standard treatments." JTX90 at 203; Tr. 183:21-184:8; *see also* JTX90 at 204 tbl. 2. "The dose commonly used in [HE] is 400 mg three-times daily for as long as needed (generally weeks to months)," and rifaximin had "equal or improved efficacy with a lower side-effect profile." *Id.*

17.     Salix stated in 2005 that increased prescription size reflected "growing use of XIFAXAN to treat chronic conditions, such as [HE]." DTX540-3; Tr. 184:12-185:10.

18.     Salix disclosed in 2007 that it had "done some awareness trial and usage market research" and "believe[d] that of the tablets that are written for Xifaxan, probably the largest percentage of those are currently written for [HE]." DTX535-6; Tr. 186:3-15. Salix also knew that "in many of the compendia that [doctors] use, [HE] is an approved off-label use of the drug." DTX535-6; Tr. 185:15-17. A drug's listing in compendia reflects experts' recognition of its efficacy and safety for a given indication. Tr. 186:16-20.

19.     Mantry (JTX111) is a single-center, retrospective chart review analyzing patients evaluated for a liver transplant from January 2006 to May 2008. Tr. 190:4-14; JTX111 at 4543. It was common to administer 400 to 1200 mg rifaximin per day for 14 months or longer for HE. Tr. 190:15-25; JTX111 at 4544. Mantry found that rifaximin significantly reduces the risks associated with hospitalization for HE (*i.e.*, for overt HE). Tr. 191:1-12; JTX111 at 4545-47.

20.     Neff 2008 (JTX109) evaluated charts of 212 cirrhotic patients who received oral rifaximin to treat HE from January 2004 to May 2008. Tr. 193:11-20; JTX109 at S176. Patients were administered rifaximin for 180 to 385 days (mean 250 days) at a daily dosage of 600 mg to 1600 mg (mean 1055 mg). Tr. 194:7-15; JTX109 at S176. Long-term rifaximin treatment "was not associated with the development of C difficile infection." JTX109 at S177; Tr. 194:16-22.

### 2. The Salix Presentation (DTX660)

21.     The Salix Presentation is a transcript of a July 28, 2005 Salix conference and was publicly available on the SEC website by 2008.  Tr. 136:22-137:8, 175:20-176:22; DTX660-1.

22.     As the Salix Presentation described, it was common knowledge by 2008 that (1) the survival rate following an HE episode was 42% after one year and 23% after three years, (2) multiple studies had compared rifaximin to other HE therapies, and (3) rifaximin performs better than neomycin in improving HE clinical measures.  Tr. 177:2-18; DTX660-9-11.

23.     Dr. Leevy described how, between 2004 and 2005, he treated over 450 patients with 1200 mg rifaximin per day for up to 12.5 months with no resistance or side effects. DTX660-11; Tr. 177:19-178:4.  Dr. Leevy also described that rifaximin "decreased [patients'] rate of hospitalization . . . to one-third of the previous level with Lactulose," DTX660-11, JTX47, Tr. 181:9-15, showing that in at least some patients remission had been maintained or risk of an overt HE episode (which would have required hospitalization) had been reduced, Tr. 48:16-19.  Dr. Leevy concluded that rifaximin "is rapidly becoming the standard of care for [HE].  With its ease of use and ease of tolerability, it is going to be the gold standard, continuous therapy, safe and efficacious[.]"  DTX660-11; Tr. 178:19-179:1.

### 3. Bausch HE Study (DTX52)

24.     The Bausch HE Study was published in 2006 and disclosed a study of rifaximin to prevent HE recurrence.  Tr. 197:2-11, 198:14-20; 223:12-14; DTX52-4.

25.     The duration of the Bausch HE Study was 6 months, but it did not require therapy to cease at 6 months.  Tr. 197:2-11, 201:11-16; DTX52-5.  The dosage administered was 550 mg BID.  Tr. 198:21-25; DTX52-5.  The Bausch HE Study enrolled adults with a Conn score of 0 or 1 and at least 2 episodes of spontaneous HE within 6 months of screening, and permitted subjects to use lactulose concomitantly during the study.  Tr. 199:21-200:18; DTX52-6-7.  The Bausch

HE Study evaluated "time to treatment failure," defining it as "an increase of the Conn score to Grade ≥2 or a Conn and asterixis score increase of 1 grade each for those subjects that have a baseline Conn Score of 0." DTX52-6; Tr. 199:1-20; *cf.* D.I. 90 at 4.

### 4. Leevy 2007 (DTX390)

26.    Leevy 2007 was publicly available before October 2, 2008, and regards the same study summarized in the Leevy Abstract. UF ¶ 137; Tr. 202:22-25. A POSA would have known that the 150 patients in Leevy 2007 were likely a subset of the 450 patients Dr. Leevy described in the Salix Presentation, and thus some would have been on "12.5 months of continuous therapy." Tr. 181:1-8; DTX660-11. A POSA would have known that some patients Dr. Leevy treated with rifaximin for 12.5 months were in remission (Conn score of 0 or 1). Tr. 279:5-19.

27.    Leevy 2007 disclosed that rifaximin had been "approved in 19 countries for uses including [HE]." DTX390-1; Tr. 203:17-204:1. Leevy 2007 disclosed that, "[o]n the basis of data from 20 clinical studies and experience in medical practice, rifaximin appears to have a favorable benefit:risk ratio in the treatment of [HE]." *Id.*

28.    Leevy 2007 described lactulose as the "mainstay" for HE therapy and disclosed that comparator studies had shown that "rifaximin reduced blood ammonia levels and improved neurologic signs and symptoms earlier and/or more markedly." DTX390-2; Tr. 203:17-204:5.

29.    Leevy 2007 evaluated patient outcomes over the course of a year comprising the last 6 months of lactulose therapy and the first 6 months of rifaximin therapy. Tr. 180:6-21, 390:3-12; DTX390-2. These outcomes included the number, length, and per-patient charges for hospitalization during each treatment period. DTX390-2; Tr. 180:9-18.

30.    Leevy 2007 disclosed that "[HE] grade at the end of each treatment period reflected less severe illness with rifaximin than with lactulose ($P < 0.001$)," "[t]he percentage of patients with stage 3 or stage 4 [HE] was 6% with rifaximin and 25% with lactulose," and

"[s]ignificantly fewer patients had asterixis at the end of the rifaximin period (63%) than the lactulose period (93%) ($P < 0.001$)." DTX390-3; Tr. 204:6-16.

31.     Leevy 2007 disclosed that 9 patients (6%) were in remission before starting rifaximin therapy, versus 53 patients (37%) after 6 months of rifaximin therapy. Tr. 204:17-205:4; DTX390-3 tbl. 2. Leevy 2007 disclosed that 136 patients (94%) had overt HE (*i.e.*, Conn score ≥ 2) at the start of rifaximin therapy, versus 92 patients (63%) after 6 months of rifaximin therapy. *Id.*

### C.     Prior Art Combinations

32.     The Bausch HE Study in view of the Salix Presentation disclosed all limitations[1] of the Asserted HE Claims. Tr. 211:6-20. The Bausch HE Study disclosed the method, dosage, lactulose, and Conn score limitations of the Asserted HE Claims. Tr. 206:2-8, 208:3-12, 209:22-210:2, 210:17-23; DTX52-4-7. The Salix Presentation disclosed the duration limitation. Tr. 209:2-7; DTX660-11; *see also* Tr. 206:2-8, 208:3-12; DTX660-10.

33.     Leevy 2007 in view of common knowledge disclosed all limitations of the Asserted HE Claims. Tr. 148:18-22, 211:6-11, 219:16-220:1. Leevy 2007 disclosed the method,

---

[1] The Asserted HE Claims each recite a "method limitation" of administering rifaximin to maintain remission or reduce the risk of HE recurrence or a breakthrough overt HE episode. Tr. 51:6-17, 205:10-19; JTX11 at 92:6; JTX19 at 91:47-48; JTX22 at 54:8-9. Each Asserted HE Claim recites a "dosage limitation" of administering "about 1000 mg to about 1200 mg of rifaximin daily." JTX11 at 92:8-9; JTX19 at 92:17-18; JTX22 at 54:10-11; Tr. 207:8-24. Claim 8 of the '573 patent, claim 6 of the '195 patent, and claim 11 of the '397 patent further recite dosing 550 mg twice-per-day ("BID"). Tr. 207:8 24; JTX11 at 92:22-23; JTX19 at 92:30-31; JTX22 at 54:36-37. Each Asserted HE Claim recites a "duration limitation" of administering rifaximin "for a period of 12 months or longer." JTX11 at 92:9; JTX19 at 92:18-19; JTX22 at 54:11-12; Tr. 208:13-21. Claim 12 of the '397 patent recites a "lactulose limitation" of "further . . . administering lactulose." JTX22 at 54:38-39; Tr. 209:13-17. Claims 11 and 12 of the '397 patent recite a "Conn score limitation" of administering rifaximin "wherein the subject has a Conn score of 0 or 1," JTX22 at 54:12 13; Tr. 210:3 10, and claim 8 of the '573 patent recites a "Conn score limitation" where "remission is defined as a Conn score of 0 or 1," JTX11 at 92:24-25; Tr. 210:3-10.

dosage, and Conn score limitations of the Asserted HE Claims.  Tr. 206:2-8, 208:3-12, 210:17-23; DTX390-1, 3, 3 tbl. 2; *see also* JTX47.  The duration and lactulose limitations were common knowledge.  Tr. 209:2-7, 209:22-210:2; *e.g.,* JTX109 at S176; JTX90 at 203-04; JTX42 at 598, 607; JTX95 at 274, 280; JTX136 at 17-18; *see also* Tr. 206:17-207:1; *supra* at I.B.1.

### D.   A POSA Would Have Had Motivation to Combine the Prior Art

34.   A POSA would have been motivated to combine the Bausch HE Study with the Salix Presentation, and Leevy 2007 with common knowledge, based on (1) teachings, suggestions, or motivations in the prior art; (2) the combination of prior art elements according to known methods; and (3) the simple substitution of an element in one reference for an element in another.  Tr. 211:4-212:8, 219:18-221:15.

35.   A POSA would have known that HE accompanies liver disease, which is a chronic condition that often requires long-term therapy for 12 months or longer.  Tr. 212:15-18; JTX42 at 606-08; JTX90 at 203; JTX95 at 281; JTX109 at 1-2.  The goal of treating HE is to improve quality of life by putting patients into remission and preventing any additional episodes of HE.  Tr. 155:2-156:11, 212:15-24, 220:25-221:7; JTX90; DTX660.

36.   A POSA would have been motivated to adjust, as routine optimization, the 1200 mg daily dose that was dosed in a 200 mg tablet in the Salix Presentation to treat HE.  Tr. 212:25-213:2.  Dosage adjustment reduces pill burden and increases patient compliance.  Tr. 213:7-18, 221:8-15, 134:9-19, 137:9-138:3.  Nothing suggested that 550 mg of rifaximin BID would be any less effective than 400 mg TID.  Tr. 213:17-21, 140:22-141:19.

37.   Salix offered no evidence that 1100 mg per day is any less effective than 1200 mg per day.  *See* Tr. 137:9-138:3, 141:6-16, 189:4-10, 213:14-18; DTX561-4 (Salix stating to FDA that 1100 mg "is considered to be approximately therapeutically equivalent to 1200mg/day").

38.   A POSA would have been motivated to develop a method involving

administering both rifaximin and lactulose.  Tr. 213:19-21.  Puxeddu disclosed combining lactulose and rifaximin, and that they have a synergistic effect in reducing ammonia-producing flora.  Tr. 214:1-7.  Shah also disclosed using lactulose with rifaximin.  *Id.*

39.     A POSA would have been motivated to develop a method of maintaining remission in patients with a Conn score of 0 or 1.  Tr. 214:8-11.

40.     Combining the Bausch HE Study's administration of 550 mg of rifaximin BID and with the Salix Presentation's use of rifaximin for 12 months or longer represents combining prior art elements according to known methods.  Tr. 214:18-215:5.

41.     Combining the Bausch HE Study and the Salix Presentation represents a simple substitution because the Bausch HE Study disclosed use of rifaximin for 6 months or longer, the Salix Presentation disclosed use for 12 months or longer, and Neff disclosed administration for durations ranging from 6 months to 12 months or longer.  Tr. 215:12-19.  A POSA would have similarly been motivated to combine Leevy 2007, which disclosed rifaximin use for 6 months or longer, with common knowledge use for 12 months or longer.  Tr. 220:8-14.

42.     Combining Leevy 2007 with common knowledge to arrive at the Asserted HE Claims reflects combining prior art elements according to known methods.  Administration for 12 months or longer found in common knowledge, such as Neff and Mantry, simply extends the duration of the method disclosed in Leevy 2007.  Tr. 220:8-14.  Using 550 mg BID rather than 400 mg TID, as disclosed in Leevy 2007, would have been routine optimization.  Tr. 213:9-13.

43.     Leevy 2007 described administering 1200 mg rifaximin daily for 6 months or longer to HE patients, and a POSA would have been motivated to simply substitute in the more than 12 month duration in the common knowledge to arrive at the Asserted HE Claims.  Tr. 208:6-12, 220:8-14.

44.     A POSA would have been motivated to use the common-knowledge 550 mg BID dosing rather than the 400 mg TID dosing of Leevy 2007 to improve compliance.  Tr. 221:8-15.

### 1. Concern about antibiotic resistance would not have overcome a POSA's motivation to combine the prior art references

45.     Antibiotics are one of the most frequently prescribed medicines, despite the potential for antibiotic resistance to develop.  Tr. 196:15-23, 289:21-24, 290:10-291:19, 311:23-312:3, 313:14-23.

46.     Bacteria exposed to antibiotics do not always become resistant over time.  Tr. 289:8-9, 14-20.  Whether resistance develops depends on the bacteria exposed, antibiotic concentration, and circumstances of exposure.  Tr. 289:6-18; 314:12-18; 315:5-11.

47.     The potential for antibiotic resistance is not the only (or most important) factor doctors consider when prescribing an antibiotic; rather, they balance the potential benefits against the risks.  Tr. 289:19-290:17.  Before 2008, a POSA would have used all available information to guide treatment decisions, and understood that the benefits of prescribing rifaximin to HE patients long term outweighed the risks of potential antibiotic resistance.  Tr. 179:2-11, 195:25-196:9, 200:19-201:10, 298:24-299:3.

48.     Clinical resistance is an antibiotic's loss of efficacy against bacteria causing the disease or infection meant to be treated or prevented.  Tr. 178:13-18; 291:2-6.  Superinfections, or resistant pathogenic infections, can develop elsewhere in the body if antibiotic treatment for an infection in another part of the body causes resistant bacteria to emerge.  Tr. 291:7-16.

49.     A POSA as of 2008 would consider an antibiotic's properties in deciding whether to prescribe it and would have known that rifaximin is broad spectrum and has poor absorption.  Tr. 291:17-292:9; DTX672-1.  A POSA would have known that rifaximin is an ideal antibiotic due to properties resulting in a low risk of resistance.  Tr. 222:3-4, 292:20-23, 316:5-12.

50.     Because rifaximin is broad-spectrum, it affects growth and metabolic activity of many of the 1000 species of colonic bacteria, which in turn reduces production of ammonia and other toxic metabolites.  Tr. 292:10-19, 301:11-13, 304:9-13.

51.     Because rifaximin is poorly absorbed, "fecal levels after oral administration of [rifaximin] range between 4,000 and 8,000 μg per gram of stool, which is 160-250 times higher than the $MIC_{90}$" for various colonic bacteria.  DTX672-3; *see also* Tr. 294:9-24, 295:23-296:8; 300:22-25. 301:18-24; JTX89 at 265.

52.     Before 2008, it was known that "[b]eing virtually non-absorbed, [rifaximin's] bioavailability within the GI tract is rather high with intraluminal and fecal drug concentrations that largely exceed the MIC values observed in vitro against a wide range of pathogenic organisms."  DTX672-9.  It was known that only growing bacteria can acquire resistance-conferring mutations and that such high concentrations of rifaximin in the colon vastly exceed the MICs required to stop colonic bacteria from growing.  Tr. 295:12-20, 296:6-8.

53.     It was known by October 2008 that there is a lack of clinically significant resistance from long-term administration of rifaximin.  Tr. 299:16-25.

54.     A POSA also would have concluded that there was a low risk of clinical resistance because over 1000 species of bacteria compete for limited nutrients in the colon and thus, their growth rate is slow.  Tr. 296:12-21.  A POSA would have understood that slow growth reduces the probability that resistance to an antibiotic will develop.  *Id.*

55.     A POSA would not have been concerned about a risk of superinfections when prescribing rifaximin long term to treat HE because the risk of resistance developing is low, and even if a superinfection developed elsewhere in the body, many other antibiotics were available that could have been used to treat that infection.  Tr. 296:22-297:8.

56.     If rifaximin-resistant organisms emerge, other antibiotics are very effective against them.  Tr. 297:11-15, 298:6-9.  For example, if rifaximin-resistant *C. difficile* emerged, there would not have been a significant risk to the individual or community because the infection would have been treated with vancomycin and metronidazole.  Tr. 297:9-23, 298:2-10.

57.     All of the studies that Dr. DuPont relied on in his report as showing resistance were done either partially or completely in vitro.  Tr. 300:1-6.  In vitro studies do not show that a POSA would have expected rifaximin to cause antibiotic resistance in vivo because they are done in a test tube with a single bacterial strain, which grows much faster than bacteria in the colon.  Tr. 300:7-10, 300:18-21, 301:3-11, 302:24-303:22, 304:7-9; JTX89 at 264.

58.     Some of the studies Dr. DuPont relied on also had an in vivo component.  Tr. 305:18-22; PTX993; DTX162; DTX366.  Although these studies reported some rifaximin resistant bacteria, a POSA would not have been concerned because none of the studies reported any clinical resistance or superinfections.  Tr. 305:22-306:6.

59.     Off-label use of medicines, including rifaximin for HE, was a common practice. Tr. 169:23-170:9, 195:6-19.  For example, metronidazole was used off-label to treat HE.  Tr. 196:11-14.  Long-term use of antibiotics like metronidazole and neomycin was also common for HE, despite their serious side effects of deafness, renal failure, and permanent peripheral neuropathy.  Tr. 157:18-158:6; JTX136 at 17.  It was known that unlike these antibiotics, rifaximin is not systemically absorbed and is therefore safe for long-term use in liver disease patients.  Tr. 159:1-14; JTX95 at 280.  It also was known that rifaximin, unlike lactulose, has no significant side effects and is well tolerated.  Tr. 167:3-6, 177:22-178:4; *see also* Tr. 80:17-24.

E.     **A POSA Would Have Had a Reasonable Expectation of Success**

60.     A POSA would have had a reasonable expectation of success in combining the Bausch HE Study with the Salix Presentation, as well as Leevy 2007 with common knowledge,

to arrive at the claimed methods.  Tr. 216:2-14, 221:21-222:6.

61.     For example, a POSA would have had a reasonable expectation of success in developing the claimed methods because they reflect the use of a known, effective treatment of HE according to a known dosing regimen.  Tr. 216:2-14.  The claimed methods also reflect the known administration of rifaximin for 12 months or longer.  *Id.*; JTX90 at 203; DTX660-11; JTX109 at 1-2; JTX111 at 4544; JTX137 at 1.  A POSA further would have had a reasonable expectation of success in administering lactulose with rifaximin given the known synergistic effect of the two drugs.  Tr. 216:2-14, 217:17-218:9, 222:3-6; JTX95 at 280; JTX136 at 18.  A POSA would have had a reasonable expectation of success in developing a method of maintaining remission of HE as it was known that rifaximin could be administered to patients with a Conn score of 0 or 1.  Tr. 218:15-219:1; DTX52; DTX660; DTX390.

62.     A POSA would have expected that 1100 mg of rifaximin per day would be at least as safe and effective as 1200 mg of rifaximin per day for HE.  Tr. 216:2-14; *see also* Tr. 141:6-19; DTX561-4.  Salix knew well before 2008 that 1200 mg was a standard dose for HE. DTX532-6; DTX540-3-4; DTX535-6.  A POSA also would have reasonably expected that one 550 mg tablet BID would be at least as effective as two 200 mg tablets TID.  Tr. 134:9-19, 137:9-138:3, 140:15-141:2.  It was known that rifaximin administered daily for a duration of 12 months or longer is effective for HE.  Tr. 216:7-14; *see also* Tr. 217:2-16; PTX1108 at 588.

63.     A POSA would have had a reasonable expectation of success in using the Bausch HE Study to guide their practice because it is a Phase III clinical trial.  Tr. 200:22-202:10.

64.     The knowledge in the art as of 2008 was more than enough for a POSA to have a reasonable expectation of success.  *E.g.*, Tr. 152:3-6, 217:11-16, 227:24-228:9, 229:17-21, 299:4-25; JTX137 at 2; DTX660-11.

65.     A POSA would have had a reasonable expectation of success in developing a method of maintaining remission of HE patients with a Conn score of 0 or 1 because the Bausch HE Study and Leevy 2007 disclosed using rifaximin in patients in remission, and the Salix Presentation disclosed using 1200 mg rifaximin daily for up to 12.5 months.  Tr. 218:17-219:1.

66.     This is further supported by real-world evidence of the increasing use of rifaximin for the treatment of HE.  Tr. 219:5-18; DTX540-3.

67.     A POSA would have had a reasonable expectation of success in combining Leevy 2007 with common knowledge to arrive at the claimed methods because they would have been using a known, effective treatment of HE.  Tr. 221:21-222:6.

**F.     Written Description**

68.     A POSA would not understand that the inventors had possession of the full scope of the asserted claims due to a lack of written description.  Tr. 233:15-23.

69.     There is no recitation of lactulose in claim 8 of the '573 patent, claim 6 of the '195 patent, or claim 11 of the '397 patent.  *See* Tr. 209:13-17.  Figure 29 in both the '573 and '195 patents disclosed lactulose use in 91% of patients in the placebo-treated and rifaximin-treated arms.  Tr. 231:23-232:6; JTX11 at Fig. 29; JTX19 at Fig. 29; JTX22 at 17:41.  The '397 patent disclosed lactulose use was optional.  *Id.*

70.     The '573 and '195 patent specifications disclosed that the differences in treatment effect could not be assessed in patients not using lactulose concomitantly, and the '397 patent specification did not disclose any differences in treatment effect between those taking lactulose with rifaximin and those that took rifaximin alone.  Tr. 232:14-233:2; JTX11 at 35:65-67, 46:55-59; JTX19 at 35:60-62, 47:20-24.

71.     The Asserted HE Patents do not disclose the efficacy of rifaximin alone or that any patient administered rifaximin without lactulose achieved the claimed results.  Tr. 233:3-9.

15

## II.     THE ASSERTED IBS-D CLAIMS ARE INVALID

### A.     The Asserted IBS-D Claims Are Invalid as Obvious

72.     Irritable bowel syndrome ("IBS") is a syndrome characterized by symptoms including abdominal pain, bloating, frequency, urgency, gas, and changed bowel habits, such as diarrhea, constipation, or alternating diarrhea and constipation.  *E.g.*, Tr. 618:23-620:2.

73.     Subtypes of IBS include IBS with diarrhea (IBS-D), IBS with constipation (IBS-C), or IBS with alternating diarrhea and constipation (IBS-A).  Tr. 622:9-623:1.

74.     IBS may be caused, for example, by abnormal motility, abnormal muscular coordination, changes in the microbiome in the colon or small intestine, intolerance to certain foods, or psychological factors.  Tr. 618:23-620:2.

75.     Physicians are responsible for diagnosing and treating IBS patients and prescribing medication for the same.  Tr. 612:15-613:14.

76.     A person of ordinary skill in the art would have had a medical with training in gastroenterology or sufficient experience in treating IBS.  Tr. 612:15-613:14.

77.     JTX40 (Di Stefano). JTX132 ('608 patent), JTX133 ('053 patent), DTX582, PTX752 (Pimentel Book), DTX892 (Yang), JTX53 (Pimentel 2006), DTX340 (RFIB 2001 Protocol), JTX38 (Cuoco), JTX71 (Barrett), JTX64 (Viscomi 2005), JTX69 (Lin 2006), DTX384 (Lauritano), and JTX60 (Scarpellini) are prior art to the IBS-D Patents.  UF ¶¶ 130-131, 136.

78.     Small intestine bacterial overgrowth ("SIBO") is a condition whereby the bacteria in the small bowel is excessive and can cause the symptoms of IBS.  Tr. 615:6-24.

79.     Di Stefano disclosed that rifaximin, 400 mg TID for 7 days, normalized bacteria and was "a safe drug for the short-term treatment of [SIBO].  JTX40 at ; Tr. 615:24-617:8.

80.     "Rifaximin exerts broad antibacterial activity [ ] in the gastrointestinal tract against localized gastrointestinal bacteria that cause . . . [IBS and SIBO]."   JTX9 at 6:28-32.

**1.  As of February 2008, Use of Rifaximin to Treat IBS-D Was Known**

81.    In 1999, Dr. Mark Pimentel filed a patent application, which issued as U.S. States Patent No. 6,861,053 ("the '053 patent") and was the priority application for U.S. States Patent No. 7,718,608 ("the '608 patent") (the "Pimentel Patents").  JTX132; JTX133; Tr. 617:1-21.

82.    The '053 patent claims a method of "treating [IBS] comprising . . . at least partially eradicating [SIBO] to treat the [IBS] . . . wherein at least partially eradicating [SIBO] further comprises administering [rifaximin]."  JTX133 at -3307-3308; Tr. 617:14-620:2.

83.    The '608 patent claims a method of "treating a subject suffering from [IBS], comprising administering rifaximin to the subject . . ."  JTX132 at -3284; Tr. 620:3-621:9.

84.    The Pimentel Patents covered using rifaximin to treat IBS-D.  Tr. 622:9-623:8,

85.    The IBS-D subtype comprises about one-third of IBS patients.  Tr. 622:21-623:1.

86.    In 2002, Dr. Pimentel approached Lorin Johnson about developing rifaximin for an IBS indication.  Tr. 127:16-128:19.

87.    Salix licensed the Pimentel Patents.  Tr. 129:13-16.

88.    The Xifaxan Label lists the Pimentel Patents for the IBS-D indication.  JTX74 at 4887; Tr. 549:25-550:3.

**a.    Rifaximin Had Been Used to Treat IBS-D in the U.S.**

89.    Xifaxan 200 mg tablets became available in the U.S. in 2004.  UF ¶ 9.

90.    Prescription data showed that 27.7% of Xifaxan 200 mg tablet uses (more than 50,000) in November 2007 had been for IBS.  DTX349-130; Tr. 832:2-833:23.

91.    As of January 2008, 74% of gastroenterologists polled by Salix had "personally prescribed Xifaxan" for IBS.  DTX349-89; Tr. 832:2-833:23.

92.    As of January 2008, 56% of "physicians who dose Xifaxan" for IBS had used TID dosing and more than 62% had prescribed the drug to be taken for 10-14 days or longer.

DTX349-131; Tr. 834:3-835:22.

93.    Plaintiffs' expert, Dr. Philip Schoenfeld, prescribed rifaximin, 400 mg three times per day for 10 days, to IBS-D patients in 2007.  Tr. 547:21-548:1.

94.    Patients' use of rifaximin for IBS-D was not subject to an obligation of confidentiality.  Tr. 598:14-599:4; 628:12-16.

95.    Physicians would have been able to discuss anonymized uses of rifaximin for IBS-D.  Tr. 141:20-144:3; 597:9-598:13; 628:6-11; 845:12-22.

                    i.    *Prior Clinical Uses by Dr. Pimentel and Colleagues*

96.    In November 2005, Dr. Pimentel disclosed that his group had used rifaximin to treat "probably about 900 [IBS] patients."  Tr. 597:9-598:13, 627:7-628:5; DTX582-4, 5.

97.    Dr. Pimentel had prescribed rifaximin, 400 mg TID for ten days, to treat IBS patients for at least six months by November 2005.  DTX582-7; Tr. 598:2-13.

98.    Dr. Pimentel stated that "nearly 50 percent of the GI's on the West Coast" had used antibiotics, including rifaximin, to treat IBS.  DTX582-8; Tr. 597:9-598:13.

99.    In 2006, Dr. Pimentel published a book – A New IBS Solution, Bacteria – the Missing Link in Treating Irritable Bowel Syndrome, which taught that rifaximin was a safe and effective, non-absorbed antibiotic for treating IBS-D.  PTX752-486, 487; Tr. 623:25-624:21.

100.    Pimentel Book disclosed protocol for treating IBS-D using rifaximin.  PTX752-504; Tr. 624:18-626:2, 845:23-847:6.

101.    The '569 patent cites Yang, which was published online in 2007, as support for using rifaximin in the retreatment of IBS.  JTX9 at 20:59-64; DTX892.

102.    Yang disclosed a retrospective study of 84 IBS patients treated at Cedars-Sinai in California between July 1, 2004 and October 31, 2005.  DTX892-2; Tr. 629:17-630:4.

103.    Yang taught that 69% of IBS patients had a "clinical response" to rifaximin

administered, 400 mg TID for 10 days, and that rifaximin provided a response that was superior to conventional antibiotics.  DTX892-2, 5; Tr. 630:5-19, 631:9-18.

104.    Yang reported an association between SIBO and the clinical response of IBS symptoms based on the normalization of gut bacteria.  DTX892-2; Tr. 630:7-19.

105.    Yang also disclosed that IBS patients had been re-treated with rifaximin with no evidence of clinically relevant resistance, and taught that "[u]nlike conventional antibiotics, retreatment with rifaximin is universally efficacious, suggesting a lack of bacterial resistance development."  DTX892-2,5; Tr. 630:20-632:2.

106.    Yang taught that "The current standard of treatment for SIBO is empiric therapy with broad spectrum antibiotics."  DTX892-2; Tr. 633:2-18.

107.    Pimentel 2011 disclosed a retrospective study based on medical records of IBS-D patients treated with rifaximin between 2007 and 2011, and further disclosed that some patients had been prescribed rifaximin as early as 2004.  DTX496-1, 2; 633:19-634:12.

108.    Dr. Pimentel provided the anonymized medical record database ("Pimentel Database") supporting Pimentel 2011 to Salix.  DTX700; Tr. 606:21-607:8; 634:13-25.

109.    The Pimentel Database corroborates that rifaximin had been prescribed and used by patients before February 26, 2008, including, for example, uses by a 74 year old patient in October 2005 and a 79 year old in March 2007, each of whom achieved a global improvement of symptoms.  DTX700 at rows 474, 486; Tr. 634:13-635:22.

ii.    *Prior Uses by Weinstock and Jolley*

110.    In February 2006, Dr. Leonard Weinstock disclosed using rifaximin, 1,800 mg per day for 14 days, to treat an IBS patient to Salix's Bill Forbes, and identified the "ninety percent global symptom response" as a "real highlight."  DTX227; Tr.  141:20-144:3.

111. Weinstock published a retrospective study based on medical records disclosing the use of rifaximin, 800 mg – 1800 mg per day for 10-14 days, to treat non-constipation IBS patients having suspected SIBO between 2005 and 2011. DTX858-1; Tr. 640:6-21.

112. Dr. Weinstock provided the anonymized medical record database supporting his publication to Salix. DTX38; Tr. 641:16-642:2, 642:15-643:1, 643:19-644:9.

113. This database corroborates that rifaximin had been prescribed and used by non-constipation IBS patients before February 26, 2008, including, for example, the use of rifaximin, 1800 mg per day for 14 days, by a 72 year old IBS-D patient in August 2006 who achieved a "very good response." DTX38 at row 14; Tr. 644:10-645:13.

114. Dr. Jolley published a retrospective study of IBS-D patients who had used rifaximin in the U.S. between October 2006 and July 2006. DTX368; Tr. 645:1-646:12.

115. Jolley disclosed that patients first received rifaximin, 1200 mg per day for 10 days, and that patients who did not sufficiently respond had received a second course of rifaximin, 2,400 mg per day for 10 days. Tr. 646:13-21; DTX368-1, 2; Tr. 646:13-21.

116. Jolley disclosed that about half the patients achieved clinical resolution of symptoms after one course of rifaximin, and about half of the patients who received a second course of higher dose rifaximin responded to treatment. Tr. 646:23-647:9; DTX368 at Fig. 3.

117. Based on the prior uses disclosed by Jolley, a POSA would recognize that some patients required a higher dose to treat clinical symptoms of IBS-D. Tr. 647:10-17;

118. Each prior use of rifaximin by an IBS-D patient before February 26, 2008, as corroborated by Pimentel 2011, DTX700, Weinstock, DTX38, is prior art to the IBS-D Patents. Tr. 647:18-648:7.

### 2. Pimentel 2006 (JTX53) and the RFIB 2001 Protocol (DTX340) Disclose The Limitations of the Asserted IBS-D Claims

119.     Pimentel 2006 disclosed a trial "to determine whether the nonabsorbed antibiotic rifaximin is more effective than placebo in reducing symptoms in adults with IBS." and the "primary outcome was global improvement in IBS." JTX53 at 4158; Tr. 648:8-649:5.

120.     Pimentel 2006 disclosed that "patients between 18 and 65 years of age who met Rome I criteria were eligible" and that patients were administered "400 mg of rifaximin 3 times daily for 10 days or a matching placebo." JTX53 at 4159; Tr. 648:8-21, 649:18-25.

121.     Pimentel 2006 taught that "rifaximin resulted in statistically greater global improvement in IBS than placebo," and that "[i]mprovements were sustained through 10 weeks of follow-up" after only 10 days of treatment  JTX53 at Fig. 2, 4163; Tr. 650:7-651:10.

122.     The RFIB 2001 Protocol taught a study protocol designed to administer rifaximin, 550-2,220 mg per day for 14 days, for the treatment of IBS-D.  DTX340-5; Tr. 653:21-654:8.

123.     The RFIB 2001 Protocol compared rifaximin, 550 mg BID for 14 days, to placebo "in providing adequate relief from [IBS-D] symptoms." DTX340-7; Tr. 654:9-19.

124.     As a secondary outcome measure, the RFIB 2001 Protocol disclosed "evaluat[ing] the durability of response over a 12-week Post-treatment Phase in Subjects with [IBS-D] who achieved a response during the acute Treatment Phase of the study." DTX340-7; Tr. 654:20-24.

125.     The RFIB 2001 Protocol enrolled patients "18 years of age or older," which a POSA would understand to have included persons older than 65.  DTX340-8; Tr. 654:25-655:8.

126.     On September 5, 2007, Salix announced (the "RFIB 2001 Press Release") the successful completion of its RFIB 2001 Study, and disclosed that "[t]op-line results of this study demonstrate that . . . a 14-day course of rifaximin at 550 mg twice-a-day, provides a statistically significant improvement in both adequate relief of dIBS symptoms and adequate relief of

bloating, compared to placebo." DTX657-4; Tr. 656:12-657:10.

127. The RFIB 2001 Press Release stated that the results provided additional evidence of a link between IBS-D and SIBO, which provided a "solid rationale" to develop rifaximin for IBS-D. DTX657-4; Tr. 657:15-658:10.

128. A POSA would have understood that, based on the RFIB 2001 Press Release, rifaximin was "shaping up to be a very effective drug to treat IBS-D." Tr. 658:11-15.

129. The RFIB 2001 Press Release was published before February 26, 2008 and is prior art to the IBS-D Patents. DTX657-3, 4; UF ¶ 130; Tr. 656:12-20.

### 3. Cuoco (JTX38) and the RFIB 2001 Protocol (DTX340) Disclose The Limitations of Claim 2 of the '569 Patent.

130. Cuoco was published in 2006 and is entitled "[SIBO] in [IBS]: a retrospective study with rifaximin." JTX38.

131. Cuoco disclosed that 23 patients having a SIBO diagnosis (positive glucose breath test) had been administered rifaximin 1200 mg for 14 days, and returned for a follow-up four to five months after finishing therapy. JTX38 at 3976; Tr. 659:12-660:25.

132. A POSA would understand that the 1200 mg/day taught by Cuoco would have been divided and taken once, twice, or three times daily. Tr. 651:7-24.

133. Cuoco reported a significant reduction in the number of patients having IBS symptoms 4-5 months after treatment, and that 12 of 23 patients had "complete resolution of IBS symptoms." JTX38 at 3976; Tr. 659:12-660:25.

134. Cuoco disclosed "a statistically significant decrease of each symptom was observed" wherein "the average score of the irregular [bowel] movements and diarrhea decreased . . . and a similar trend was observed for . . . abdominal pain." *Id*.

135. Cuoco further taught a significant reduction in the number of patients having a

positive breath test for bacterial overgrowth 4-5 months after treatment.  *Id.*

### 4. Barrett (JTX71) and the RFIB 2001 Protocol (DTX340) Disclose The Limitations of Claim 3 of the '667 Patent.

136.    Barrett published in 2006 and disclosed administering rifaximin, 400 mg TID, for 1-5 months to IBS-D or -A patients, 21-73 years of age.  JTX71 at 112; Tr. 638:12-639:8.

137.    Barrett disclosed that "rifaximin use resulted in complete resolution of clinical symptoms in 4 patients, with no IBS relapse (follow-up, 1 to 6 months), and that "partial symptom improvement was observed in 4 patients, 3 of whom were treated for an additional 2 months with rifaximin 400 mg three times daily cycle therapy (2 weeks on / 1 week off [ ]) which resulted in a 50% to 70% improvement from baseline."  JTX71 at 1,2; Tr. 639:9-640:5.

### 5. Motivation to combine the prior art

138.    A POSA to combine Pimentel 2006, Cuoco, or Barrett with the RFIB 2001 Protocol to use rifaximin to improve the treatment of IBS-D.  Tr. 662:16-663:9, 668:9-25.

139.    The prior art taught that rifaximin was a safe and effective antibiotic with no evidence of clinically relevant antibiotic resistance.  JTX892; *supra* ¶¶ 105, 126-128.

140.    The prior art taught that rifaximin had demonstrated efficacy in treating IBS and IBS-D with a sustained post-treatment benefit.  JTX53; Tr. 667:7-668:7; *supra* ¶¶ 121, 133, 135.

### a. Motivation to adjust rifaximin dose.

141.    Pimentel 2006, Cuoco, or Barrett combined with the RFIB 2001 Protocol taught a rifaximin dose range, 1100 mg to 2200 mg per day for 10-14 days, to treat IBS-D.  E.g., Tr. 655:20-656:11.

142.    A POSA would have been motivated to improve the treatment of IBS-D by adjusting the rifaximin dose within the known range  Tr. 662:16-663:9, 668:9-25.

143.    Jolley had increased the dose of rifaximin (1200 mg to 2400 mg) to achieve a

better response in IBS-D patients before February 2008.  Tr. 647:10-17; *Supra* ¶ 117; DTX368.

144.    Viscomi disclosed a method of treating "bowel related disorders," including IBS, by administering rifaximin."  JTX64 at ¶ 0198; Tr. 670:5-10.

145.    Viscomi taught that "an exemplary dosage range is from 100 to 1800 mg per day," and that the "dosage levels and time course of administration of" "may be varied so as to achieve the desired therapeutic response . . ."  JTX64 at ¶ 0246; Tr. 670:11-18.

146.    Lin 2006 taught that, "[t]o achieve the goal of eradication of SIBO, antibiotics may be used," and that a "typical dose of rifaximin" is "about 400 mg three times a day (TID) for about 10 days."  JTX69 at 4515; Tr. 670:25-671:7.

147.    Lin 2006 disclosed "it has been shown that SIBO is among the explanations, if not the only explanation for IBS."  JTX69 at 4515.

148.    Lin 2006 also taught that "Fatigue is [ ] identified as one of the top four problems by patients with IBS," and that "fatigue and gastrointestinal symptoms are so widely shared that up to 92% of [chronic fatigue syndrome (CFS)] patients having IBS."  JTX69 at 4519.

149.    Lin 2006 disclosed that "CFS may be treated by at least partially eradicating bacteria overgrowth in the patient," and that "[a]bout 400 mg to about 600 mg of rifaximin may be administered TID for about 10 days."  JTX69 at 4520; Tr. 671:17-672:3

150.    A POSA would have been motivated to increase the dose of rifaximin in the known range to optimize the treatment for IBS-D.  Tr. 662:16-663:9, 667:7-668:25; *supra* ¶ 115.

151.    Pimentel 2006 taught that "[r]ecent data suggest that the optimal dosage of rifaximin may, in fact, be higher than that used in our study."  Tr. 667:7-668:25; JTX53 at 4163.

152.    Lauritano disclosed a dose-ranging study "to assess the efficacy as well as safety and tolerability of different doses of rifaximin for the treatment of SIBO," and evaluated a seven-

day course of rifaximin using 600 mg, 800 mg, and 1200 mg per day, each divided and administered as three daily doses.  DTX384-1; Tr. 664:5-23, 665:11-13.

153.    Lauritano taught that the higher 1200 mg/day dose "lead[s] to a significant gain in terms of therapeutic efficacy in small intestinal bacterial overgrowth eradication without increasing the incidence of side-effects."  DTX384-1; Tr. 664:24-665:10.

154.    Scarpellini disclosed a prospective study assessing the "efficacy, safety and tolerability of a rifaximin 1600 mg/day with respect to 1200 mg/day for small intestine bacterial overgrowth treatment."  JTX60 at 4297; Tr. 665:14-666:10.

155.    Scarpellini disclosed that rifaximin had been administered TID. JTX60 at 4297.

156.    Scarpellini taught that "a 1-week rifaximin course of 1600 mg∕day is associated to a significant higher [glucose breath test] normalization rate with respect to 1200 mg (82% vs. 61%) without changes in side effect profile, candidating as the best therapeutic scheme for SIBO at present."  JTX60 at 4301; Tr. 666:19-667:2.

157.    Scarpellini taught that "[r]ecent findings suggest that SIBO is highly prevalent in patients with irritable bowel syndrome (IBS) and that SIBO decontamination is associated to a significant improvement of IBS symptoms."  JTX60 at 4299.

158.    Scarpellini reported that 83% of the subjects in group 1 and 75% of subjects in group 2 had IBS, and 43% and 50% had IBS-D in each group.  JTX60 at 4300; Tr. 666:11-18.

159.    TID dosing of rifaximin was well-known.  *Supra* ¶¶ 79, 120, 136, 152, 155.

160.    A POSA would have been motivated to use TID dosing to maintain an effective concentration of rifaximin in the small intestine to control bacteria levels.  Tr. 672:4-23.

161.    A POSA would have been motivated to improve the use of rifaximin to treat IBS by using a larger tablet to reduce patients' pill burden and improve compliance.  Tr. 674:1-16.

162.     Salix developed a 550 mg rifaximin tablet because it was larger than Xifaxan 200 mg tablets and therefore reduce the number of tablets a patient would need to take.  Tr. 134:9-19.

### b.     Motivation to treat patients 65 years of age and older

163.     The prior art taught the use of rifaximin to treat a symptom of IBS-D in patients 65 years of age or older.  JTX71 at 1-2; DTX340-7; DTX657-4; *supra* ¶¶ 109, 113.

164.     A POSA would have understood that the RFIB 2001 Protocol had enrolled subjects older than 65 years based on the eligibility criteria.  Tr. 655:5-8.

165.     IBS-D patients older than 65 years had used rifaximin.  Tr. 678:14-21; JTX71.

166.     A POSA would have expected that the effect observed in IBS-D in patients 18-65 years old in Pimentel 2006 would apply to older patients.  E.g., Tr. 679:12-16; 680:13-681:13.

167.     A POSA would have been motivated to use rifaximin to treat IBS-D in patients 65 years of age and older.  *E.g.*, Tr. 676:24-677:20, 678:14-21.

### 6.     A POSA would have had a reasonable expectation of success

168.     As of February 2008, a POSA would have known that rifaximin had "approved in 23 countries and prescribed for greater than 20 years."  *E.g.*, Tr. 844:6-12.

169.     A POSA would have known that Xifaxan 200 mg tablets had been used off-label to treat IBS and IBS-D in the U.S. before February 2008.  *Supra* ¶¶ 89-93, 96-102,136-137.

170.     A POSA would have known that retrospective studies had disclosed the use of rifaximin to treat IBS and IBS-D.  *Supra* ¶¶ 102-105, 130-135, 136-137.

171.     A POSA would have also known that clinical trials showed that rifaximin was effective in treating IBS and IBS-D.  *Supra* ¶¶ 119-121, 126-127.

172.     A POSA would have recognized that the prior art link SIBO and symptoms of IBS-D for at least some patients, and would have reasonably expected that reducing gut bacteria would relieve IBS-D symptoms for those patients.  *Supra* ¶¶ 100, 104, 127, 133, 135.

173.    A POSA would have known that rifaximin had provided a sustained response for global IBS symptoms post-treatment.  JTX53; Tr. 667:7-668:7; *supra* ¶¶ 121, 133, 135.

174.    A POSA would have expected rifaximin to treat a symptom of IBS-D in patients 65 years of age and older.  Tr. 678:22-679:16; JTX71; JTX53; *supra* ¶¶ 109, 113, 125-126, 165.

**B.      Claim 2 of the '569 Is Invalid as Indefinite
          and for Lack of Adequate Written Description**

175.    The '569 patent describes "durability of response" as follows:

As used herein, "durability of response" includes for example, adequate relief of symptoms after removal of treatment, continuous adequate relief of symptoms after removal of treatment, or response that is greater than or superior to placebo response . . . The duration of response, may be, for example, 2 days, 7 days, two weeks, 3 weeks, 4 weeks, 12 weeks, between about 1 week and about 24 weeks or longer.  The response may be measured, for example using one or more of the methods outlined below, including, for example, a subject's subjective assessment of their symptoms or a healthcare provider's or caretaker's assessment of a subject's symptoms.

JTX9 at 11:44-57; Tr. 688:2-17.

176.    The '569 patent's description of a "durability of response," or "duration of response," is not tied to a specific medical condition or dosing regimen.  Tr. 688:10-16.

177.    The described "duration of response" is unlimited in time.  Tr. 688:2-9.

178.    The '569 patent describes administering rifaximin 550 mg TID for 14 days to treat IBS-D, but not "about 12 weeks of adequate relief of symptoms."  Tr. 687:17-688:1.

179.    Example 2 states that "A study (FIG. 3) is designed to evaluate the efficacy of a 14-day course of oral rifaximin at 550 mg TID in providing adequate relief from diarrhea-associated IBS (dIBS) symptoms over four weeks. . ."  JTX9 at 25:54-59; Tr. 685:15-686:7.

180.    "FIG. 3" comprises a generic clinical study design.  JTX9, Fig. 3.; Tr. 686:8-17.

181.    Figure 3 of the '569 patent does not report data, state a "durability of response," or specify administering rifaximin 550 mg TID for 14 days to IBS-D patients.  JTX9, Fig. 3.

182. As of February 26, 2008, Salix had not conducted a study that administered rifaximin, 550 mg TID day for 14 days, to any IBS-D patient. Tr. 829:15-830:21.

183. Original claim 74 of the application leading to the '569 patent recited a method for treating IBS-D "comprising administering1650 mg of rifaximin per day for 14 days to a subject in need thereof, wherein removing the subject from treatment after the 14 days results in a durability of response." Tr. 827:10-22; DTX753-50.

184. The PTO rejected original claim 74 as indefinite. DTX753-490; Tr. 828:4-829:1.

185. The patentee later amended original claim 74 to add the "wherein the durability of response comprises about 12 weeks of adequate relief of symptoms" limitation. Tr. 829:2-7.

186. Whether a patient has "adequate relief of symptoms" requires a subjective assessment of a patient's symptoms. Tr. 556:13-24, 689:11-13, 690:4-691:7.

187. "Adequate relief" lacks objective boundaries. Tr. 548:7-549:11, 690:4-691:7

188. A patient having a 30% improvement from baseline in abdominal pain, for example, may or may not have achieved "adequate relief of symptoms." Tr. 551:3-12.

189. The '569 patent distinguishes "adequate relief" from "continuous adequate relief," and "adequate relief" need not be "continuous" relief. Tr. 553:16-18, 691:17-692:8

190. The interval of time for which "adequate relief" must persist over the "about 12 weeks" period will vary from patient to patient. Tr. 554:8-551:1.

191. The '569 patent does not set forth an objective criteria for determining whether "adequate relief of symptoms" has been durable for "about 12 weeks." Tr. 689:11-690:3.

192. The criteria chosen to assess whether "adequate relief of symptoms" is durable over the "about 12 weeks" period necessarily affects the result. Tr. 554:8-551:1, 689:11-690:3,

## III. THE ASSERTED POLYMORPH CLAIMS ARE INVALID

### A. The Level of Ordinary Skill in the Art

193.    A POSA would possess a Ph.D. degree or its equivalent, in the fields of chemistry, physical science, or chemical engineering or a closely related discipline, with an understanding of the preparation, identification, and characterization of solid-state forms.  Tr. 860:9-861:1.  The POSA would also possess experience in conducting organic synthesis. Alternatively, significant practical experience may substitute for the Ph.D. degree.  *Id.*

### B. Cannata, Marchi, and the Normix Label

194.    Cannata issued in 1985 and disclosed crystalline rifaximin and methods of making it in at least Examples 1, 6, 7, and 9.  JTX37 at 5:21-36, Examples 1, 6, 7, & 9; UF ¶138; Tr. 862:6-13, 862:20-863:10, 863:19-864:17, 918:12-919:5 (Zaworotko), 948:15-21 (Myerson).

195.    Examples 1, 6, 7, and 9 of Cannata prepared crystalline rifaximin starting with rifamycin O and 2-amino-4-methyl-pyridine.  JTX37 at Examples 1, 6, 7, & 9; Tr. 863:19-864:7.

196.    Examples 1, 6, 7, and 9 of Cannata prepared crystalline rifaximin using the same crystallization solvent system, i.e., ethanol and water.  *Id.*

197.    Examples 1, 6, and 7 of Cannata used a 7:3 ratio of ethanol to water.  *Id.*

198.    Cannata disclosed that conventional crystallization techniques may be used to synthesize crystalline rifaximin, as exemplified in Examples 1 and 7 (slow evaporation), Example 6 (cooling), and Example 9 (slurry method).  JTX37 at 5:21-36, Examples 1, 6, 7, & 9; Tr. 863:2-10, 863:19-864:17, 918:12-919:5.  *See also* Tr. 943:10-944:10.

199.    Cannata disclosed that the rifaximin produced by Examples 1, 6, 7, and 9 have the same physicochemical characteristics.  JTX37 at Examples 1, 6, 7, & 9; Tr. 863:19-864:17.

200.    Cannata taught that rifaximin is suitable as a GI treatment because it is poorly absorbed and has "outstanding antibacterial properties."  JTX37 at 3:10-16; Tr. 862:20-863:18.

201. Marchi issued in 1982 and disclosed methods of preparing crystalline rifaximin. JTX48 at 4:10-26, Example 6; Tr. 865:10-866:12; UF ¶ 138.

202. Marchi disclosed that rifaximin had "remarkable" antibacterial properties and can be used as an "antibacterial agent[]" in pharmaceutical compositions with conventional pharmaceutically acceptable excipients or carriers. JTX48 at 4:27-33, 4:67 – 5:4, 5:14-40, 60-62, 6:6-31, Claims 10 and 11; Tr. 865:10-866:12, 868:20-869:3.

203. The Normix Label, publicly available in 2000, disclosed that rifaximin was an approved antibacterial drug in Italy in 1985. JTX94 at 5-7, 9; Tr. 867:10-868:5, 869:4-870:4.

204. The Normix Label disclosed a coated tablet comprising 200 mg of rifaximin and pharmaceutically acceptable excipients. JTX94 at 5, 7-8; Tr. 867:13-17, 869:10-870:4, 903:3-9.

### C. Claim 4 of the '199 Patent is Inherently Anticipated by Cannata

#### 1. "Rifaximin in Polymorphic Form β"

205. As described above, Cannata disclosed that Examples 1, 6, 7, and 9 produce crystalline rifaximin using conventional crystallization methods. JTX37 at 5:21-36, Examples 1, 6, 7, & 9; Tr. 862:20-863:10, 863:19-864:17, 918:12-919:5, 948:15-21.

206. Rifaximin β is the as-synthesized product of the crystallizations of Examples 1, 6, 7, and 9, before any other processing steps such as drying are done. Tr. 870:18-871:6. These examples do not describe any excessive drying steps after synthesizing rifaximin. Tr. 871:14-24.

207. Viscomi 2008 and Braga 2012, articles by the inventors, confirm that the "method of production of rifaximin" was disclosed in European Patent No. 161534, the counterpart to Cannata. JTX105 at 6404 n.3; JTX65 at 1074 n.29; Tr. 874:16-25. *See also* Tr. 872:16-874:2.

#### 2. "Water Content of Greater than 5%"

208. Water content is an inherent characteristic of a crystal form that can be determined by routine testing methods such as Karl Fischer (KF) or TGA. Tr. 871:14-872:5.

209.    Rifaximin prepared according to Examples 1, 6, 7, and 9 of Cannata necessarily would have a water content higher than 5% because Cannata does not disclose any post-crystallization drying step and thus would not be more than "partially dried." Tr. 871:14-24.

210.    Viscomi 2008 and Braga 2012 confirm that rifaximin β forms after partial drying and has a water content of 6% to 40%. JTX65 at 1074; JTX105 at 6404; Tr. 875:1-6.

211.    Viscomi 2008, particularly in Figure 4, discloses that drying rifaximin β to lower water contents produces rifaximin α (at less than 3% water) and rifaximin δ (at 4% - 6% water), and that rifaximin ε is derived from rifaximin δ by further drying. JTX65 at Fig. 4, 1074, 1076; Tr. 876:5-877:18, 923:17-925:1. Exposing rifaximin α, δ, or ε to moisture (e.g., humidity) can transform the sample to rifaximin β. *Id.*; JTX65 at Tables 2 and 3; Tr. 877:19-878:22.

212.    Rifaximin β is the most stable crystalline form of rifaximin under ambient temperature and humidity conditions. Tr. 877:13-18, 878:17-19.

213.    The Viscomi Declaration admitted that "[r]ifaximin prepared according to the old patents US '866 [Cannata] and US '785 [Marchi]" resulted in "mixture of polymorph (alpha and beta, and in some case alpha and epsilon) or different polymorphs," e.g., rifaximin α, δ, and ε. JTX80 at ¶ 7; Tr. 879:2-880:8, 929:3-24, 968:15-969:13, 970:10-971:13.

214.    The Viscomi Declaration discloses that rifaximin samples transformed between crystalline forms, including, e.g., mixtures with rifaximin β. JTX80 at ¶ 8; Tr. 880:9-19.

215.    Rifaximin α, δ, and ε could not have been produced without first forming rifaximin β as a direct or indirect precursor. Tr. 880:20-881:1, 921:24-922:6.

216.    Bacchi 2008 discloses the single crystal of rifaximin tetrahydrate (identified as RX4 in Bacchi 2008 and β4 in Braga 2012), which was produced by "slow evaporation of a water-ethanol solution at room temperature." DTX43-4, -11; JTX105 at 6406; Tr. 881:2-883:3.

217.    The water content of RX4 was 8.4%.  JTX105 at 6404, Table 1; Tr. 881:2-18.

218.    Bacchi 2008 discloses that RX4 "is the so-called β rifaximin of the literature,"
i.e., Viscomi 2008.  DTX43-8; Tr. 882:14-24.  *See also* JTX105 at 6404, 6406.

### 3.    XRPD "Pattern Peaks at About 5.4°; 9.0°; and 20.9° 2θ"

219.    An XRPD peak pattern or profile is an inherent characteristic of a crystal form,
and found by routine XRPD experiment.  Tr. 883:21-884:13 (Zaworotko), 959:22-24 (Myerson).

220.    Viscomi 2008 discloses 12 characteristic XRPD peaks for rifaximin β, which
include the three claimed XRPD peaks: 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°, 14.4°; 17.1°;
17.9°; 18.3°; 20.9°.  JTX65 at Table 1, 1076; Tr. 884:23-885:13.

221.    The calculated XRPD for the single crystal rifaximin tetrahydrate disclosed by
Bacchi 2008 has the same 12 peaks disclosed by Viscomi 2008.  Tr. 885:14-886:16.

222.    Viscomi 2008, Braga 2012, Bacchi 2008, and the Viscomi Declaration confirm
that Examples 1, 6, 7, and 9 of Cannata necessarily produced rifaximin satisfying each and every
limitation of claim 4 of the '199 patent.  JTX65; JTX105; JTX80; DTX43; Tr. 872:6-15.

223.    Thus, Cannata expressly or inherently discloses each and every limitation of and
anticipates claim 4 of the '199 patent.  Tr. 859:22-860:3, 886:17-22.

### D.    The Asserted Polymorph Claims Are Obvious

### 1.    Claim 4 of the '199 Patent is Obvious.

224.    The disclosures of Cannata discussed above also demonstrate that claim 4 of the
'199 patent is obvious over Cannata in view of common knowledge.  Tr. 886:23-887:6.

225.    A POSA would have been motivated to evaluate rifaximin as a potential API
because Cannata and common knowledge disclosed that rifaximin had antibacterial properties
and low bioavailability.  JTX37 at 3:10-16; JTX94 at 6-7; Tr. 891:16-892:12.

226.    A POSA would have known that drug substances could form multiple crystal

forms, including, e.g., hydrates when the crystallization solvent system included water. DTX317-19; JTX54 at 182; Tr. 888:3-890:5.

227.    A POSA would have been known that rifampicin (a structurally similar compound), exhibited polymorphism and thus would have been further motivated to analyze the properties of rifaximin.  JTX52 at 471-72; JTX44 at 403-04; Tr. 890:6-891:14.

228.    A POSA would have had a strong motivation to characterize the crystalline rifaximin of Cannata because regulatory bodies encouraged, if not required, that the solid forms of a drug substance be well-characterized during drug development, including as to the properties of solubility, stability, and bioavailability.  DTX315-35; Tr. 892:13-894:7.

229.    A POSA would have been motivated to and had a reasonable expectation of successfully characterizing the crystalline rifaximin of Cannata using XRPD, the predominant method for identification of crystalline materials.  DTX315-38; 894:23-895:12.

230.    A POSA would have been motivated to and had a reasonable expectation of successfully analyzing the water content of the crystalline rifaximin of Cannata using routine and conventional tests such as KF or TGA.  DTX315-39; Tr. 895:13-896:10.

231.    A POSA would have been motivated to and had a reasonable expectation of successfully studying the effects of humidity on the rifaximin of Cannata because water absorption was known to potentially affect a hydrate's structure, composition, and thus solid-state stability and XRPD profile.  JTX34 at 132, 150; Tr. 896:11-898:18.

232.    A POSA would have been motivated to and had a reasonable expectation of successfully adjusting the water content of rifaximin by, e.g., drying the sample or using routine methods such as TGA or DVS to optimize its stability.  Tr. 898:12-899:18.

233.    A POSA would have been motivated to synthesize rifaximin using an ethanol and

water solvent system because it was disclosed by Cannata and recognized as safe for pharmaceutical manufacturing.  Tr. 887:7-18.  *See also* Tr. 971:16-972:22.

234.    A POSA would have had a reasonable expectation of success in preparing crystalline rifaximin β from ethanol and water based on Cannata's teachings.  Tr. 887:19-888:2.

235.    A POSA would be motivated to develop one crystalline form of rifaximin, i.e., rifaximin β, to reduce production costs and risk of a polymorphic transformation under normal temperature and humidity conditions.  Tr. 899:19-900:11, 900:23-901:8.

236.    A POSA would have a reasonable expectation of success in preparing rifaximin according to Cannata in view of the common knowledge that has the claimed XRPD profile and water content.  Tr. 901:9-15.

237.    Cannata in view of common knowledge discloses each and every limitation of claim 4 of the '199 patent.  Tr. 886:23-887:3.

### 2.    Claim 36 of the '206 Patent is Obvious.

238.    Cannata does not expressly teach a "solid pharmaceutical composition" comprising rifaximin β, but discloses oral administration of rifaximin, which a POSA would understand requires a conventional solid dosage form such as a tablet or capsule containing excipients.  JTX37 at 3:10-16; Tr. 901:23-902:8, 903:1-2.

239.    The Normix Label and Marchi disclosed "pharmaceutical compositions" comprising rifaximin and one or more pharmaceutically acceptable excipients.  JTX94 at 5, 7-8; JTX48 at 6:6-31, Claims 10 and 11; Tr. 902:9-15, 907:16-908:4.

240.    As discussed above, Cannata in view of common knowledge renders obvious the limitations of claim 36 of the '206 patent directed to (1) "rifaximin in polymorphic Form β," (2) "ha[ving] x-ray powder diffraction pattern peaks at about 5.4°; 9.0°; and 20.9° 2θ," and (3) "ha[ving] a water content of between about 4.5% to about 40%."  *See, e.g.*, Tr. 902:16-25,

904:5-905:18, 907:5-15, UF ¶ 105; JTX3 at claims 34 & 36.

241.    A POSA would have known that each excipient taught by the Normix Label was a "pharmaceutically acceptable excipient or carrier," as recited in claim 36 of the '206 patent, because each was listed in the Handbook of Pharmaceutical Excipients.  JTX45; Tr. 903:3-904:2.

242.    A POSA would have been motivated to use the rifaximin β of Cannata in an oral dosage form because Cannata taught oral delivery.  Tr. 892:4-12, 905:19-906:2, 908:7-11.

243.    A POSA would have been motivated to use the rifaximin of Cannata in the pharmaceutical compositions of either the Normix Label or Marchi to improve performance of those products, e.g., by improving the stability, efficacy, or bioavailability or reduce the manufacturing burden by using a more stable form of rifaximin.  Tr. 906:3-13, 908:12-17.

244.    A POSA would have a reasonable expectation of success in combining Cannata and the Normix Label or Marchi because it substitutes one form of rifaximin for another in a known pharmaceutical composition to achieve a predictable outcome.  Tr. 906:14-21, 908:18-25.

245.    Cannata in view of the Normix Label and common knowledge discloses each and every limitation of claim 36 of the '206 patent.

246.    Alternatively, Marchi in view of Cannata and common knowledge discloses each and every limitation of claim 36 of the '206 patent.  Tr. 907:1-4.

## E.    The Asserted Polymorph Claims Lack of Written Description

247.    Claim 4 of the '199 patent and claim 36 of the '206 patent each claim rifaximin β having XRPD peaks at 5.4°, 9.0°, and 20.9° 2θ.  UF ¶¶ 96, 105; Tr. 909:5-13.

248.    The specification of the '206 patent describes rifaximin β as characterized by twelve x-ray powder diffraction peaks located at the diffraction angles 2θ of 5.4°; 6.4°; 7.0°; 7.8°; 9.0°; 10.4°; 13.1°; 14.4°; 17.1°; 17.9°; 18.3°; 20.9°.  JTX3 at 5:64 – 6:3, 8:48-51; Tr. 909:14-24, 959:16-19.  The '199 patent is a continuation of the '206 patent and therefore its

specification contains substantially similar disclosures. UF ¶¶ 92, 98; Tr. 909:10-13, 910:7-11.

249. The 12 XRPD peak profile is for the species rifaximin β. Tr. 909:25-910:6.

250. The family lineage of the Polymorph Patents discloses the same 12 XRPD peak species, but not the claimed subset of three XPRD peaks (i.e., "about 5.4°; 9.0°; and 20.9° 2θ") recited in the Asserted Polymorph Claims. Tr. 910:18-911:14.

251. The Asserted Polymorph Claims encompass any crystalline form of rifaximin comprising the three recited XRPD peaks, even if a form lacked the nine additional peaks that "characterized" rifaximin β in the '206 patent specification. Tr. 909:14-910:6.

252. A POSA would not have understood the inventors to possess the claimed genus of three XRPD peaks based on the disclosure of a single species. Tr. 909:14-24, 910:12-17.

OF COUNSEL:
Matthew J. Becker
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landman
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC 20036
(202) 721-5417

Richardo S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-2000

Dated: April 28, 2022

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
Attorneys for Defendant