## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
(302) 658-9200
(302) 658-3989 FAX

**Cameron P. Clark**
(302) 351-9187
cclark@morrisnichols.com

June 16, 2022

The Honorable Richard G. Andrews            *VIA ELECTRONIC FILING and*
United States District Court                 *HAND DELIVERY*
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:   *Salix Pharmaceuticals, Ltd. et al. v. Norwich Pharmaceuticals Inc.*
             C.A. No. 20-430-RGA

Dear Judge Andrews:

      Enclosed are two thumb drives, each containing electronic versions of Plaintiffs' post-trial briefing and findings of fact with hyperlinks to the exhibits, transcripts, cases, and statutes cited therein.

1. Plaintiffs' Opening Post-Trial Brief on Infringement and Secondary Considerations (D.I. 174)

2. Plaintiffs' Proposed Findings of Fact on Infringement and Secondary Considerations (D.I. 175)

3. Plaintiffs' Answering Post-Trial Brief on Validity (D.I. 181)

4. Plaintiffs' Proposed Findings of Fact on Validity (D.I. 182)

5. Plaintiffs' Reply Post-Trial Brief on Infringement and Secondary Considerations (D.I. 186)

                                   Respectfully,

                                   */s/ Cameron P. Clark*

                                   Cameron P. Clark (#6647)

cc:   Clerk of Court (by hand delivery)
        All Counsel of Record (by e-mail)