IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD.; SALIX PHARMACEUTICALS, INC.; BAUSCH HEALTH IRELAND LTD.; ALFASIGMA S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. | C.A. No. 20-430 (RGA) |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., Bausch Health Ireland Ltd., and Alfasigma S.p.A. (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Federal Circuit from this Court's Final Judgment, dated August 10, 2022 (D.I. No. 193), together with all subsidiary rulings and decisions in this matter. Payment of the required fees are provided with this notice.

<div style="display: flex;">

<div>

OF COUNSEL:

Scott K. Reed
Steven C. Kline
Shannon K. Clark
Daniel A. Apgar
Alexis M. McJoynt
Damien N. Dombrowski
VENABLE LLP
1290 Avenue of the Americas
New York, NY  10104
(212) 218-2100

Becky E. Steephenson
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
(212) 307-5598

August 16, 2022

</div>

<div>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
kjacobs@morrisnichols.com
cclark@morrisnichols.com
*Attorneys for Plaintiffs*

</div>

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 16, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 N. Market St., 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Matthew J. Becker<br>Stacie L. Ropka<br>Matthew S. Murphy<br>Chad A. Landmon<br>Rebecca L. Clegg<br>AXINN, VELTROP & HARKRIDER LLP<br>90 State House Square<br>Hartford, CT  06103<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Aziz Burgy<br>AXINN, VELTROP & HARKRIDER LLP<br>1901 L Street NW<br>Washington, DC  20036<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Richardo S. Camposanto<br>AXINN, VELTROP & HARKRIDER LLP<br>560 Mission Street<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

        */s/ Cameron P. Clark*
        Cameron P. Clark (#6647)