## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Karen Jacobs**
(302) 351-9227
kjacobs@morrisnichols.com

August 15, 2022

**VIA E-FILING**

**REDACTED - PUBLIC VERSION**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

Re:  *Salix Pharmaceuticals, Ltd., et al. v. Norwich Pharmaceuticals, Inc.*
     C.A. No. 20-430 (RGA)

Dear Judge Andews:

Plaintiffs write regarding their disagreement over the redactions Norwich filed to the parties' Joint Letter to The Honorable Richard G. Andrews regarding Proposed Form of Judgment (D.I. 190, *see* redactions at D.I. 196). Plaintiffs oppose Norwich's overbroad redactions, namely the disclosure of the existence of the FDA's October 18, 2021 Complete Response Letter and any responses related thereto (D.I. 190 at 2). Common law right "presumes that the public has a right of access to judicial materials," including judicial proceedings and records, and Norwich has not shown that it will suffer a "clearly defined and serious injury" from disclosure of this information. *See In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 671-74 (3d Cir. 2019). However, in the spirit of compromise, Plaintiffs proposed redactions to the Joint Letter (as highlighted in Exhibit A with a proposed redacted version at Exhibit B hereto), which Norwich refused. Plaintiffs are prepared to follow the dispute procedures outlined in the Protective Order (D.I. 37) or other dispute procedure that the Court prefers.

Respectfully,

*/s/ Karen Jacobs*

Karen Jacobs (#2881)

KJ:lo
Enclosure(s)
cc:   All Counsel of Record (via e-mail)