IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SALIX PHARMACEUTICALS, LTD., <br> SALIX PHARMACEUTICALS, INC., <br> BAUSCH HEALTH IRELAND LTD., and <br> ALFASIGMA S.P.A., <br><br> Plaintiffs, <br><br> v. <br><br> NORWICH PHARMACEUTICALS, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-430-RGA <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the Court's approval, that the time to file proposed redacted versions of Docket Items 206 and 207 is extended through and including September 21, 2022.

<table>
<tr>
<td>

*/s/ Cameron Clark*
Jack B. Blumenfeld (No. 1014)
Karen Jacobs (No. 2881)
Cameron Clark (No. 6647)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
cclark@mnat.com
*Attorneys for Plaintiffs*

</td>
<td>

*/s/ Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

</td>
</tr>
</table>

Dated: September 14, 2022

    SO ORDERED this _____ day of _____, 2022.

                                                                     _____
                                                               United States District Judge