IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, LTD.,<br>SALIX PHARMACEUTICALS, INC.,<br>BAUSCH HEALTH IRELAND LTD., and<br>ALFASIGMA S.P.A., | )<br>)<br>)<br>) | **Redacted - Public Version** |
| | )<br>) | |
| Plaintiffs, | )<br>) | ███████████████ |
| v. | )<br>) | C.A. No. 20-430-RGA |
| NORWICH PHARMACEUTICALS, INC., | )<br>)<br>) | |
| Defendant. | ) | |

### DECLARATION OF MATTHEW S. MURPHY IN SUPPORT OF DEFENDANT NORWICH PHARMACEUTICALS, INC.'S MOTION PURSUANT TO RULE 60(B)

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

OF COUNSEL:
Matthew J. Becker
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landmon
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC  20036
(202) 721-5417

Richardo S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-2000

Dated:  September 7, 2022

I, Matthew S. Murphy, hereby declare as follows:

1.      I am a partner of the firm Axinn, Veltrop & Harkrider LLP, attorneys for Defendant Norwich Pharmaceuticals, Inc. ("Norwich"), in the above-captioned matter.

2.      I have been admitted *pro hac vice* in the above-captioned matter.

3.      I submit this Declaration in Support of Norwich's Motion Pursuant to Rule 60(b). I have personal knowledge of the facts set forth in this Declaration or believe such facts to be true based upon information provided by knowledgeable persons.

4.      Attached hereto as Exhibit 1 is a true and accurate copy of documents that Norwich submitted to the United States Food and Drug Administration ("FDA") on September 6, 2022 concerning a Patent and Labeling Amendment to ANDA 214369 for Rifaximin Tablets, 550 mg ("the Amendment") bearing numbers Motion-001-045;

   a.   The pages bearing numbers Motion-001-003 comprise a cover letter from Norwich to FDA concerning the Amendment;

   b.   The pages bearing number Motion-004-005 comprise information relating to the patent amendment;

   c.   The pages bearing numbers Motion-006-030 comprise "Module 1.14.1.2" (a side-by-side comparison of the labeling amendment); and

   d.   The pages bearing numbers Motion-031-045 comprise "Module 1.14.1.3" (proposed labeling).

5.      Attached hereto as Exhibit 2 is a true and accurate excerpt of FDA's 42d Edition of the Approved Drug Products with Therapeutic Equivalence Evaluations.

6.      Attached hereto as Exhibit 3 is a true and accurate copy of a July 28, 2022 Press Release by Bausch Health Companies and Salix Pharmaceuticals obtained from the website:

https://www.bauschhealth.com/news-room/news-releases/news-details/202207281545PR

_NEWS_USPR_____NY30520 (accessed Sept. 7, 2022).

Dated:  September 7, 2022

_____

Matthew S. Murphy

## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on September 7, 2022, this document was

served on the persons listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Karen Jacobs
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
cclark@mnat.com

Becky E. Steephenson
Damien N. Dombrowski
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Fl.
New York, NY 1020
(212) 307-5500
bsteephenson@venable.com
ddombrowski@venable.com

Scott K. Reed
Steven C. Kline
Shannon K. Clark
Daniel A. Apgar
Alexis M. McJoynt
VENABLE LLP
1290 Avenue of the Americas, 20th Fl.
New York, NY 10104
(212) 218-2100
sreed@venable.com
skline@venable.com
skclark@venable.com
dapgar@venable.com
ammcjoynt@venable.com

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

# Exhibit 1



September 6, 2022

Sally Choe, Ph.D., Director,
Center for Drug Evaluation and Research,
Food and Drug Administration,
5901–B Ammendale Rd.,
Beltsville, MD 20705–1266

██████████████████████████████████████████████

**PATENT AND LABELING AMENDMENT**

**ANDA # 214369, eCTD Seq. 0020**
**Rifaximin Tablets, 550 mg**

Dear Dr. Choe:

Norwich Pharmaceuticals, Inc. (NPI), herewith submits a Patent and Labeling Amendment to
ANDA 214369 for Rifaximin Tablets, 550 mg.



█ In addition, the 30-month stay expired on August 14, 2022.

Reference is also made to United States District Court for the District of Delaware's August 10,
2022 Final Judgment for the Civil Action No. 1:20-cv-430-RGA, Salix Pharmaceuticals, Ltd,
et al. v. Norwich Pharmaceuticals, Inc., finding that claim 2 of U.S. Patent No. 8,309,569 and
claim 3 of U.S. Patent No. 10,765,667 (having use codes relating to the treatment of irritable
bowel syndrome with diarrhea) are invalid; and claim 4 of U.S. Patent No. 7,612,199 and claim
36 of U.S. Patent No. 7,902,206 (having composition claims relating to the Beta polymorphic
form) are invalid; and that claim 8 of U.S. Patent No. 8,642,573, claim 6 of U.S. Patent No.
9,421,195, and claims 11-12 of U.S. Patent No. 10,335,397 (having use codes relating to the
reduction in risk of overt hepatic encephalopathy) are infringed by the current label in NPI's

---

[1] *See* Prioritization of the Review of Original ANDAs, Amendments, and Supplements, Manual of
Policies and Procedures No. 5240.3 Rev. 5, at 3-5 (Jan. 30, 2020) ("MAPP 5240.3") available at
https://www.fda.gov/media/89061/download.
[2] *See* ██████████████████████████████████████████

Confidential Information Subject to Protective Order                    Motion-001


ANDA (submitted in eCTD Sequence 0018). NPI is withdrawing its Paragraph IV certification and is submitting a section viii statement, with respect to patents relating to the Hepatic Encephalopathy indication as provided in **Module 1.3.5.2** for US. Patent Nos. 8,642,573, ████████████████ 9,421,195, ████████████████, 10,335,397, and ████████.

Given NPI's success in court and the labeling changes proposed here,██████████████████████████████. By contrast, all other ANDA applicants for rifaximin have settled for a launch date in January 2028. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Only one applicant, Sandoz, has even received tentative approval.[3] ███████████████████████████████████████████████████████████████████████████████████████████████████████ In fact, Teva, Sandoz, and Sun will only be able to market generic rifaximin prior to January 2028 if NPI's ANDA is approved and NPI goes to market.[4]

Given the position of its patent litigation,████████████████████████████████████.
████████████████████████████████████████████████████████████████████.
███████████████████████████████████████████████████████████████████
████████████████████████████████████████

## LABELING

NPI herewith submits revisions to the proposed Prescribing Information labeling to remove reference to the Hepatic Encephalopathy (HE) indication, in accordance with the section viii statement provided in Module 1.3.5.2.

NPI's proposed Prescribing Information, reflecting the full content of labeling as well as the planned ordering of the content of labeling, is provided in Module 1.14.1.3 in **Word**, **PDF** and Structured Product Labeling (**SPL**) formats. The side-by-side comparison to our previously proposed labeling (submitted in eCTD Sequence 0016), with all differences annotated and explained, is provided in **Module 1.14.1.2** to facilitate review of the submission.

---

[3] *See* ANDA No. 213713, available at https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=213713.
[4] *See* Bausch Health Provides Update Following Oral Order in XIFAXAN® Patent Litigation (July 28, 2022) available at https://ir.bauschhealth.com/tools/viewpdf.aspx?page=%7b437B986E-331C-4AC6-A3E6-105507A9887C%7d.
█████████████████████ – ████████████████████████████

Norwich Pharmaceuticals Inc.        6826 State Highway 12        Norwich, NY 13815        Page **2** of **3**
Jyoti.sachdeva@alvogen.com        Phone 973 852 4348        Fax 973 201 1086        www.norwichpharma.com

Confidential Information Subject to Protective Order        Motion-002



Additionally, in accordance with 21 C.F.R. § 314.96(d)(2), NPI verifies that this amendment does not contain one of the proposed changes under 21 C.F.R. 314.96(d)(1).

This submission is being sent via the Electronic Submissions Gateway (ESG). The submission is virus free, as verified by our client protection Microsoft Defender Advanced Threat Protection software.

Should you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Jyoti
Sachdeva

Digitally signed by Jyoti Sachdeva
DN: c=US, st=New Jersey,
l=Morristown, o=ALVOGEN, INC.,
cn=Jyoti Sachdeva,
email=jyoti.sachdeva@alvogen.com
Date: 2022.09.06 13:40:24 -04'00'

Jyoti Sachdeva
Executive Director, Regulatory Affairs
Alvogen PB Research & Development
(Regulatory Agent for Norwich Pharmaceuticals, Inc.)

Confidential Information Subject to Protective Order

Motion-003



**Module 1**
**Administrative Information**
**21 CFR 314.94(a)(12)(i)(A)(1) through (4) or 314.94(a)(12)(iii)**

**STATEMENT REGARDING METHOD-OF-USE PATENTS [SECTION viii STATEMENT]**

Pursuant to Section 505(j)(2)(A)(viii) of the FD&C Act and 21 CFR § 314.94(a)(12)(iii)(A), Norwich Pharmaceuticals, Inc. (NPI) states that the following method-of-use patents do not claim a proposed indication or other condition of use for which NPI is seeking approval of its ANDA for Rifaximin Tablets, 550 mg. These patents do not claim the proposed indication(s) or other conditions of use included in the labeling provided electronically and referred to in Module 1.14 of this ANDA.

- U.S. Patent No. 8,642,573 (U-1481) Reduction in Risk of Overt Hepatic Encephalopathy (HE) Recurrence;

- ██████████████████████████████████████████████████████
  ██████

- ██████████████████████████████████████████████████████
  ██████████████████

- ██████████████████████████████████████████████████████
  ██████████

- U.S. Patent No. 9,421,195 (U-1481) Reduction in Risk of Overt Hepatic Encephalopathy (HE) Recurrence

- ██████████████████████████████████████████████████████
  ████████████████

- ██████████████████████████████████████████████████████
  ████████████

- U.S. Patent No. 10,335,397 (U-2579) Reduction in a Subject's Risk of Experiencing a Breakthrough Overt Hepatic Encephalopathy (HE) Episode

- ████████████████████████████████████████████

- **NPI hereby withdraws its previously submitted Paragraph IV certifications for U.S. Patent Nos. 8,642,573;** ████████ ; ████████ ; **9,421,195;** ████████ ; **10,335,397; and** ████████

Prior to the expiration of U.S. Patent Nos. 8,642,573; ████████████████████ 9,421,195; ████████████ 10,335,397; ████████████████████████████████

Jyoti Sachdeva

Digitally signed by Jyoti Sachdeva
DN: c=US, st=New Jersey,
l=Morristown, o=ALVOGEN, INC.,
cn=Jyoti Sachdeva,
email=jyoti.sachdeva@alvogen.com
Date: 2022.09.06 10:19:01 -04'00'

Jyoti Sachdeva
Executive Director, Regulatory Affairs
Alvogen PB Research and Development, LLC.
(Regulatory Agent for Norwich Pharmaceuticals, Inc.)

September 6, 2022
Date

**Page 1 of 1**

**Module 1**
**Administrative Information**
**21 CFR 314.94(a)(12)(i)(A)(1) through (4) or 314.94(a)(12)(iii)**

## 1.3.5.2    PATENT CERTIFICATION OR STATEMENT

The below table lists all certifications and statements pursuant to Section 505(j)(2)(A) of the Federal Food, Drug and Cosmetic Act ("FD&C Act"), and 21 CFR § 314.94(a)(12)(i)(A)(l)-(4) and 314.94(a)(12)(iii), provided in the respective eCTD Sequence.

| US Patent Number | Patent Certification | Submitted in eCTD Sequence |
|---|---|---|
|  |  |  |
| 8,642,573 | Section viii | 0020 |
|  |  |  |
| 9,421,195 | Section viii | 0020 |
|  |  |  |
| 10,335,397 | Section viii | 0020 |
|  |  |  |

Confidential Information Subject to Protective Order

Motion-005

Table of Contents





Confidential Information Subject to Protective Order

Motion-007

# ANDA 214369
# Rifaximin Tablets 550 mg

## Side-by-Side Comparison – Prescribing Information
## Previously Submitted Labeling Text and Proposed Labeling Text

| **Annotation** | **Description** |
|:---:|:---|
| 1 | Revisions to remove reference to the Hepatic Encephalopathy (HE) indication, in accordance with the section viii statement included with this amendment. |
| 2 | Revision date for version control purposes |

Case 1:20-cv-00430-RGA   Document 212   Filed 09/21/22   Page 13 of 62 PageID #: 13652

| Rifaximin Tablets Previously Proposed Labeling Text | Annot | Rifaximin Tablets Proposed Labeling Text |
|---|---|---|



Confidential Information Subject to Protective Order





Confidential Information Subject to Protective Order                    Motion-012



 Motion-013



Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order                    Motion-015





Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order

Motion-018



Confidential Information Subject to Protective Order                    Motion-019



Confidential Information Subject to Protective Order

Motion-020





Confidential Information Subject to Protective Order

Motion-022



Confidential Information Subject to Protective Order

Motion-023





Confidential Information Subject to Protective Order

Motion-025



Confidential Information Subject to Protective Order                    Motion-026



Confidential Information Subject to Protective Order

Motion-027



Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order                    Motion-029



Confidential Information Subject to Protective Order

Motion-030

Table of Contents



Confidential Information Subject to Protective Order                    Motion-031



Confidential Information Subject to Protective Order                    Motion-032



Confidential Information Subject to Protective Order

Motion-034



Confidential Information Subject to Protective Order





Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order

Motion-038



Confidential Information Subject to Protective Order

Motion-039



Confidential Information Subject to Protective Order

Motion-040

Confidential Information Subject to Protective Order

Motion-041



Confidential Information Subject to Protective Order                    Motion-042



Confidential Information Subject to Protective Order



Confidential Information Subject to Protective Order

Motion-044



Confidential Information Subject to Protective Order

Motion-045

Exhibit 2



# APPROVED DRUG PRODUCTS

WITH

## THERAPEUTIC EQUIVALENCE EVALUATIONS

### 42nd EDITION

**THE PRODUCTS IN THIS LIST HAVE BEEN APPROVED UNDER SECTION 505 OF THE FEDERAL FOOD, DRUG, AND COSMETIC ACT.**

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
OFFICE OF MEDICAL PRODUCTS AND TOBACCO
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF GENERIC DRUGS
OFFICE OF GENERIC DRUG POLICY

2022

# APPROVED DRUG PRODUCTS
## with
## THERAPEUTIC EQUIVALENCE EVALUATIONS

**The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act.  This volume is current through December 31, 2021.**

## 42nd EDITION



### U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION
OFFICE OF MEDICAL PRODUCTS AND TOBACCO
CENTER FOR DRUG EVALUATION AND RESEARCH
OFFICE OF GENERIC DRUGS
OFFICE OF GENERIC DRUG POLICY

**2022**

**PRESCRIPTION AND OTC DRUG PRODUCT PATENT AND EXCLUSIVITY LIST**

| APPL/PROD NO | PATENT NO | PATENT EXPIRATION DATE | PATENT CODES | PATENT DELIST REQUESTED | EXCLUSIVITY CODE(S) | EXCLUSIVITY EXPIRATION DATE |
|---|---|---|---|---|---|---|
| **RIFAMYCIN SODIUM - AEMCOLO** | | | | | | |
| N 210910 001 | 8263120 | May 03, 2025 | DP | | | |
| | 8486446 | May 03, 2025 | DP | | | |
| | 8529945 | May 03, 2025 | DP | | | |
| | 8741948 | May 03, 2025 | DP U-2448 | | | |
| **RIFAXIMIN - XIFAXAN** | | | | | | |
| N 021361 001 | 10703763 | Feb 27, 2026 | | | U-1708 | |
| | 10703763 | Feb 27, 2026 | | | U-2847 | |
| | 10703763 | Feb 27, 2026 | | | U-2848 | |
| | 7045620 | Jun 19, 2024 | DS DP | | | |
| | 7612199 | Jun 19, 2024 | DS DP | | | |
| | 7902206 | Jun 19, 2024 | DS DP | | | |
| | 7906542 | Jun 01, 2025 | DS DP | | | |
| | 7928115 | Jul 24, 2029 | | | U-1121 | |
| | 8158644 | Jun 19, 2024 | DP | | | |
| | 8158781 | Jun 19, 2024 | DS | | | |
| | 8193196 | Sep 02, 2027 | DS DP | | | |
| | 8518949 | Feb 27, 2026 | DP | | | |
| | 8741904 | Feb 27, 2026 | DS | | U-1526 | |
| | 8835452 | Jun 19, 2024 | DS DP | | | |
| | 8853231 | Jun 19, 2024 | DP | | | |
| | 9271968 | Feb 27, 2026 | DP | | | |
| **RIFAXIMIN - XIFAXAN** | | | | | | |
| N 021361 002 | 10314828 | Jul 24, 2029 | | | U-1481 | |
| | 10335397 | Jul 24, 2029 | | | U-2579 | |
| | 10456384 | Feb 26, 2029 | | | U-2643 | |
| | 10456384 | Feb 26, 2029 | | | U-2644 | |
| | 10703763 | Feb 27, 2026 | | | U-1708 | |
| | 10703763 | Feb 27, 2026 | | | U-2847 | |
| | 10703763 | Feb 27, 2026 | | | U-2848 | |
| | 10709694 | Jul 24, 2029 | | | U-2579 | |
| | 10765667 | Feb 26, 2029 | | | U-2643 | |
| | 10765667 | Feb 26, 2029 | | | U-2644 | |
| | 7045620 | Jun 19, 2024 | DS | | | |
| | 7612199 | Jun 19, 2024 | DS DP | | | |
| | 7902206 | Jun 19, 2024 | DS DP | | | |
| | 7906542 | Jun 01, 2025 | DS DP | | | |
| | 7915275 | Feb 23, 2025 | | | U-1707 | |
| | 7915275 | Feb 23, 2025 | | | U-1708 | |
| | 8158644 | Jun 19, 2024 | DP | | | |
| | 8158781 | Jun 19, 2024 | DS | | | |
| | 8193196 | Sep 02, 2027 | DS DP | | U-1707 | |
| | 8193196 | Sep 02, 2027 | DS DP | | U-1708 | |
| | 8309569 | Jul 18, 2029 | | | U-1707 | |
| | 8309569 | Jul 18, 2029 | | | U-1708 | |
| | 8518949 | Feb 27, 2026 | DP | | | |
| | 8642573 | Oct 02, 2029 | | | U-1481 | |
| | 8741904 | Feb 27, 2026 | DS | | U-1526 | |
| | 8741904 | Feb 27, 2026 | DS | | U-1707 | |
| | 8741904 | Feb 27, 2026 | DS | | U-1708 | |
| | 8829017 | Jul 24, 2029 | | | U-1562 | |
| | 8835452 | Jun 19, 2024 | DS DP | | | |
| | 8853231 | Jun 19, 2024 | DP | | | |
| | 8946252 | Jul 24, 2029 | | | U-1481 | |
| | 8969398 | Oct 02, 2029 | | | U-1481 | |
| | 9271968 | Feb 27, 2026 | DP | | | |
| | 9421195 | Jul 24, 2029 | | | U-1481 | |
| | 9629828 | Jul 24, 2029 | | | U-1994 | |
| **RILPIVIRINE HYDROCHLORIDE - EDURANT** | | | | | | |
| N 202022 001 | 7125879 | Apr 21, 2025 | DS DP U-1153 | | | |
| | 7125879 | Apr 21, 2025 | DS DP U-1307 | | | |
| | 7125879 | Apr 21, 2025 | DS DP U-1740 | | | |
| | 7125879 | Apr 21, 2025 | DS DP U-3068 | | | |
| | 7638522 | Apr 14, 2023 | DP | | | |
| | 8080551 | Apr 11, 2023 | DS DP | | | |
| | 8101629 | Aug 09, 2022 | DP | | | |

# PATENT AND EXCLUSIVITY TERMS

### PATENT USE

|  |  |
|---|---|
|  | MEDICATION ON THE SAME KNEE |
| U-1478 | METHOD OF REDUCING TG LEVELS IN PATIENT ON STATIN THERAPY SUFFERING FROM SEVERE HYPERTRIGLYCERIDEMIA |
| U-1479 | INCREASE TEAR PRODUCTION TO TREAT PATIENTS WITH KERATOCONJUNCTIVITIS SICCA (DRY EYE). |
| U-1480 | TREATMENT OF ADVANCED RENAL CELL CARCINOMA |
| U-1481 | REDUCTION IN RISK OF OVERT HEPATIC ENCEPHALOPATHY (HE) RECURRENCE |
| U-1482 | DICLOFENAC POTASSIUM FOR RELIEF OF MILD TO MODERATE ACUTE PAIN |
| U-1483 | INCREASE TEAR PRODUCTION IN PATIENTS WITH KERATOCONJUNCTIVITIS SICCA (DRY EYE). |
| U-1484 | COMBINATION PRODUCT FOR THE EARLY TREATMENT OF RECURRENT HERPES LABIALIS (COLD SORES) TO REDUCE THE LIKELIHOOD OF ULCERATIVE COLD SORES AND TO SHORTEN THE LESION HEALING TIME IN ADULTS AND CHILDREN (6 YEARS OF AGE AND OLDER) |
| U-1485 | TREATING A SUBJECT UNDERGOING ABDOMINAL SURGERY BY ADMINISTERING ALVIMOPAN TO ACCELERATE THE TIME TO UPPER AND LOWER GASTROINTESTINAL RECOVERY FOLLOWING SURGERIES THAT INCLUDE PARTIAL BOWEL RESECTION WITH PRIMARY ANASTOMOSIS |
| U-1486 | TREATMENT OF NON-24-HOUR SLEEP-WAKE DISORDER |
| U-1487 | METHOD OF INCREASING EYELASH GROWTH |
| U-1488 | USE OF TOPICAL DICLOFENAC FOR TREATING PAIN |
| U-1489 | USE OF TOPICAL DICLOFENAC ON A JOINT FOR TREATING OSTEOARTHRITIS |
| U-1490 | FOR USE IN PATIENTS HAVING SYMPTOMATIC OR PROGRESSIVE MEDULLARY THYROID CANCER, WITH UNRESECTABLE LOCALLY ADVANCED OR METASTATIC DISEASE |
| U-1491 | TREATMENT OF CHRONIC LYMPHOCYTIC LEUKEMIA |
| U-1492 | TREATMENT OF IRRITABILITY ASSOCIATED WITH AUTISTIC DISORDER |
| U-1493 | METHOD FOR PREVENTING ITCHING ASSOCIATED WITH ALLERGIC CONJUNCTIVITIS |
| U-1494 | SUBLINGUAL OR BUCCAL ADMINISTRATION OF A PHARMACEUTICAL COMPOSITION COMPRISING BUPRENORPHINE AND NALOXONE |
| U-1495 | RISK REDUCTION OF REBLEEDING IN PTS FOLLOWING THERAPEUTIC ENDOSCOPY FOR ACUTE BLEEDING GASTRIC OR DUODENAL ULCERS IN ADULTS. |
| U-1496 | METHOD TO TREAT HEMANGIOMA. |
| U-1497 | NEURACEQ IS A RADIOACTIVE DIAGNOSTIC AGENT FOR POSITRON EMISSION TOMOGRAPHY (PET) IMAGING OF THE BRAIN TO ESTIMATE P-AMYLOID NEURITIC PLAQUE DENSITY IN ADULT PATIENTS WITH COGNITIVE IMPAIRMENT |
| U-1498 | METHOD OF TREATING PATIENTS WITH GASTRIC RETENTIVE DOSAGE FORM |
| U-1499 | MANAGEMENT OF ACUTE PAIN IN PATIENTS REQUIRING OPIOID ANALGESIA |
| U-1500 | TESTOSTERONE REPLACEMENT THERAPY IN ADULT MALES FOR CONDITIONS ASSOCIATED WITH A DEFICIENCY OR ABSENCE OF ENDOGENOUS TESTOSTERONE; PRIMARY HYPOGONADISM (CONGENITAL OR ACQUIRED); HYPOGONADOTROPIC HYPOGONADISM (CONGENITAL OR ACQUIRED). |
| U-1501 | PROPHYLAXIS OF DEEP VEIN THROMBOSIS AND PULMONARY EMBOLISM |
| U-1502 | PROPHYLAXIS OF PULMONARY EMBOLISM |
| U-1503 | METHOD OF TREATING TYPE 2 DIABETES MELLITUS BY ADMINISTERING LINAGLIPTIN IN COMBINATION WITH METFORMIN |
| U-1504 | USE OF OTEZLA (APREMILAST) FOR INHIBITING PDE4 |
| U-1505 | USE OF OTEZLA (APREMILAST) FOR THE TREATMENT OF PSORIATIC ARTHRITIS |
| U-1506 | TREATMENT OF PATIENTS WITH GASTROINTESTINAL STROMAL TUMOR (GIST), INCLUDING BUT NOT LIMITED TO PATIENTS PREVIOUSLY TREATED WITH IMATINIB AND PATIENTS WITH GIST HAVING RESISTANCE TO A KIT TYROSINE KINASE INHIBITOR |
| U-1507 | TO MAINTAIN HEALING OF EE AND RELIEF OF HEARTBURN |
| U-1508 | MANAGEMENT OF PAIN SEVERE ENOUGH TO REQUIRE DAILY, AROUND-THE-CLOCK, LONG TERM OPIOID TREATMENT BY ORALLY ADMINISTERING A PLURALITY OF COMPOSITE SUBUNITS AS CLAIMED |
| U-1509 | TREATMENT OF FREQUENT HEARTBURN BY ADMINISTERING A GASTRIC ACID REDUCER |
| U-1510 | MANAGEMENT OF PAIN SEVERE ENOUGH TO REQUIRE DAILY, AROUND-THE-CLOCK, LONG TERM |

PATENT USE

PATENT 10058546

U-2573  TREATMENT OF CYSTIC FIBROSIS IN PATIENTS AGED 6 YEARS AND OLDER, WHO ARE HOMOZYGOUS FOR THE F508DEL MUTATION OR HETEROZYGOUS FOR F508DEL AND A SECOND CFTR MUTATION PREDICTED TO BE RESPONSIVE TO TEZACAFTOR/IVACAFTOR, WITH TEZACAFTOR AND IVACAFTOR

U-2574  TREATMENT OF CYSTIC FIBROSIS IN PATIENTS AGED 6 AND OLDER, WHO ARE HOMOZYGOUS FOR THE F508DEL MUTATION OR HAVE AT LEAST ONE CFTR GENE MUTATION THAT IS RESPONSIVE TO TEZACAFTOR/IVACAFTOR, WITH TEZACAFTOR AND IVACAFTOR

U-2575  TREATING CYSTIC FIBROSIS PATIENTS AGES 6 AND OLDER, WHO ARE HOMOZYGOUS FOR F508DEL OR HAVE AT LEAST 1 CFTR GENE MUTATION RESPONSIVE TO TEZACAFTOR/IVACAFTOR, WITH TEZACAFTOR AND A SOLID COMPOSITION COMPRISING AMORPHOUS (<30% CRYSTALLINE) IVACAFTOR

U-2576  TREATMENT OF COMMUNITY ACQUIRED BACTERIAL PNEUMONIA

U-2577  TREATMENT OF THROMBOCYTOPENIA IN AN ADULT PATIENT WITH CHRONIC IMMUNE THROMBOCYTOPENIA WHO HAS HAD AN INSUFFICIENT RESPONSE TO A PREVIOUS TREATMENT

U-2578  TREATMENT OF THROMBOCYTOPENIA IN AN ADULT PATIENT WITH CHRONIC LIVER DISEASE WHO IS SCHEDULED TO UNDERGO A PROCEDURE

U-2579  REDUCTION IN A SUBJECT'S RISK OF EXPERIENCING A BREAKTHROUGH OVERT HEPATIC ENCEPHALOPATHY (HE) EPISODE

U-2580  A METHOD OF TREATING TYPE 2 DIABETES COMPRISING ADMINISTERING SEMAGLUTIDE ONCE WEEKLY IN A AMOUNT OF 1.0 MG TO A SUBJECT IN NEED THEREOF

U-2581  TREATING HYPOTENSION WITH ABOUT 20 NG/KG/MIN TO ABOUT 40 NG/KG/MIN ANGIOTENSIN II IN A HUMAN SUBJECT HAVING SEPTIC SHOCK

U-2582  FOR THE ORAL PREVENTION/PROPHYLAXIS OF MALARIA IN ADULTS, COMPRISING A THREE-PHASE DOSING REGIMEN CONSISTING OF A LOADING/INITIAL DOSE, A MAINTENANCE/EXPOSURE DOSE, AND A TERMINAL/POST-EXPOSURE DOSE

U-2583  TREATMENT OF BACTERIAL VAGINOSIS IN ADULT WOMEN

U-2584  XPOVIO IS INDICATED IN COMBINATION WITH DEXAMETHASONE TO TREAT RELAPSED OR REFRACTORY MULTIPLE MYELOMA (REFRACTORY TO AT LEAST AN ANTI-CD38 MAB, 2 PROTEASOME INHIBITORS AND 2 IMMUNOMODULATORY AGENTS) IN ADULTS WHO RECEIVED AT LEAST 4 PRIOR THERAPIES

U-2585  TREATMENT OF PARENTERAL NUTRITION-ASSOCIATED CHOLESTASIS IN PATIENTS UNDER THE AGE OF 12

U-2586  TREATMENT OF COMPLICATED URINARY TRACT INFECTIONS, INCLUDING PYELONEPHRITIS (CUTI)

U-2587  TREATMENT OF COMPLICATED INTRA-ABDOMINAL INFECTIONS (CIAI)

U-2588  AS AN ADJUNCT TO DIET AND EXERCISE TO IMPROVE GLYCEMIC CONTROL IN ADULTS WITH TYPE 2 DIABETES MELLITUS IN COMBINATION WITH DAPAGLIFLOZIN AND METFORMIN

U-2589  AS AN ADJUNCT TO DIET AND EXERCISE TO IMPROVE GLYCEMIC CONTROL IN ADULTS WITH TYPE 2 DIABETES MELLITUS IN COMBINATION WITH BASAL INSULIN OR BASAL INSULIN PLUS METFORMIN

U-2590  AS AN ADJUNCT TO DIET AND EXERCISE TO IMPROVE GLYCEMIC CONTROL IN ADULTS WITH TYPE 2 DIABETES MELLITUS IN COMBINATION WITH METFORMIN, A SULFONYLUREA, A THIAZOLIDINEDIONE, OR COMBINATION OF ANY TWO OF THESE THERAPIES

U-2591  LOWERING PLASMA GLUCAGON IN ADULTS WITH TYPE 2 DIABETES MELLITUS BY ADMINISTERING EXENATIDE AS AN ADJUNCT TO DIET AND EXERCISE

U-2592  IMPROVING GLYCEMIC CONTROL IN ADULTS WITH TYPE 2 DIABETES MELLITUS BY ADMINISTERING A SUSTAINED-RELEASE EXENATIDE FORMULATION AS AN ADJUNCT TO DIET AND EXERCISE

U-2593  IMPROVING GLYCEMIC CONTROL IN ADULTS WITH TYPE 2 DIABETES MELLITUS BY ADMINISTERING AN EXENATIDE FORMULATION ONCE WEEKLY AS AN ADJUNCT TO DIET AND EXERCISE TO ACHIEVE A MEAN STEADY STATE PLASMA CONCENTRATION OF EXENATIDE AT LEAST 170 PG/ML

U-2594  REDUCING FASTING PLASMA GLUCOSE IN ADULTS WITH TYPE 2 DIABETES MELLITUS BY ADMINISTERING AN EXENATIDE FORMULATION ONCE WEEKLY AS AN ADJUNCT TO DIET AND EXERCISE TO ACHIEVE A MEAN STEADY STATE PLASMA CONCENTRATION OF EXENATIDE AT LEAST 170 PG/ML

U-2595  REDUCING BODY WEIGHT IN ADULTS WITH TYPE 2 DIABETES MELLITUS BY ADMINISTERING AN EXENATIDE FORMULATION ONCE WEEKLY AS AN ADJUNCT TO DIET AND EXERCISE TO ACHIEVE

Exhibit 3


**(/)**

# NEWS ROOM
# News Releases

## Bausch Health Provides Update Following Oral Order in XIFAXAN® Patent Litigation

JULY 28, 2022

**-- Company to Appeal Expected Court Decision on Certain XIFAXAN® Patents –**

LAVAL, Quebec, July 28, 2022 /PRNewswire/ -- Bausch Health Companies Inc. (NYSE/TSX: BHC), and its gastroenterology business Salix Pharmaceuticals, today announced the U.S. District Court of Delaware issued an Oral Order in the matter of *Salix Pharmaceuticals, Ltd. et al v. Norwich Pharmaceuticals, Inc.* regarding the infringement and validity of certain U.S. Patents protecting the composition and use of XIFAXAN® (rifaximin) 550 mg tablets for the treatment of irritable bowel syndrome with diarrhea (IBS-D) and reduction in risk of overt hepatic encephalopathy (HE) recurrence.

The Oral Order indicates that the Court will find certain U.S. Patents protecting the use of XIFAXAN® (rifaximin) 550 mg tablets for the reduction in risk of HE recurrence valid and infringed and U.S. Patents protecting the composition, and use of XIFAXAN® for treating IBS-D invalid. While the Court has not yet entered any final judgement, absent Norwich's removal of the HE indication and data from their Abbreviated New Drug Application (ANDA), it is expected that the Court will enjoin Norwich's pending ANDA until expiration of the XIFAXAN® HE Patents in 2029. The Company intends to vigorously oppose any attempt by Norwich to remove the HE safety data from its ANDA in an effort to avoid the XIFAXAN® HE Patents.

The FDA has stated that they plan to make a major revision to the rifaximin product specific guidance to add an *in vivo* bioequivalency study. Until an approval of a revised ANDA is granted by the FDA and the expected injunction modified by the

Court, Norwich is not permitted to launch a generic equivalent of XIFAXAN®.

When the Court enters a final order, Bausch Health will consider all available options to vigorously defend the intellectual property protecting XIFAXAN® and will appeal the Court's decision to the U.S. Court of Appeals for the Federal Circuit.

"We are disappointed with today's development. We strongly disagree with any conclusion that our patents are not valid and intend to file an appeal to any such order," Thomas J. Appio, CEO, Bausch Health, said. "As a leader in gastrointestinal health, protecting our intellectual property is essential to our ability to continue to develop innovative therapies. We intend to vigorously pursue all available options to challenge any final ruling, while also continuing to drive growth and innovation for our XIFAXAN® franchise."

Bausch Health has previously entered into settlement agreements with Teva, Sun Pharmaceuticals, and Sandoz to permit a generic rifaximin product entry in 2028 or upon an earlier approval and launch of a generic rifaximin product. Until, and if, Norwich secures FDA approval for its generic rifaximin product and subsequently launches a generic rifaximin product, Teva, Sun Pharmaceuticals, and Sandoz will not be permitted to launch a generic version of XIFAXAN® tablets before 2028.

The Company intends to file an appeal immediately after any final order is issued, assuming it is consistent with the Oral Order.

## About XIFAXAN

XIFAXAN® (rifaximin) 550 mg tablets are indicated for the reduction in risk of overt hepatic encephalopathy (HE) recurrence in adults and for the treatment of irritable bowel syndrome with diarrhea (IBS-D) in adults.

## About Salix

Salix Pharmaceuticals is one of the largest specialty pharmaceutical companies in the world committed to the prevention and treatment of gastrointestinal diseases. For more than 30 years, Salix has licensed, developed and marketed innovative products to improve patients' lives and arm health care providers with life-changing solutions for many chronic and debilitating conditions. Salix currently markets its product line to U.S. health care providers through an expanded sales force that focuses on gastroenterology, hepatology, pain specialists and primary care. Salix is headquartered in Bridgewater, New Jersey. For more information about Salix, visit **www.Salix.com (http://www.Salix.com)** and connect with us on Twitter and LinkedIn.

## About Bausch Health

Bausch Health Companies Inc. (NYSE/TSX: BHC) is a global diversified pharmaceutical company whose mission is to improve people's lives with our health care products. We develop, manufacture and market a range of products primarily in gastroenterology, hepatology, neurology, dermatology, international pharmaceuticals and eye health, through our approximately 90% ownership of Bausch + Lomb Corporation. With our leading durable brands, we are delivering on our commitments as we build an innovative company dedicated to advancing global health. For more information, visit **www.bauschhealth.com (https://c212.net/c/link/? t=0&l=en&o=3607210- 1&h=3139818621&u=http%3A%2F%2Fwww.bauschhealth.com%2F&a=www.bauschh ealth.com)** and connect with us on **Twitter (https://c212.net/c/link/? t=0&l=en&o=3607210- 1&h=2756953852&u=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3F u%3Dhttps-3A__protection.greathorn.com_services_v2_lookupUrl_3a993f8b- 2D386a-2D427c-2Da0f1- 2D18f48c322e3f_176_7f2a9a70003c3e44bba93f070254796b1edeceea%26d%3DDwM FAg%26c%3DgOrgfQB8xVH7F0lP7MQhi8CyVXMBvYqNyP3LuSSb8Lw%26r%3DsuV yOmZwtqZJperJrPSSrTp3hTSBb_5ChaQKYYs4esw%26m%3DQAuT5XBqessyChNifB 8OrIzpoaZb524kwumOM-RnwYl%26s%3D3Mz7gVM2KA- ZlVgfzY1zBzzjegeU_SeOqnE-EweNczc%26e%3D&a=Twitter)** and **LinkedIn (https://c212.net/c/link/?t=0&l=en&o=3607210- 1&h=4148291727&u=https%3A%2F%2Furldefense.proofpoint.com%2Fv2%2Furl%3Fu %3Dhttps-3A__protection.greathorn.com_services_v2_lookupUrl_3e4f5930- 2Ddc8f-2D4dc1-2Da5a8- 2D8b7aa3b5fd08_176_7f2a9a70003c3e44bba93f070254796b1edeceea%26d%3DDw MFAg%26c%3DgOrgfQB8xVH7F0lP7MQhi8CyVXMBvYqNyP3LuSSb8Lw%26r%3DDsu VyOmZwtqZJperJrPSSrTp3hTSBb_5ChaQKYYs4esw%26m%3DQAuT5XBqessyChNif B8OrIzpoaZb524kwumOM- RnwYl%26s%3DpEkX8fVK8elqTJyKwInMnwR6r05cwvzmGccvBcPuxr0%26e%3D&a =LinkedIn)**.

## Forward-looking Statements

This news release may contain forward-looking statements about the future performance of Bausch Health, which may generally be identified by the use of the words "anticipates," "hopes," "expects," "intends," "plans," "should," "could," "would," "may," "believes," "subject to" and variations or similar expressions, including statements about the timing and details of the future plans for Solta and its future performance. These statements are based upon the current expectations and beliefs of management and are subject to certain risks and uncertainties that could cause

actual results to differ materially from those described in the forward-looking statements. In particular, Bausch Health can offer no assurance that the Court will issue a final judgment consistent with the Oral Order, as to the timing of any approval by the FDA of any ANDA or amended ANDA and as to the outcome of any appeal. Actual results are subject to other risks and uncertainties that relate more broadly to Bausch Health's overall business, including those more fully described in Bausch Health's most recent annual report on Form 10-K and detailed from time to time in Bausch Health's other filings with the U.S. Securities and Exchange Commission and the Canadian securities administrators, which factors are incorporated herein by reference.

| **Investor Contact:** | **Media Contacts:** |
| --- | --- |
| | |
| Christina Cheng | Kevin Wiggins |
| **ir@bauschhealth.com (mailto:ir@bauschhealth.com)** | **corporate.communications@bauschhealth.com (mailto:corporate.communications@bauschhealth.co** |
| (514) 856-3855 | 848) 541-3785 |
| (877) 281-6642 (toll free) | |

**BAUSCH + Health**

**(https://mma.prnewswire.com/media/717028/Bausch_Health_Logo.html)**

C View original content to download multimedia:**https://www.prnewswire.com/news-releases/bausch-health-provides-update-following-oral-order-in-xifaxan-patent-litigation-301595696.html (https://www.prnewswire.com/news-releases/bausch-health-provides-update-following-oral-order-in-xifaxan-patent-litigation-301595696.html)**

SOURCE Bausch Health Companies Inc.

» Our Perspective (/news-room/our-perspective/)

» **News Releases (/news-room/news-releases/)**

(https://twitter.com/bauschhealth)

(https://www.linkedin.com/company/bausch-health-companies/)

CONTACT US (/about-us/contact-us/)        LEGAL NOTICE (/terms/)

PRIVACY POLICY (/privacy-policy)        SITE MAP (/site-map/)

Bausch Health Companies
Inc.
2150 St. Elzéar Blvd. West
Laval, Quebec H7L 4A8
Canada
(800) 361-1448

Use of this site signifies your agreement to the Legal Notice
and Privacy Policy.
©2021 Bausch Health Companies Inc. All rights reserved.
MTB.0230.USA.18 V2.0

CALIFORNIA RESIDENTS: DO NOT SELL MY PERSONAL
INFORMATION (https://go.bauschhealth.com/california-
privacy-optout.html)