

Nathan R, Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709 - Direct
nhoeschen@shawkeller.com

October 5, 2022

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Wilmington, DE 19801

Re:   *Salix Pharm. Ltd. v. Norwich Pharm., Inc.*, C.A. No. 20-430-RGA

Dear Judge Andrews:

Pursuant to D. Del. LR 7.1.4, defendant Norwich Pharmaceuticals, Inc. ("Norwich") respectfully requests oral argument on Norwich's Motion to Modify Judgment Pursuant to Rule 60(b) (D.I. 205), to the extent the Court has questions.

Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 206, 207, 213, and 215. The reply brief was filed on September 28, 2022.

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc:   Clerk of the Court (via CM/ECF)
      All Counsel of Record (via CM/ECF and e-mail)