

Nathan R, Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709 - Direct
nhoeschen@shawkeller.com

February 24, 2023

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Wilmington, DE 19801

  Re: *Salix Pharm. Ltd. v. Norwich Pharm., Inc.*, C.A. No. 20-430-RGA

Dear Judge Andrews:

  We write in regards to defendant Norwich Pharmaceuticals, Inc.'s ("Norwich") recent submission of a labeling amendment for Norwich's Abbreviated New Drug Application No. 214369 ("ANDA") for rifaximin 550 mg tablets.

  On August 10, 2022, this Court entered a final judgment in the above-referenced patent action. On September 7, 2022, Norwich filed a Motion to Modify Judgment Pursuant to Rule 60(b) (D.I. 205) ("Motion") based on Norwich's September 6, 2022 submission of a patent and labeling amendment for its ANDA to the United States Food & Drug Administration ("FDA"). Norwich's Motion remains pending.

  On October 19, 2022, FDA approved a labeling supplement for the reference-listed drug, Xifaxan® 550 mg tablets, which Salix Pharmaceuticals, Inc. ("Salix") had submitted on October 4, 2022. *See* Ex. A. This labeling supplement added the following two sentences to "Section 6.2 Postmarketing Experience" of the Xifaxan® label:

> Severe Cutaneous Adverse Reactions
> Severe cutaneous adverse reactions, including Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN), have been reported in association with the use of rifaximin in patients with cirrhosis. Discontinue rifaximin at the first signs or symptoms of a severe cutaneous adverse reaction or other signs of hypersensitivity and conduct a clinical evaluation.

  On February 17, 2023, Norwich submitted a labeling amendment for its ANDA that corresponds to Salix's aforementioned change to the Xifaxan label. *See* Ex. B. No additional changes to the ANDA labeling have been proposed. Norwich's amendment does not change the indications of use for Norwich's ANDA Product. Thus, Norwich does not believe that its current labeling amendment substantively affects the merits of Norwich's Motion. However, Norwich is providing a copy of its cover letter to FDA along with an excerpt of the ANDA label reflecting the amendment (highlighted) to the Court out of an abundance of caution. *See* Exhibits B and C. Norwich will also provide a full copy of its current ANDA labeling with the recent amendment to Plaintiffs' counsel today pursuant to the Protective Order. Norwich is ready to submit a full copy of the current ANDA label to the Court if that should be Your Honor's preference.

SHAW KELLER LLP

The Honorable Richard G. Andrews
Page 2

Respectfully submitted,

*/s/ Nathan R. Hoeschen*

Nathan R. Hoeschen (No. 6232)

cc: Clerk of the Court (via CM/ECF)
     All Counsel of Record (via CM/ECF and Email)