# Exhibit B



February 17, 2023

Susan Rosencrance, Ph.D., (Acting) Director
Center for Drug Evaluation and Research,
Food and Drug Administration,
5901–B Ammendale Rd.,
Beltsville, MD 20705–1266

**LABELING AMENDMENT**

**ANDA # 214369, eCTD Seq. 0024**
**Rifaximin Tablets, 550 mg**

Dear Dr. Rosencrance:

Norwich Pharmaceuticals, Inc. (NPI), herewith submits a Labeling Amendment to ANDA 214369 for Rifaximin Tablets, 550 mg. This amendment contains revisions to NPI's proposed Prescribing Information labeling to include the most current information approved for the Reference Listed Drug, XIFAXAN (rifaximin) tablets, **NDA 021361/S-029**.

NPI's proposed Prescribing Information, reflecting the full content of labeling as well as the planned ordering of the content of labeling, is provided in Module 1.14.1.3 in **Word, PDF** and Structured Product Labeling **(SPL)** formats. The side-by-side comparison to our previously proposed labeling (submitted in eCTD Sequence 0020), with all differences annotated and explained, is provided in **Module 1.14.1.2** to facilitate review of the submission.

Additionally, in accordance with 21 C.F.R. § 314.96(d)(2), NPI verifies that this amendment does not contain a patent certification or section viii statement, or a recertification because it does not include any changes as described in 21 C.F.R. § 314.96(d)(1).

This submission is being sent via the Electronic Submissions Gateway (ESG). The submission is virus free, as verified by our client protection Microsoft Defender Advanced Threat Protection software.

Should you have any questions or concerns, please do not hesitate to contact me. Alternatively, you may contact Bob Avery via telephone at 973-852-4324 or via secure email at Robert.Avery@alvogen.com.

Sincerely,

Robert Avery
Digitally signed by Robert Avery
DN: c=US, st=New Jersey, l=Morristown, o=ALVOGEN, INC., cn=Robert Avery
Date: 2023.02.17 13:40:34 -05'00'

for Jyoti Sachdeva
Executive Director, Regulatory Affairs
Alvogen PB Research & Development
(Regulatory Agent for Norwich Pharmaceuticals, Inc.)