# Exhibit C

Infections and Infestations

Cases of *C. difficile*-associated colitis have been reported *[see Warnings and Precautions (5.2)]*.

Hypersensitivity Reactions

Exfoliative dermatitis, rash, angioneurotic edema (swelling of face and tongue and difficulty swallowing), urticaria, flushing, pruritus and anaphylaxis have been reported. These events occurred as early as within 15 minutes of drug administration.

Musculoskeletal and Connective Tissue Disorders

Cases of rhabdomyolysis have been reported in patients with cirrhosis, with and without concomitant statin use.

Severe Cutaneous Adverse Reactions

Severe cutaneous adverse reactions, including Stevens-Johnson syndrome (SJS) and toxic epidermal necrolysis (TEN), have been reported in association with the use of rifaximin in patients with cirrhosis. Discontinue rifaximin at the first signs or symptoms of a severe cutaneous adverse reaction or other signs of hypersensitivity and conduct a clinical evaluation.

# 7 DRUG INTERACTIONS

## 7.1 P-glycoprotein Inhibitors

Concomitant administration of cyclosporine, an inhibitor of P-gp and OATPs significantly increased the systemic exposure of rifaximin. In patients with hepatic impairment, a potential additive effect of reduced metabolism and concomitant P-gp inhibitors may further increase the systemic exposure to rifaximin. Caution should be exercised when concomitant use of rifaximin tablets and a P-gp inhibitor such as cyclosporine is needed *[see Warnings and Precautions (5.5), Clinical Pharmacology (12.3)]*.

## 7.2 Warfarin

Changes in INR have been reported postmarketing in patients receiving rifaximin and warfarin concomitantly. Monitor INR and prothrombin time. Dose adjustment of warfarin may be needed to maintain target INR range. See prescribing information for warfarin.

## 7.3 CYP3A4 Substrates

An *in vitro* study has suggested that rifaximin induces CYP3A4 *[see Clinical Pharmacology (12.3)]*. However, in patients with normal liver function, rifaximin tablets at the recommended dosing regimen is not expected to induce CYP3A4. It is unknown whether rifaximin can have a significant effect on the pharmacokinetics of concomitant CYP3A4 substrates in patients with reduced liver function who have elevated rifaximin concentrations.

# 8 USE IN SPECIFIC POPULATIONS

## 8.1 Pregnancy

Risk Summary

There are no available data on rifaximin use in pregnant women to inform any drug-associated risks. Teratogenic effects were observed in animal reproduction studies following administration of rifaximin to pregnant rats and rabbits during organogenesis at doses approximately 0.9 to 5 times and 0.7 to 33 times, respectively of the recommended human doses of 600 mg to 1,650 mg per day. In rabbits, ocular, oral and maxillofacial, cardiac, and lumbar spine malformations were observed. Ocular malformations were observed in both rats and rabbits at doses that caused reduced maternal body weight gain *[see Data]*. In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2 to 4% and 15 to 20%, respectively. Advise pregnant women of the potential risk to a fetus.