

Karen E. Keller
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0702
kkeller@shawkeller.com

May 4, 2023

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court
844 N. King Street
Wilmington, DE 19801

   Re:  *Salix Pharm. Ltd. v. Norwich Pharm., Inc.*, C.A. No. 20-430-RGA

Dear Judge Andrews:

  We write in regards to defendant Norwich Pharmaceuticals, Inc.'s ("Norwich") recent submission of a labeling amendment for Norwich's Abbreviated New Drug Application No. 214369 ("ANDA") for rifaximin 550 mg tablets.

  On August 10, 2022, this Court entered a final judgment in the above-referenced patent action. On September 7, 2022, Norwich filed a Motion to Modify Judgment Pursuant to Rule 60(b) (D.I. 205) ("Motion") based on Norwich's September 6, 2022 submission of a patent and labeling amendment for its ANDA to the United States Food & Drug Administration ("FDA"). On February 24, 2023, Norwich submitted a letter to this Court regarding a February 17, 2023 labeling amendment to Norwich's ANDA. *See* D.I. 219. Norwich's Motion remains pending.

  On April 24, 2023, Norwich received a Discipline Review Letter – Labeling ("DRL") from FDA regarding Norwich's ANDA. The DRL requested that Norwich add certain language to Sections 8.5 and 12.3 of the proposed ANDA labeling. On April 27, 2023, Norwich submitted a response to the DRL ("DRL Response") to FDA that included the requested labeling amendment. More specifically the underlined language has been added to the proposed ANDA labeling:

| 8.5 Geriatric Use |
|---|
| In the clinical studies of IBS-D, 11% of patients were 65 and over, while 2% were 75 and over. No overall differences in safety or effectiveness were observed between these subjects and younger subjects. <u>Other reported clinical experience has not identified differences in responses between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out</u>. |
| **12.3 Pharmacokinetics, Midazolam** |
| In an in vitro study, rifaximin was shown to induce CYP3A4 at the concentration of 0.2 micromolar. No significant induction of CYP3A4 enzyme using midazolam as a substrate was |

SHAW KELLER LLP

The Honorable Richard G. Andrews
Page 2

| |
|---|
| observed when rifaximin was administered three times a day for 7 days at <u>200 mg</u> and 550 mg <u>doses</u> in <u>two</u> clinical drug interaction studies in healthy subjects.<br><br><u>The effect of rifaximin 200 mg administered orally every 8 hours for 3 days and for 7 days on the pharmacokinetics of a single dose of either 2 mg intravenous midazolam or 6 mg oral midazolam was evaluated in healthy subjects. No significant difference was observed in the systemic exposure or elimination of intravenous or oral midazolam or its major metabolite, 1'-hydroxymidazolam, between midazolam alone or together with rifaximin. Therefore, rifaximin was not shown to significantly affect intestinal or hepatic CYP3A4 activity for the 200 mg three times a day dosing regimen.</u><br><br>[The remaining language in this section remains identical to the previously submitted proposed ANDA labeling. *See* D.I. 207 (ANDA Label) at Motion-040] |
| **12.3 Pharmacokinetics,**<br>**Oral Contraceptives Containing Ethinyl Estradiol and Norgestimate** |
| <u>The oral contraceptive study utilized an open-label, crossover design in 28 healthy female subjects to determine if rifaximin 200 mg orally administered three times a day for 3 days altered the pharmacokinetics of a single dose of an oral contraceptive containing 0.07 mg ethinyl estradiol and 0.5 mg norgestimate. Results showed that the pharmacokinetics of single doses of ethinyl estradiol and norgestimate were not altered by rifaximin</u>.<br><br>[The remaining language in this section remains identical to the previously submitted proposed ANDA labeling. *See* D.I. 207 (ANDA Label) at Motion-040] |

Norwich has not made any further changes to the proposed ANDA labeling. Norwich's labeling amendment does not change the indications of use for Norwich's ANDA Product. Thus, this labeling amendment does not substantively affect the merits of Norwich's Motion.

      Norwich is ready to submit full copies of its DRL Response and the proposed ANDA labeling to the Court if that should be Your Honor's preference. *See* D.I. 207 (ANDA Label) at Motion-033-045. Norwich will provide a copy of its DRL Response and a current version of the proposed ANDA labeling to Plaintiffs' counsel today pursuant to the Protective Order.

                                                                                          Respectfully submitted,

                                                                                          */s/ Karen E. Keller*

                                                                                          Karen E. Keller (No. 4489)

cc:    Clerk of the Court (via CM/ECF)
           All Counsel of Record (via CM/ECF and e-mail)