# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**KAREN JACOBS**
(302) 351-9227
kjacobs@morrisnichols.com

May 8, 2023

**VIA E-FILING**

The Honorable Richard G. Andrews
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    *Salix Pharmaceuticals, Ltd., et al. v. Norwich Pharmaceuticals, Inc.*
              C.A. No. 20-430 (RGA)

Dear Judge Andrews:

      Plaintiff Salix Pharmaceuticals, Inc. ("Salix") writes regarding the letters submitted by defendant Norwich Pharmaceuticals, Inc. ("Norwich") on February 24, 2023 and now on May 4, 2023. D.I. 219 and 220. Salix believes no response is necessary to these letters because, as Norwich acknowledges, the letters are irrelevant to the pending motion. However, if Your Honor would find one helpful, we will submit a response at the Court's request.

                                          Respectfully,

                                          */s/ Karen Jacobs*

                                          Karen Jacobs (#2881)

KJ/bac

cc:    All Counsel of Record (via electronic mail)