IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SALIX PHARMACEUTICALS, LTD., | ) | |
| SALIX PHARMACEUTICALS, INC., | ) | |
| BAUSCH HEALTH IRELAND LTD., and | ) | |
| ALFASIGMA S.P.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-430-RGA |
| | ) | |
| NORWICH PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Norwich Pharmaceuticals, Inc. by and through its undersigned counsel, hereby appeals to the United States Court of Appeals for the Federal Circuit from the August 10, 2022 Final Judgment (D.I. No. 193) (to the extent that it bars the U.S. Food and Drug Administration from approving Norwich's ANDA No. 214369 ("ANDA") prior to the expiration of U.S. Patent Nos. 8,642,573, 9,421,195, and 10,335,397 when the ANDA does not contain a Paragraph IV patent certification to any of those patents) and the May 17, 2023 Memorandum Order (D.I. No. 222) of the United States District Court, District of Delaware, and each and every part of the decisions or rulings preceding the Final Judgment and Memorandum Order.

Payment of the required fees are provided with this notice.

1

OF COUNSEL:
Matthew J. Becker
Stacie L. Ropka
Matthew S. Murphy
Chad A. Landmon
Rebecca L. Clegg
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT  06103
(860) 275-8100

Aziz Burgy
AXINN, VELTROP & HARKRIDER LLP
1901 L Street NW
Washington, DC  20036
(202) 721-5417

Richardo S. Camposanto
AXINN, VELTROP & HARKRIDER LLP
560 Mission Street
San Francisco, CA 94105
(415) 490-2000

Dated:  May 19, 2023

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*